*U.S. v. Carlos Manuel Da Silva Santos*
Case No.: 3:23-cr-02507-RSH

**Exhibits**
**Table of Contents**

| Exhibit | Description | Page |
|:---:|:---|:---:|
| A | Transcript of December 19, 2023, Detention Hearing Before Hon. Michael S. Berg, Magistrate Judge | 2 |
| B | Declaration of Carlos Jose Santos and Manuela Santos, Mr. Santos's Parents | 18 |
| C | Declaration of Manuela Santos, Mr. Santos's Mother | 25 |
| D | Declaration of Joshua Teeple, Forensic Accountant | 30 |
| E | Mr. Santos's Bachelor's Degree, Master's Degree, and Best Student Award | 38 |
| F | Letters of Support | 44 |

# EXHIBIT A

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3   UNITED STATES OF AMERICA,        )
                                     )  No. 3:23-CR-2507
4          Plaintiff,                )
                                     )
5   v.                               )  December 19, 2023
                                     )
6   CARLOS MANUEL DA SILVA SANTOS,   )
                                     )  Courtroom 2A
7          Defendant.                )
    _____)  San Diego, California

8

9      TRANSCRIPT OF DIGITALLY RECORDED PROCEEDINGS

10                 (Detention Hearing)

11   BEFORE THE HONORABLE MICHAEL S. BERG, MAGISTRATE JUDGE

12

13   APPEARANCES:
     FOR THE PLAINTIFF:        EDWARD BEELER
14                             Assistant U.S. Attorney
                               U.S. Attorney's Office
15                             Southern District of California
                               880 Front Street, Room 6293
16                             San Diego, CA  92101-8893
                               (619)557-5610
17

18   FOR THE DEFENDANT:        JEREMY WARREN
                               KATIE JENKINS-LOUGH
19                             Warren & Burstein
                               501 West Broadway, #240
20                             San Diego, CA  92101
                               (619)234-4433
21

22

     COURT REPORTER:           AMANDA M. LeGORE
23                             RDR, CRR, CRC, FCRR, CACSR
                               U.S. District Court
24                             333 West Broadway, Suite 420
                               San Diego, CA 92101
25                             amanda_legore@casd.uscourts.gov

1    (Tuesday, December 19, 2023; 2:09 p.m.)

2

3                   P R O C E E D I N G S

4

5         THE CLERK:  Calling matter 5, 23-CR-2507, United

6    States of America versus Carlos Manuel Da Silva Santos.

7         ATTORNEY BEELER:  Good afternoon, your Honor.

8    Christopher Beeler for the United States.

9         ATTORNEY WARREN:  Good afternoon, your Honor.  Jeremy

10   Warren and Katie Jenkins for Mr. Santos, who's got the glasses

11   on and raising his hand.

12        THE COURT:  Got it.

13        And this is going forward?

14        ATTORNEY BEELER:  Yes, your Honor.

15        THE COURT:  Okay.  And the risk of flight?

16        MR. BEELER:  And obstruction of justice.

17        THE COURT:  Okay.  Go ahead.

18        ATTORNEY BEELER:  Your Honor, Mr. Santos was arrested

19   on November 12th via complaint out of this district.  He's

20   since been indicted.  He's indicted for wire fraud, conspiracy,

21   three counts of wire fraud, one count of bank fraud, and two

22   counts of aggravated identity theft; arising out of his conduct

23   as the CEO of a company called Ethos Asset Management, also his

24   co-defendant.

25        Through Ethos, Mr. Santos and his unindicted

**004**

1  conspirators orchestrated an international Ponzi scheme through

2  which he -- he would take otherwise legitimate financial

3  statements, bank statements, investment account statements, and

4  balance sheets; and grossly and fraudulently artificially

5  inflate the amount of capital his business had and he had in

6  order to induce victims to pay collateral to obtain a loan from

7  his company.

8         What's happened, though, is he would receive money

9  from these victims -- often in the millions, around the

10  world -- but not give them their loans, or only give some of

11  their loans but never actually pay much of the money.

12         Since Indictment, nearly 35 victims have contacted

13  the federal law enforcement agency investigating.  Right now we

14  calculate actual loss to be around $86.7 million.

15         Right before this court appearance, I received an

16  email from a lawyer representing one of the victims.  Not

17  naming the victim.  Saying that victim is currently out $21

18  million.  So this number grows each and every day.

19         The weight of the evidence is overwhelming.  We have

20  Mr. Santos's WhatsApp threads with multiple co-conspirators.

21  His state -- financial statements are directly contradicted by

22  the legitimate and authentic business records obtained from

23  grand jury subpoenas.

24         THE COURT:  So when you say "co-conspirators," I just

25  have he and Ethos Asset Management.  Are there other unindicted

1    co-conspirators?

2         MR. BEELER:  There are many unindicted

3    co-conspirators.  The Indictment references co-conspirator

4    number one, who has pled guilty to other unrelated conduct in

5    this court.  He's pending sentencing before Judge Hayes.

6         Mr. Santos is a Portuguese citizen.  He's been living

7    in Turkey for a number of years.  He has no ties to San Diego,

8    other than his company, which is just operating out of a --

9    a -- a virtual office up near the UTC mall.

10        His only ties to the United States, really, are other

11   unindicted co-conspirators and the victims he's defrauded.  So

12   I -- I don't -- I can't think of any condition or combination

13   of conditions that would assure his appearance at any future

14   court date that this court might set.

15        And, finally, I moved also under the obstruction

16   prong.  We -- we received an email from a victim -- or a lawyer

17   representing seven victims, who said that just a few days

18   ago -- and I provided a copy to my -- my friend, Mr. Warren.

19   That Ethos, his co-defendant, is sending out emails to all of

20   their victims, telling them that if they're approached by any

21   third party, ostensibly to include law enforcement, to respond

22   with "no comment."  And these victim's lawyers -- the attorney

23   for these victims interprets these -- these messages to be

24   intimidating customers into doing nothing.

25        So even from jail, he is seemingly still acting as

1    the CEO of his co-defendant, Ethos, and directing others; or

2    perhaps others on his behalf are trying to intimidate victims

3    and telling them not to talk to law enforcement.

4          Law enforcement is actively seeking out these

5    victims.  HSI has established an email address where victims

6    can report their -- their victim status, provide documents

7    to -- to prove up the claim.  And I think not only because of

8    this obstructive behavior by a co-defendant, if he were to be

9    released, this would only accelerate his -- his ability to

10   obstruct victims and prevent justice from being done.

11         We ascertain that there are millions of dollars in

12   offshore accounts.  We have seized all of his money in the U.S.

13   But it's a process to seize money and repatriate it to our

14   shores.

15         In the PSR, he said that he has a hundred million

16   dollars in an Ethos account.  He has $700,000 in a personal

17   savings account.  He has the means to flee and would.

18         He only comes to the U.S. to perpetuate his fraud, to

19   meet with victims, to meet with banks that he defrauds.  His

20   only ties here are to his crime.  And there should be no reason

21   for this Court to release him pending any future events.

22         So unless the Court has questions --

23         THE COURT:  What was his position at Ethos?

24         ATTORNEY BEELER:  He held every position.  He was the

25   founder, the CEO, the chief financial officer.  He was Ethos.

6

1          THE COURT:  Okay.  Thank you.

2          Mr. Warren?

3          ATTORNEY WARREN:  Your Honor, we are asking the Court

4    to set conditions of release.  And before I start, a question

5    and a comment that -- well, the comment is that on the phone, I

6    believe -- we -- the courtroom deputy was kind enough to set up

7    a phone number.  And so Mr. Santos's parents, his sister -- and

8    he has one sister, one sibling; and his wife, Ehlem, who is in

9    Turkey.  And his sister and her fiancé are in England.  And his

10   parents are in Portugal.  They're all on the phone, listening

11   in.

12         THE COURT:  And I did receive your briefing, with

13   letters from probably each of them.

14         ATTORNEY WARREN:  Correct.  And that was my question,

15   if the Court had received that.

16         THE COURT:  I did and I read them.

17         ATTORNEY WARREN:  I hope the Court appreciates that.

18   Not that I'm looking for a gold star.  But I did think this was

19   an unusual case, and I thought the Court would benefit from

20   having some background information provided in advance.  So

21   there it is.

22         THE COURT:  No, I appreciate that.

23         ATTORNEY WARREN:  Thank you.

24         Your Honor --

25         THE COURT:  You had a copy of that, Mr. Beeler, did

```
 1    you not?
 2            ATTORNEY BEELER:  Provide a copy of?
 3            THE COURT:  You saw a copy of Mr. Warren's filing,
 4    earlier today?
 5            ATTONEY BEELER:  I did, yes.
 6            THE COURT:  Okay.
 7            ATTORNEY WARREN:  As soon as it was filed, it was
 8    emailed to the courtroom deputy, to your Honor's e-file, and to
 9    Mr. Beeler.
10            Your Honor, I'm going out of turn here.  But I want
11    to start with the allegation of the obstruction of justice.
12    Because under 3142(b), there has to be a serious risk that the
13    defendant will attempt to obstruct justice or intimidate
14    witnesses.
15            And if you look at the email -- and I just want to --
16    Mr. Beeler sort of summarized it.  But what it is is apparently
17    akin to a press release.  It says they confirmed that
18    Mr. Santos is in San Diego, will attend his first appearance --
19    or attended his first appearance hearing yesterday and the bail
20    hearing would be today.  And this is the critical -- or I think
21    the pertinent part.
22            "Once again, we respectfully ask you to understand
23            that for your benefit, as clients, Carlos and all
24            of the connected parties of Ethos, we must wait
25            for our authorization from our lawyers, depending
```

**009**

1    on the decision of the authorities, regarding all

2    next steps in relation to Carlos and Ethos.  Thank

3    you for your continued support and commitment.  If

4    approached by the third parties or the press, we

5    ask you to respond with no comment at this stage."

6    That -- that, your Honor, I would suggest, is -- is

7    not anywhere close to a serious risk of intimidating witnesses

8    or obstructing justice.  Certainly not sufficient under the

9    3142 factor -- factors.

10    Your Honor, I know that in -- in your Honor's career

11    as a criminal -- within the criminal practice for, I think,

12    well in excess of 30 years, the Court is very familiar with

13    homicide, murder cases across the street charged in state court

14    where bail is set.  Now, it could be high.  It could be a

15    million dollars or more.  But it's extraordinarily unusual for

16    someone to be detained without bond.

17    And in federal court, almost every detention hearing

18    is based -- well, order of detention is a case where there's a

19    presumption.  And I know it's a little unusual that pretty much

20    every drug case has a presumption.  I think the Bail Reform Act

21    should be reformed in that regard.  But the type of cases for

22    which there is a presumption of detention are what -- just what

23    you would expect:  slavery, child sex crimes, things of that

24    nature.

25    There's no such presumption in this case.  It's

1   obviously a serious case.  The Government's numbers are very,

2   very large.  But there's no violence involved.  Nor would one

3   ever expect that from Mr. Santos.  We know from his background

4   he was raised in Portugal.  He comes from a good family.  His

5   parents and grandparents are all from the same little town

6   outside of Lisbon.  Went to college.  He has a master's degree

7   in accounting, taxes.  And he has been involved in this

8   business for quite some time.

9        We -- your Honor alluded to it.  We have, and we

10   spared the Court, over three dozen letters now from friends,

11   family members, and people connected to Ethos Asset Management

12   as well.  And they all talk about him being a kind, decent

13   person.  Give some stories about how he would help someone

14   whose mother had a heart attack.  Someone else who was in a

15   country that had civil unrest.  And Mr. Santos would arrange

16   for groceries to be delivered and a car to take them to

17   necessary appointments, that sort of thing.

18        The Government's focus -- I think the quote was

19   something like "We have overwhelming evidence as to the weight

20   of the evidence."

21        Your Honor knows, very well, that the weight of the

22   evidence is the least important factor.  And one of the reasons

23   it is is that the defense is at a tremendous disadvantage at

24   the incipience of the case.  The Government has investigated

25   for months and years.  And, obviously, we were just brought in

1    last week.

2            And by the way, your Honor, we can make a general

3    appearance at this point.

4            So it's a factor that supports bond, I think, as the

5    family supports him.  The family hired us, not Ethos.  They --

6    they are in his corner.  They love him.

7            His wife, Eylem, who's on the phone, they've been

8    married for about two years now -- or earlier this year.

9    They've been together for two years.  They have a very strong

10   and solid relationship.  His -- her mother has been in contact

11   with us.  So he does have support.

12           Now, he's not a U.S. citizen.  We know that.  He does

13   have ties to the United States.  And, in fact, his -- he has

14   his wife's cousin who lives in the Bay Area, who we have spoken

15   with personally.  Ms. Jenkins spoke to her yesterday.  They

16   support him, they're in his corner, and they're a connection.

17           Additionally, his wife's sister lives in New York

18   City.  And the same.  We spoke to her yesterday.  She's

19   supportive and in his corner.  The proposal that we have -- oh,

20   and by the way, your Honor, we have a gentleman here,

21   Mr. Rhoades (phonetic), who's actually in the courtroom, he

22   drove out from Las Vegas.

23           THE COURT:  Thank you for being here.

24           ATTORNEY WARREN:  The white-haired gentleman.  That's

25   the best look for a man.

 1          And so he came out.  His wife would be here but she's

 2  a nurse, and there's -- she's working today in Las Vegas.

 3          Our proposal is a little bit unusual because --

 4  because he -- he -- he -- much of his business life is outside

 5  of the United States; much of his personal life is outside of

 6  the United States.  He does travel here with -- with great

 7  frequency.  The Government certainly has been monitoring his

 8  comings and goings, and decided when to arrest him.

 9          But we have a proposed surety who's a gentleman who

10  is a retired Navy officer and retired from the Bureau of

11  Prisons.  He has ties to San Diego, although he lives in North

12  Carolina.  He would be willing to move out here, rent an

13  apartment, and be a third-party custodian for Mr. Santos.

14          And as your Honor knows, these type of cases, there's

15  going to be hundreds of thousands of documents.  Possibly bank

16  records and emails alone are going to be in the hundreds of

17  thousands.  That's going to take a significant amount of time

18  to review.  I wouldn't be surprised if the case is ultimately

19  declared complex.  And in such a busy district, it's very

20  unwieldy to prepare for a document-heavy case with a client in

21  custody.

22          His sister is a neuroscientist.  She lives with her

23  fiancée in England.  They're -- they're modest.  They're young.

24  But they're willing to pretty much put up all of their assets,

25  which is about $25,000, which we would deposit directly with

1    the Court.

2          Additionally, his parents also are of modest means.

3    But they could also contribute -- and I would suggest 100,000

4    total between the family, directly from the family, to secure

5    his release with a third-party custodian residing in San Diego.

6          His family's plan would be to have essentially

7    someone from his family be here with him at all times.  In

8    other words, like his mother would come for a month, his father

9    would come for a month, his sister would come for a month; that

10   sort of thing.  So that -- I'm not saying to make that as a

11   condition.  But I'm just telling the Court that these are the

12   types of things that the family wants to do to -- to -- to

13   attend to his mental health and to provide assurances for the

14   Court.

15         I can tell the Court when you're looking -- and I

16   don't want to repeat too much.  It's a busy calendar.  And I

17   covered a lot of this in the memo that we provided to the

18   Court.  But if you look at the 3142(g) factors and -- and I

19   know, from experience, that it's not -- I know Judge Brooks

20   used to sort of do a checklist on them.  And I think it's more

21   you get a feel for it.  But you look, all the factors are kind

22   of in his favor.

23         He's got no criminal history.  He's college-educated,

24   with a master's degree.  He's got no gang or violent crime in

25   his background.  He's someone who can be counted on to follow

1 the rules, understanding how serious the allegations are

2 against him.

3   So I know I've gone on for a while.  Unless the Court

4 has any questions, I would ask the Court to set bail.  And I

5 think he -- he will be a good risk.

6   THE COURT:  Well, looking at the 3142 factors, I do

7 agree with you, Mr. Warren.  A lot of the factors weigh in

8 favor of setting bond.  But there are also some that weigh in

9 favor of detaining him, such as length of time in the

10 community, community ties.  And I would also say the amount of

11 restitution.

12   I think it's admirable that he has so many people in

13 his corner and a gentleman driving here for -- from Las Vegas

14 on his behalf.  I think that speaks volumes about you.

15   I also know how difficult it is, from past

16 experience, to have an extremely document-heavy case and having

17 to deal with someone that's in custody, to go over all of those

18 documents.  It is a Herculean task.

19   But I also look at the amount of restitution in this

20 case.  It's over 87 million and growing.  And any bond I would

21 set at this point in time -- whether it's 50 or 100,000, even

22 half-a-million dollars, would be a pittance to walk away from

23 and -- and not look back on, with that much restitution owing

24 to those many people.

25   And I think it would be doing, honestly, a disservice

14

1 to the Government, at this point in time, to let -- give him

2 that opportunity to -- to get out and walk away from that --

3 that big of a loss.

4    He is -- as Mr. Beeler said, he is Ethos Management.

5 There are no other co-conspirators on this case.

6    And so I'm looking at a case of $87 million in

7 restitution.  And, quite frankly, I don't think there's much

8 incentive to post 50 or $100,000 and then stay here.  Why would

9 he?  Quite frankly, he doesn't have a home here.  He has no

10 family here.  He has no life here.  Everything is in Europe.

11 His family is in Europe, or around Europe.  So it would be a

12 very -- it wouldn't be a big task to -- to walk over the border

13 and go.

14    So, unfortunately, Mr. Da Silva Santos, even though

15 your attorney has done an admirable job advocating on your

16 behalf at this point in time and through no fault of his, I

17 promise you I am going to detain you without bond in this case.

18 That is without prejudice.  Obviously, if you and Mr. Warren

19 are able to come and put together something in the millions of

20 dollars for bond, I would consider that; but no guarantees.

21    So I'm sorry that -- I promise you that it's not your

22 attorney's fault.  That's on me.

23    Good luck and stay safe in there.

24    ATTORNEY WARREN:  Thank you.

25    THE COURT:  Thank you.

1          (Conclusion of proceedings at 2:26 p.m.)

2                          --oOo--

3  I certify, by signing below, that the foregoing is a correct

4  transcript, to the best of my ability, of the digital recording

5  of the audio proceedings had in the above-entitled matter this

6  20th day of December, 2013.  A transcript without an original

7  signature or conformed signature is not certified.  I further

8  certify that the transcript fees and format comply with those

9  prescribed by the Court and the Judicial Conference of the

10  United States.

11

12         /S/ Amanda M. LeGore
          _____

13         AMANDA M. LeGORE, RDR, CRR, FCRR, CE

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT B

Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
Brett T. Diehl (SBN 339686)
E: BDiehl@McKenzieScott.com
**McKENZIE SCOTT, PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

Attorneys for Defendant
Carlos Manuel Da Silva Santos

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS MANUEL DA SILVA SANTOS (1),<br><br>    Defendant. | Case No.: 3:23-cr-02507-RSH<br><br>**DECLARATION OF MR. SANTOS'S PARENTS**<br><br>Hon. Robert S. Huie |

We, CARLOS JOSE MARQUES DOS SANTOS and MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, declare under penalty of perjury as follows:

1. We are the parents of Carlos Manuel Da Silva Santos. We live in Leiria, Portugal.

2. We are eager to help our son as he prepares for his trial.

3. We have paid all the legal fees for Carlos's attorneys and defense team in this case. These legal costs represent a significant cost to us and have depleted our savings.

4.  We have recently come into approximately $250,000 through our ownership of an automobile sales and repairs business. The company is undergoing a previously contemplated capital reduction process, through which each partner is receiving a distribution. Attached to this declaration are records that reflect the source of these funds. These funds are new to us and were not available when Carlos was originally arrested.

5.  We are prepared to post this $250,000 as bond for our son, Carlos, to be released from pretrial detention.

6.  We know Carlos well. We are paying his legal fees and offering to post the $250,000 as bond because of our belief in Carlos and our certainty that he would not jeopardize our savings by violating any of his conditions of release.

7.  Ever since he became an adult, Carlos has striven to be financially independent. Carlos knows our family's financial circumstances. He knows that his legal fees have altered our lifestyle and placed a strain on our planned retirement. We have not received any funds from him. Knowing him as we do, we are certain he would only ask us to pay these costs and post this bond if he did not have his own personal funds available. Although we are glad to offer our son this help, we also know he would not accept our help if it were not his last and only resort to retain lawyers in his defense.

8.  Just as we are certain that Carlos would never have asked us to help him financially if he had other funds with which to pay his defense lawyers, we are doubly certain he would never put our $250,000 at risk by violating any conditions of his release.

1

Respectfully submitted,

2

3

4   Dated:              By:

5                       _____
                        Carlos José Marques dos Santos

6

7

8   Dated:              By:

9                       _____
                        Maria Manuela Da Silva Rino António Dos Santos

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MR. SANTOS'S PARENTS

1    Timothy A. Scott (SBN 215074)
     E: TScott@McKenzieScott.com
2    Marcus S. Bourassa (SBN 316125)
     E: MBourassa@McKenzieScott.com
3    Brett T. Diehl (SBN 339686)
     E: BDiehl@McKenzieScott.com
4    **McKENZIE SCOTT, PC**
     1350 Columbia Street, Suite 600
5    San Diego, California 92101
     Telephone: (619) 794-0451
6    Facsimile: (619) 202-7461

7    Attorneys for Defendant
     Carlos Manuel Da Silva Santos

8

9            **UNITED STATES DISTRICT COURT**

10          **SOUTHERN DISTRICT OF CALIFORNIA**

11

12    UNITED STATES OF AMERICA,      Case No.: 3:23-cr-02507-RSH

13        Plaintiff,

14    vs.                         **DECLARATION OF MR. SANTOS'S PARENTS (PORTUGUESE TRANSLATION) (PORTUGUESE TRANSLATION)**

15    CARLOS   MANUEL   DA   SILVA
     SANTOS (1),

16

17        Defendant.           Hon. Robert S. Huie

18

19    Nós, CARLOS JOSE MARQUES DOS SANTOS e MARIA MANUELA DA

20    SILVA RINO ANTONIO DOS SANTOS, declaramos, sob pena de perjúrio,  o

21    seguinte:

22      1. Somos pais de Carlos Manuel Da Silva Santos. Vivemos em Leiria, Portugal.

23      2. Estamos ansiosos para ajudar o nosso filho enquanto ele se prepara para o

24         julgamento.

25      3. Pagámos todos os honorários dos advogados e da equipa de defesa do Carlos

26         neste caso. Estes custos legais representam um custo significativo para nós e

27         esgotaram as nossas poupanças.

28

4. Recentemente, recebemos aproximadamente US$ 250.000 da nossa empresa de vendas e reparação de automóveis. A empresa está a passar por um processo de redução de capital, previamente contemplado, e por meio do qual, cada sócio recebe uma parte. Anexados a esta declaração estão os registos que refletem a origem dessas verbas. Estas verbas são novas para nós, e não estavam disponíveis quando o Carlos foi inicialmente preso.

5. Estamos preparados para pagar esses US$ 250.000 como fiança para que o nosso filho, Carlos, seja libertado da prisão preventiva.

6. Conhecemos bem o Carlos. Estamos a pagar os seus honorários advocatícios e a oferecer a prestação de US$ 250.000 como fiança porque temos a certeza de que o Carlos não colocaria em risco nossas economias ao violar qualquer uma das condições da sua libertação.

7. Desde que se tornou adulto, o Carlos tem se esforçado para ser financeiramente independente. O Carlos conhece a situação financeira da nossa família. Ele sabe que os honorários advocatícios alteraram o nosso estilo de vida e prejudicaram os nossos planos de reforma. Não recebemos nenhum dinheiro dele. Conhecendo-o como o conhecemos, temos a certeza de que ele só nos pediria para pagar estes custos e depositar esta quantia, se não tivesse os seus próprios fundos pessoais disponíveis. Embora tenhamos o prazer de oferecer esta ajuda ao nosso filho, também sabemos que ele não aceitaria a nossa ajuda se não fosse o seu último e único recurso para contratar advogados para sua defesa.

8. Assim, como temos a certeza de que o Carlos nunca nos teria pedido para ajudá-lo financeiramente se tivesse outros fundos para pagar os seus advogados de defesa, estamos duplamente certos de que ele nunca colocaria os nossos US$ 250.000 em risco ao violar quaisquer condições da sua libertação.

DECLARATION OF MR. SANTOS'S PARENTS (PORTUGUESE TRANSLATION)

1

2

3   Datado:

Respeitosamente submetido,

Por: _____

Carlos José Marques dos Santos

4

5

6

7   Datado:

Por: _____

Maria Manuela Da Silva Rino António Dos Santos

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MR. SANTOS'S PARENTS (PORTUGUESE TRANSLATION)

# EXHIBIT C

Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
Brett T. Diehl (SBN 339686)
E: BDiehl@McKenzieScott.com
**McKENZIE SCOTT, PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

Attorneys for Defendant
Carlos Manuel Da Silva Santos

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:23-cr-02507-RSH |
| Plaintiff, | |
| vs. | **DECLARATION OF MANUELA SANTOS** |
| CARLOS MANUEL DA SILVA SANTOS (1), | |
| Defendant. | Hon. Robert S. Huie |

I, MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, declare under penalty of perjury as follows:

1. I am the mother of Carlos Manuel Da Silva Santos. I reside in Leiria, Portugal with my husband, who is Carlos's father. My date of birth is August 10, 1961. I am a citizen of Portugal.

2. Carlos lived with me, his father, and his sister throughout his first eighteen years of life. He moved out when he started university in Lisbon, which is a couple hours by car or train from our family home.

3. My husband and I have remained close with Carlos. Even after he moved out of our house, we were in frequent contact with him. He visited us regularly.

4. During Carlos's ongoing pretrial detention, we have made every effort to stay in close contact with him. Carlos calls us from jail whenever he can, and we write letters back and forth every day.

5. We have heard from Carlos and his legal team about the frustrating difficulties he has confronted in reviewing the evidence in his case. I am eager to help Carlos prepare for his trial by supporting his release on bond.

6. If the Court grants Carlos bond, I will travel to San Diego to live with him. I plan to rent an apartment in San Diego where Carlos will live with me.

7. I wish to act as a third-party custodian in his case. I have discussed with Carlos's attorneys what this responsibility means. I am prepared to take any steps that the Court deems necessary to ensure Carlos's compliance with his conditions of release.

8. I understand that, as a third-party custodian, I would have the duty to call the U.S. Pretrial Services Office and inform them if I find out that Carlos has violated any of his conditions of release. Even if calling Pretrial Services means Carlos will be arrested, I promise that I will fulfil my duty.

9. My hope is that my son will be released on bond so that he can best assist his attorneys as they prepare for his trial.

Respectfully submitted,

Dated:            By:

Maria Manuela Da Silva Rino António Dos Santos

1   Timothy A. Scott (SBN 215074)
    E: TScott@McKenzieScott.com
2   Marcus S. Bourassa (SBN 316125)
    E: MBourassa@McKenzieScott.com
3   Brett T. Diehl (SBN 339686)
    E: BDiehl@McKenzieScott.com
4   **McKENZIE SCOTT, PC**
    1350 Columbia Street, Suite 600
5   San Diego, California 92101
    Telephone: (619) 794-0451
6   Facsimile: (619) 202-7461

7   Attorneys for Defendant
    Carlos Manuel Da Silva Santos

8

9                    **UNITED STATES DISTRICT COURT**

10                **SOUTHERN DISTRICT OF CALIFORNIA**

11

12   UNITED STATES OF AMERICA,           Case No.: 3:23-cr-02507-RSH

13           Plaintiff,
                                          **DECLARATION OF MANUELA**
14   vs.                                  **SANTOS (PORTUGUESE**
                                          **TRANSLATION)**
15   CARLOS MANUEL DA SILVA
     SANTOS (1),
16
             Defendant.                   Hon. Robert S. Huie
17

18

19   Eu, MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, declaro

20   sob pena de perjúrio o seguinte:

21   1. Sou mãe de Carlos Manuel Da Silva Santos. Resido em Leiria, Portugal, com o

22      meu marido, que é pai do Carlos. A minha data de nascimento é 10 de agosto

23      de 1961. Sou cidadã portuguesa.

24   2. O Carlos morou comigo, com o seu pai e com sua irmã durante os seus

25      primeiros dezoito anos de vida. Mudou-se quando começou a universidade em

26      Lisboa, que fica a duas horas de carro ou autocarro da nossa casa de família.

27   3. O meu marido e eu mantemo-nos próximos do Carlos. Mesmo depois de ele

28      sair de nossa casa, mantivemos contato frequente com ele. Ele visitava-nos

                                        -1-
                DECLARATION OF MANUELA SANTOS (PORTUGUESE TRANSLATION)

**028**

1 frequentemente e nós a ele.

2 4. Durante a prisão preventiva do Carlos, temos feito todos os esforços para nos

3 mantermos em contato e próximos dele. O Carlos liga-nos da prisão sempre

4 que pode e nós enviamos e recebemos cartas diariamente.

5 5. Soubemos pelo Carlos e pela sua equipa jurídica das dificuldades frustrantes

6 que ele enfrentou na análise das evidencias do seu caso. Estou ansiosa para

7 ajudar o Carlos a preparar-se para o seu julgamento, contribuindo para a sua

8 libertação sob fiança.

9 6. Se o Tribunal conceder fiança ao Carlos, viajarei para San Diego para morar

10 com ele. Pretendo alugar um apartamento em San Diego onde o Carlos morará

11 comigo.

12 7. Desejo atuar como guardiã terceirizada no caso dele. Conversei com os

13 advogados do Carlos sobre o que significa esta responsabilidade. Estou

14 preparada para tomar todas as medidas que o Tribunal considere necessárias

15 para garantir o cumprimento por parte do Carlos, das suas condições de

16 libertação.

17 8. Entendo que, como guardiã terceirizada, teria o dever de ligar para o Escritório

18 de Serviços de Pré-Julgamento dos EUA (U.S. Pretrial Services Office) e

19 informá-los se descobrir que o Carlos violou alguma das suas condições de

20 libertação. Mesmo que ligar para os serviços de Pré-Julgamento (U.S. Pretrial

21 Services Office) signifique que o Carlos será preso, prometo que cumprirei o

22 meu dever.

23 9. A minha esperança é que o meu filho seja libertado sob fiança para que possa

24 ajudar melhor os seus advogados enquanto se preparam para o julgamento.

Respeitosamente submetido,

25

26

27 Datado:                  Por: _____

28                          Maria Manuela Da Silva Rino António Dos Santos

-2-

DECLARATION OF MANUELA SANTOS (PORTUGUESE TRANSLATION)

**029**

# EXHIBIT D

Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
Brett T. Diehl (SBN 339686)
E: BDiehl@McKenzieScott.com
McKENZIE SCOTT, PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Defendant*
*Carlos Manuel Da Silva Santos*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARLOS MANUEL DA SILVA SANTOS (1),<br><br>　　　　Defendant. | Case No.: 3:23-cr-02507-RSH<br><br>**DECLARATION OF JOSHUA TEEPLE**<br><br>Hon. Robert S. Huie |

I, Joshua Teeple, declare under penalty of perjury as follows:

<u>Background</u>

1. I am a Certified Public Accountant, Certified Information Technology Professional, Certified Fraud Examiner and am Certified in Financial Forensics. I have practiced in public accounting since 1997. During my career, I have testified as an expert witness for plaintiffs and defendants and have worked alongside law enforcement agencies. I serve as a fiduciary and have been a Court appointed receiver. I was previously a Director at Crowe Horwath LLP. I am the co-founder and Chief Executive Officer of Grobstein

Teeple LLP ("GT"), a firm specialized in forensic accounting among other practice areas.

2. Since June 2024, my team and I have worked with Carlos Santos and his legal team to reconstruct banking activity related to his personal accounts and accounts controlled by Ethos Asset Management ("Ethos").

3. GT has analyzed banking records from the following accounts registered to Carlos Santos:

   a. Bank of America x1975

   b. Citibank x5407

   c. Citibank x5650

   d. East West Bank x0062

   e. Signature/Flagstar Bank x8299

4. GT has analyzed banking records from the following accounts registered to Ethos Asset Management:

   a. Bank of America x6269

   b. Bank of America x7377

   c. Chase Bank x5362

   d. Chase Bank x5519

   e. Citibank x1032

   f. Citibank x5083

   g. Citibank x5775

   h. East West Bank x6703

   i. Signature/Flagstar Bank x7896

   j. Signature/Flagstar Bank x8302

   k. Turkiye Bankasi x4994

   l. Turkiye Bankasi x5455

   m. Turkiye Bankasi x5469

   n. Turkiye Bankasi x9319

     o. Turkiye Bankasi x9360

     p. Turkiye Bankasi x9612

     q. Wells Fargo Bank x9784

5. GT has analyzed banking records from the following accounts registered to Ethos Ticari Danismanlik:

     a. Turkiye Bankasi x4709

     b. Turkiye Bankasi x4491

     c. Turkiye Bankasi x4503

     d. Turkiye Bankasi x7865

     e. Turkiye Bankasi x7949

     f. Turkiye Bankasi x8351

     g. Turkiye Bankasi x9636

     h. Turkiye Bankasi x4491

6. From these bank records, my team and I have prepared a forensic reconstruction of Ethos's and Mr. Santos's banking transactions.[1] Our reconstruction process includes an optical character recognition scanning process of all the transactions recorded on the bank statements to extract the transactional data into a database of those transactions, normalization of the extracted transactional data, and then analysis, categorization, and summarization of the transactions contained within our database.

7. To date, we have not relied on Mr. Santos's or Ethos's internal record keeping or general ledgers. Our analysis is focused on third-party records received directly from banking institutions.

8. I have discussed the structure of Ethos and corporations with which Ethos transacted business with Mr. Santos and his legal team. I met with Mr. Santos

---

[1] Our analysis is ongoing. The information presented herein is based on preliminary results.

and his counsel at the Metropolitan Correctional Center on August 13, 2024. During that meeting, I discussed banking transaction details with Mr. Santos. I have subsequently discussed details of Ethos's transactions with Mr. Santos's counsel.

### Assumptions

9. I do not have an in-depth knowledge of the pending criminal case against Mr. Santos and Ethos. I have, however, discussed the case with Mr. Santos and his legal team. Based on their representations, my analysis makes the following assumptions:

10. I have assumed that Mr. Santos and Ethos believed Sean Winston and Atlas Capital Management, to whom wire transfers were made and received, were engaged in the trading of financial instruments. Thus, I have classified transfers to and from Mr. Winston and Atlas Capital Management's accounts as trading-related investment activity for Ethos.

11. I have assumed that Ethos Capital Brazil's accounts were not controlled by Mr. Santos, as I am informed that Ethos's operations and bank accounts in Brazil were controlled by Mayra Couto. Therefore, I have not reviewed any documentation from Brazilian banks.

12. To my knowledge, with the exception of Brazilian banks, the accounts listed above in paragraphs four and five represent all of Ethos's corporate accounts.

### Business Activities of Ethos Asset Management

13. Based on GT's analysis of the banking transactions and representations made to me by Mr. Santos, Ethos's banking transactions appear to be consistent with a business making payments on secured loans, investing in financial instruments, and paying business operating expenses.

14. The banking records GT has analyzed show Ethos receiving incoming lines of credit and equity payments. In turn, disbursements are made to accounts

linked to corporate entities, employees, and other entities apparently affiliated with Ethos Asset Management's business.

15. For Ethos Asset Management's domestic bank accounts, GT's banking transactions database reflects approximately $262.8 million being deposited into those accounts and approximately $261.1 million being disbursed from those accounts. [2] To detail the outflows from these accounts, with approximate figures, GT has classified the disbursements into the following categories based upon input from Mr. Santos and his counsel:

   a.  Funds deployed towards client investments: $138.8 million.

   b.  Inter-account transfers (between accounts whose records we have incorporated into our database): $51.0 million.

   c.  Transfers to Ethos Asset Management's accounts at Turkiye Bankasi: $31.9 million.

   d.  Transfers to investment accounts (including Atlas Capital Management's accounts): $10.7 million.

   e.  Loan repayments: $5.1 million.

   f.  Payment of commissions for borrower referrals: $4.9 million.

   g.  Travel and meals: $2.8 million.

   h.  Return of paid-in-capital: $2.0 million.

   i.  Salary: $1.9 million.

   j.  Assets seized and transferred out of accounts by the United States government: $1.9 million.

   k.  Client investments via custodian AssetVest Corporation: $1.8 million.

   l.  Legal and accounting costs: $1.4 million.

   m.  Marketing: $1.2 million.

---

[2] These totals are inclusive of inter-account transfers between domestic bank accounts under control of Ethos Asset Management.

DECLARATION OF JOSHUA TEEPLE

n. Shareholder distributions: $1 million.

o. The remaining expenditures from Ethos's U.S. accounts likewise appear to be operating expenditures made on behalf of the business.

16. For Ethos Asset Management's accounts at Turkiye Bankasi, GT's banking transactions database reflects approximately $86.5 million being deposited into those domestic accounts and approximately $81.5 million being disbursed from those accounts.[3] To detail the outflows from these accounts, with approximate figures, GT has classified the disbursements into the following categories based upon input from Mr. Santos and his counsel:

a. Investments in Ethos Ticari Danismanlik: $27.3 million.

b. Internal transfers (between Ethos Asset Management's accounts at Turkiye Bankasi): $23.1 million.

c. Funds deployed towards client investments: $18.9 million.

d. Investments in Ethos Brazil: $5.3 million.

e. Transfers to Ethos Asset Management's domestic accounts: $3.7 million.

f. Transfers into brokerage accounts: $3.3 million.

g. Payment of commission for borrower referrals: $76,000.

h. Banking costs: $9,000.

17. For Ethos Ticari Danismanlik's accounts at Turkiye Bankasi, GT's banking transactions database reflects that most of the activity was related to lending and client investments, with resulting funds used for trading via brokerage

---

[3] These totals are inclusive of inter-account transfers between Turkish bank accounts under control of Ethos Asset Management.  The volatile, inflationary nature of the Turkish lira makes contemporaneously normalizing transaction amounts into U.S. dollars difficult. For the purposes of the figures contained herein, we have converted the Turkish lira to the U.S. dollar at the present exchange rate of 34 lira to 1 dollar regardless of the date of the transaction.

accounts and bonds. The balance of the accounts' transactions appears to be operating expenditures made on behalf of the business.

Personal Accounts of Carlos Santos

18. For Mr. Santos's personal accounts, GT's banking transactions database reflects approximately $1.5 million being deposited into his domestic accounts and approximately $1.5 million being disbursed from those accounts. Of note is that about half of these disbursements are related to a seizure by the United States government totaling approximately $730,000.

19. There do not appear to be transfers from Mr. Santos's personal accounts to other accounts controlled by him that are beyond the scope of the banking records GT has analyzed.

Personal Enrichment

20. Based on the banking transactions analyzed by GT, it does not appear that Mr. Santos personally enriched himself to a significant degree from Ethos Asset Management or Ethos Ticari Danismanlik.

21. GT has not seen evidence of transfers from Ethos Asset Management, beyond those discussed herein, to accounts that appear to be controlled by Mr. Santos or his family members.

Respectfully submitted,

Dated: August 28, 2024

By: 

JOSHUA TEEPLE, CPA|CFF, CFE, CITP

DECLARATION OF JOSHUA TEEPLE

# EXHIBIT E



**U**

**LISBOA**

UNIVERSIDADE
DE LISBOA

## CERTIDÃO DE REGISTO DE LICENCIATURA

O Reitor da Universidade de Lisboa, Professor Doutor António Manuel da Cruz Serra, certifica que do registo número 11063/ISEG/L/2015 consta que

### Carlos Manuel da Silva Santos

portador do Cartão de Cidadão n.º 14237469, válido até 1 de dezembro de 2018, de nacionalidade portuguesa, tendo concluído com aproveitamento o curso de Licenciatura em Economia no

### Instituto Superior de Economia e Gestão

em 16 de junho de 2015, foi-lhe atribuído o grau de

### Licenciado em Economia

com a classificação de dezoito valores (18) e a qualificação de Excelente, pelo que, em conformidade com as disposições legais em vigor, lhe é passada a presente Certidão de Registo.

Universidade de Lisboa, em 22 de outubro de 2015

O Presidente do
Instituto Superior de Economia e Gestão

Professor Doutor Mário Fernando Maciel Caldeira

O Reitor

Professor Doutor António Manuel da Cruz Serra



**039**

UNIVERSIDADE DE LISBOA

REITORIA - DEPARTAMENTO DE ASSUNTOS ACADÉMICOS

Conforme com os elementos fornecidos pela Escola

O DIRETOR

Ass.: _____

Data: _____22, 10  /, 2015-_____

RLM016543

**040**



Divisão dos Serviços Académicos
Secretaria de Mestrados e Doutoramentos

# Certificado

Aluno: **CARLOS MANUEL DA SILVA SANTOS**

O presente certificado vai assinado e firmado com o selo branco deste Instituto.

Instituto Superior de Economia e Gestão, 13 de fevereiro de 2017.

A Chefe de Divisão dos Serviços Académicos

*Stephanie Carvalho*

(Dra. Sónia Maria Pessoa Costa Domingues)

Lisbon School of Economics & Management
Instituto Superior de Economia e Gestão | Universidade de Lisboa
Rua do Quelhas, nº 6 | 1200 - 781 Lisboa | Portugal
Tel. +351 213 925 888/9 ou 213 958 274 | Fax +351 213 900 393 | www.

Emol.:    20.00 Eur
Tx. Urg:    0.00 Eur
Total:    20.00 Eur
Conf.: SC

Página  3  de  3
041



LISBON
**SCHOOL OF
ECONOMICS &
MANAGEMENT**
UNIVERSIDADE DE LISBOA

Divisão dos Serviços Académicos
Secretaria de Mestrados e Doutoramentos

# Certificado

O Instituto Superior de Economia e Gestão da Universidade de Lisboa certifica, de acordo com os registos académicos arquivados nesta Secretaria, que:

**CARLOS MANUEL DA SILVA SANTOS,**

de nacionalidade portuguesa, portador do documento de identificação nº 14237469 (Bilhete de Identidade),  obteve aproveitamento nas seguintes unidades curriculares do curso de 2º Ciclo de Mestrado em **Contabilidade, Fiscalidade e Finanças Empresariais** abaixo indicadas:

| Ano Lectivo | Nome da Unidade Curricular | Tipo [a] | Semestre [b] | Classificação | EECC | Créditos ECTS [c] | Obs |
|---|---|---|---|---|---|---|---|
| 2015/2016 | Análise de Investimentos | Obrigatória | 1S | Vinte valores (20) | A | 6.0 | |
| 2015/2016 | Auditoria Financeira | Obrigatória | 1S | Dezanove valores (19) | A | 6.0 | |
| 2015/2016 | Contabilidade de Gestão Avançada | Optativa | 1S | Dezoito valores (18) | A | 6.0 | |
| 2015/2016 | Contabilidade Financeira Avançada | Obrigatória | 1S | Vinte valores (20) | A | 6.0 | |
| 2015/2016 | Fiscalidade 1 | Obrigatória | 1S | Dezoito valores (18) | A | 6.0 | |
| 2015/2016 | Análise de Demonstrações Financeiras | Optativa | 2S | Dezanove valores (19) | A | 6.0 | |
| 2015/2016 | Contabilidade em Entidades Complexas | Obrigatória | 2S | Dezoito valores (18) | B | 6.0 | |
| 2015/2016 | Finanças Empresariais | Obrigatória | 2S | Vinte valores (20) | A | 6.0 | |
| 2015/2016 | Fiscalidade II | Obrigatória | 2S | Dezoito valores (18) | A | 6.0 | |
| 2015/2016 | Sistemas de Controlo de Gestão | Obrigatória | 2S | Dezoito valores (18) | A | 6.0 | |
| 2016/2017 | Análise de Dados em Finanças | Obrigatória | 1S | Dezanove valores (19) | A | 6.0 | |
| 2016/2017 | Ética | Obrigatória | 1S | Dezanove valores (19) | A | 6.0 | |
| 2016/2017 | Gestão Fiscal | Obrigatória | 1S | Dezassete valores (17) | A | 6.0 | |



LISBON
**SCHOOL OF
ECONOMICS &
MANAGEMENT**
UNIVERSIDADE DE LISBOA

# PRÉMIO



## 2017 / 2018

Atribuído a

## CARLOS MANUEL DA SILVA SANTOS

Melhor aluno do Mestrado em Contabilidade, Fiscalidade e Finanças Empresariais.

A Presidente do ISEG
**Clara Raposo**

07-02-2019

**043**

# EXHIBIT F

15th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

We are writing this letter to tell you about our son Carlos Manuel da Silva Santos.

Carlos had a calm and happy childhood in the company of his parents and sister. He also spent a lot of time with his grandparents, uncles, aunts, and cousins.

His behaviour was always caring and loving towards everyone he spent time with, particularly his grandparents, with whom he was always very affectionate.

With his friends, schoolmates, and teachers, he kept the same affable and friendly behaviour, capable of creating lasting relationships for life. For him, the well-being of others has always been first.

When playing sports (11 a side football) he was always an exemplary athlete, friendly with his teammates and always committed to the team's good results.

At school he was always a diligent student who fulfilled his obligations, living his time at school with pleasure and always achieving good results.

However, it was at university that he distinguished himself. He was always one of the best students of his year, which led him to be invited to become a lecturer on his last year of undergrad studies. This was the result of his dedication to his studies, his relationship with colleagues and with teachers, and of course the good results he achieved. He was so dedicated to his colleagues and students that he was voted the best lecturer at the University on several occasions. On the days and the evening preceding the exams, he spent entire nights answering questions to his students.

Carlos was born into a hardworking, thrifty, humble, and honest family. Carlos soon learned and adopted these values, applying them throughout his life.

Carlos was always very hardworking and dedicated, putting his heart and soul into any project assigned to him. He always carried out his activity with determination and ease and it was always a source of pride for his parents and the whole family to see how he approached any subject, even the most difficult, with great happiness, always honouring his commitments.

For his entire life and the way he has behaved since he was little, Carlos is for us the best and most loved son in the world.

Sincerely,

Maria Manuela da Silva Rino António dos Santos (mother)

and Carlos José Marques dos Santos (father)

17th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to tell you about my brother Carlos Manuel da Silva Santos.

I was five years old when he was born, but my first memory is from when he was about two. I had done some geometric solid shapes with colourful paper for school, which I kept on my bedside table to carefully take to school in the morning. My careful attention captured his and he came and smashed all the shapes with the hands of a curious two-year-old.

He was such an energetic, curious, and playful kid. He kept that energy throughout life but around his early teenage years he started applying it to school and his football team. He learned, from the example our parents always gave, that hard work and dedication could help him live a better life. He became a very hardworking man, a big team player, and a very caring person.

Carlos never struggled to make friends, from the first day at kindergarten until today. He has always been caring and friendly towards others. If something ever came in the way of him making more close friends, it would be his love for his work and the belief he can help others with it.

As a teenager he surprised me for getting emotional while reading drama books, about the life story of an orphan, or the solitude of growing old, or about the challenges of life in a poor remote village. As an adult he always tries to visit the family and our grandparents as much as possible, particularly his grandfather Alarico while he was alive, who he clearly loved very much.

He doesn't only try to support and help those around him, but also those further away. Before he got married earlier this year, I asked him if he was sure he wanted to do it (older sister' responsibilities and all that). Without a pause he told me a sound "Yes! Eylem is the most kind and caring person I have ever met, she will go out of her way to help strangers, she is incredible, and she loves me and I love her.". Even when choosing the person he wants to share his life with, compassion, benevolence and kindness are what he sees has a priority.

Our parents always did their best to give us a good well-rounded education. They taught us to always be hardworking, honest and honourable, kind, courageous and thankful. Those are the qualities I see the most in my brother and our family.

This situation has been a tragedy to Carlos and all those who know and love him. To us this can only be a big mistake. I hope you manage to see in Carlos what I see. He is a young man, newlywed, only in the beginning of his beautiful life and truly hopeful to see justice.

Sincerely,

Dr. Carla Sofia da Silva Santos

046

To whom it may concern,

I am Eylem Santos, wife of Carlos Manuel Da Silva Santos.

I have known Carlos for more than two years. His company was in my client portfolio. I was the customer representative and this gave me a chance to meet him.

First I was impressed with his responsible attitude, his respect to people and his reliability that I could verify by witnessing him keeping his word all the time.
He was always available to answer our questions, wanted to be clear. He was very careful in following the calendar of his projects. He always has been a hard worker and an honest businessman. He earned all my respect for this.

Knowing him better day by day, I was impressed by his educational background as well.
He was even awarded by his university where he gave economy classes after graduation.
Despite all the success, he was and always is a modest person.

After some time, we discovered our common points. Firstly, his responsible attitude in business life, secondly, his respect for everyone, his mercy to all people in difficulties and his sensitivity for nature, green and animals.
It was surprising to have same values in life, similar family cultures and childhood memories.

He is the most sensitive, fair and sincere person you could ever meet. All this being rare to come across in today's world, made us come closer every day.

When our relationship became more serious we stayed more connected emotionally.
He always behaved in a way that strengthen my trust in him.

Naturally we had to separate our private and professional life and we did.
Finally, we wanted to combine our lives officially and decided to get married.

Since the day I've known him, he never disappointed me and he never disappointed anyone. You can see it both in his daily and business life in all these years he has been working hard professionally.

He is very sensitive and a real helper.
He reflected this side of him both with his company policy as well as doing philanthropy projects, to touch lives of people needing a secure and quality life. He was always very excited to show me his philanthropy projects stage by stage, how it was before and how it was after completed.

He was also happy to make donations to animal shelters and cover the cost of stray cats' and dogs' treatments which volunteers could not cover themselves.
Recently he covered the full cost of treatment of a paralyzed baby dog. She started to stand in her feet last month and this made us so happy.
This motivated us to think how we can act more organized to help volunteers and make a difference. We haven't done more yet because of this unexpected and unlucky situation we have found ourselves in since more than one month.

It was also important for me to see his good relations with my family. The respect that he has for my mother, his sensitivity and caring attitude have always been the same in all this time, never changed. He always wanted to help whenever she needed. He never let us down and he never let anyone down.
This is his personality and shows itself in every step of life in the wisest and most correct way.

I also have very good relations with his family, who i respect very much and that has given me full support in these difficult times.

Whatever happened in the last month, I fully believe in him, because I know him very well.

I look forward to see justice is realized soon.

Sincerely yours,

Eylem Santos

047

15.12.2023

To whom it may concern

I am Sebahat Baş, mother-in-law of Carlos Manuel Da Silva Santos.

I have known Carlos for more than two years. I had the opportunity to get to know him a while after he started seeing my daughter. During all this time, he has been always respectful, kind and careful in his behaviour.

Since my daughter was with him, he always included me in their programs such as seaside walks and going out to dinner all together so that I would not feel lonely. Since he was aware of the walking problems I have been having recently, he always supported me in the best way to make me more comfortable, despite his extremely busy working hours.

Last year, since I had to go to the hospital frequently due to my health problems, he always arranged a pick up for me from home and organized my return from the hospital voluntarily, without us needing to make any requests.

When I had to go to physical therapy almost every day for three weeks, he always made the necessary arrangements and never left me alone in a difficult situation. My daughter is working too. If he wasn't there to help, I wouldn't have been able to get through this process so easily.

He knew that I should not leave the house for a long time due to my broken foot in the same year, so he did not neglect me even at that time. He always managed to cheer me up with his smile, sometimes by taking me out of the house to sit on a bench by the seaside and drink tea, sometimes to eat in a quiet open air restaurant where I could feel comfortable and relax.

He has always been humble, compassionate, responsible and honest. In addition to being natural, sincere and friendly, he never upset me with his sensitive, respectful and modest attitude wherever he was.

I have always supported my daughter's relationship with him because he never broke our bond and always acted consistently.

I see him not only as my daughter's husband but also as my son and I think he does not deserve the situation he is in.

I look forward to receiving the news that his innocence will be proven and that he will be released.

Kind regards,

Sebahat Baş

048

17th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to give information to support Carlos Manuel da Silva Santos.

I am engaged to Carlos's sister- Carla Sofia da Silva Santos whose letter of support you might have also read. Although we live in different countries and parts of the world, I have known Carlos for over 5 years when first being introduced while I was staying at Carla's family home.

Over the years I've known Carlos to be affable and warm person who loves to tell jokes and entertain people, especially around the dinner table. He made me feel welcome into Carla's family which wasn't easy considering that their parents do not speak much English (*never mind English with a strong Scottish accent*) and he made it easier to converse with the family and made me feel welcome even though he is always busy and hardworking.

We share a love of soccer and often our discussions were around the sport whether it was reminiscing about our youth days playing or our respective teams just now.

Though our time spent together has been relatively short, I currently reside with his sister in the UK and we plan to get married in the near future. He was one of the first to congratulate us on our engagement and we attended his wedding earlier this year. I hope this will be resolved in the near future and everybody can move forward with our lives.

Sincerely,

Dr. Robert Roy

*Robert Roy*

049

Fernanda Maria Marques dos Santos
Rua Nossa, Senhora de Fatima 680
Zambujo-Cortes
2410-858 Leiria

16th December 2023

Dear Judge,

### RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos since he was born in the capacity of aunt and friend.

I saw him grow up and followed his education closely, and I can confirm that I have found Carlos to be a man of good character, integrity and honesty, both in his personal and professional life.

Carlos is very attached to his family, affectionate, respectful of the principles of truth and honesty that were always transmitted to him through his upbringing. He is very hardworking. As a student, he always overcame his difficulties with commitment and dedication, which allowed him to be one of the best students in the different schools he attended. As a professional, he maintains the same principles of commitment, truth and honesty. One of his biggest concerns is to always respect the teachings of his parents and family and do nothing to disappoint them. As a human being, he is endowed with great character and generosity – He is always available to help others.

Carlos has always been trustworthy, reliable and professional at all times.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Fernanda Maria Marques dos Santos

Miguel dos Reis Santos
Rua José Pompeu Aroso, 5, 2Esq. Post.
3040-378 Coimbra - Portugal

18th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I have known Carlos Manuel da Silva Santos since the date he was born, in the capacity of cousin.

I confirm that I followed Carlos´s growth from childhood to adulthood and I always identified him as having a straightforward character, whether in small joking's or in more serious conversations.

During this 29 years Carlos has always been trustly during our relationship.

I always saw Carlos as a kind person, with a great sense of responsibility and with a huge kindness towards the people around him.

Seeing his growth and, as "I am the oldest man cousin", It was with great pride that I followed his personal growth and professional evolution.

His professional dedication is notable and I am sure that to achieve this he makes a huge sacrifice, spending most of his time away from our family and the peoples he loves.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Miguel dos Reis Santos

Ana Rita Reis Santos
Lisbon, Portugal

17th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 29 years, in the capacity of cousin, and I have had numerous opportunities to observe Carlos's character and qualities. I can confirm that I have found Carlos to be a man of good character and integrity during our relationship, from childhood to adulthood.

Since his youth, he has always been kind, with a strong sense of responsible, and trustworthy, guiding his life with respect, professionalism, and honourable values.

Throughout our relationship, I have witnessed Carlos's dedication and commitment to personal and professional growth. He consistently goes above and beyond to achieve excellence in his endeavours.

Furthermore, Carlos is known for his reliability and respectability, demonstrating his strong sense of responsibility.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Ana Rita Reis Santos



**052**

Carlos António Contreiras Nunes Borges Sobral
Rua Dr. Felizardo Prezado dos Santos, 10
2400-702 Leiria

16th December 2023

Dear Judge,

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for ten years in the capacity of friend.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always been trustworthy, reliable professional at all times, and inserted into a family with an excellent reputation.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,


Carlos António Sobral,

Economist and manager

**053**

Maria Paula Nunes dos Santos Gonçalves de Oliveira
Rotunda dos Filarmónicos, Lote1, Casal dos Matos
2410-417 Leiria, Portugal

11th December 2023

Dear Judge,

### RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 20 years in the capacity of friend.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always been trustworthy, reliable and professional at all times.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Maria Paula Nunes dos Santos Gonçalves de Oliveira

Lawer. Invited Professor at Universidade Aberta (Open University) Lisbon, Portugal.

**054**



# **DECLARAÇÃO**

_____João Amaro da Luz, advogado, de nacionalidade portuguesa, inscrito na Ordem dos Advogados Portugueses sob a cédula 1911c, com domicílio profissional na rua Simões de Castro, 159,3º esqº, 3000-388 Coimbra/Portugal, DECLARA em relação a CARLOS MANUEL DA SILVA SANTOS, nascido em 04-07-1994 na cidade de Leiria, Portugal, filho de Carlos José Marques dos Santos e de Maria Manuela da Silva Rino António Santos, com domicilio em Rua do Barrolo, nº 250, Zambujo, Cortes, 2410-858 Cortes Leiria, o seguinte:

1º - Conhece perfeitamente o Carlos Manuel da Silva Santos há mais de 20 anos;

2º - O aludido conhecimento resultou de uma relação de amizade iniciada com os seus pais acima identificados;

3º - O Carlos foi um aluno brilhante, quer a nível do ensino secundário quer a nível do ensino universitário, com especial referência no curso de Gestão no Instituto Superior de Economia e Gestão, da Universidade de Lisboa, Portugal, onde atingiu altíssimas classificações;

4º -Considera-o uma pessoa trabalhadora, responsável, solidária, fraterno, amigo dos seus familiares e amigos, bem integrado no ambiente familiar e social, sendo respeitado no meio onde se insere em Portugal;

5º -Reconhece as suas enormes qualidades científicas, profissionais e humanas, recordando situações concretas em que o Carlos demonstrou elevados valores morais.

6º - Ao longo dos anos foi convivendo com o Carlos de modo direto e indirecto, o que reforçou a opinião que dele tem e aqui transcreve.

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Coimbra (Portugal), aos 13 de Dezembro de 2023


O Advogado,


João Amaro da Luz

Rua Simões de Castro, 159 – 3º Esqº - 3000-388 Coimbra – Portugal
Tel: (+351) 239 049 670 | Fax: (+351) 239 051 969
Email: geral@amarodaluz-advogados.pt | Site: www.amarodaluz-advogados.pt

055

Dr. Uwe Biermann
Frankfurter Landstr. 7
61440 Oberursel
Germany

December 18th, 2023

TO WHOM IT MAY CONCERN

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

Dear Lady,
Dear Sir,

I am writing this letter to report about my experience working with Mr Carlos Manuel da Silva Santos.

A common acquaintance introduced me to Mr Carlos Santos during the year 2018.

Our contact became closer while I was looking for suppliers of oil commodities and got aware Mr Carlos Santos had good contacts to suppliers. Together we managed to be registered as potential suppliers for PET-COKE at the sourcing platforms for several final consumers in Brazil after being to a due diligence process.

Since we started working together, I found in Mr. Carlos Santos a person concerned in matching good business practices and compliance with legal requirements, as you may expect from a person operating an accountancy company in Portugal and being lecturer at the University of Lisbon.

Albeit ETHOS being a private investment corporation and not an entity of the financial sector, he made it a case to comply with as much of the financial sector specific rules. Based on a compilation of rules applicable to financial institutions he developed a compliance policy henceforth governing ETHOS' business activities.

The impression I gained about Carlos Santos was that he is a highly skilled, very intelligent professional with a profound knowhow concerning financial operations, recognition of fraudulent actions and the rules of the SWIFT system. Never before I met someone with such detailed and present knowledge of the SWIFT system.

From my experience of collaboration with him, he was very concerned with his reputation, strictly rejecting any action not corresponding to law. We repeatedly had disputes in this respect when analysing business opportunities.

Apart from establishing the promotion of philanthropic projects as part of the business strategy, Carlos Santos is always ready to help people in need. From his attitude in business dispute cases, he prefers to find a solution for good and create a win-win situation, if possible.

Yours sincerely,

Dr. Uwe Biermann

Head of Trading
ETHOS Asset Management Inc.

**056**

Alice Hungwane
P. O. Box 6060 Mbabane
Plot 2 Malunge Township
Mbabane, Swaziland H100

15th November 2023

Dear Judge

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for four (4) years years in the capacity of an employee.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always been trustworthy, reliable, empathetic and professional and selfless at all times.

It was barely three months of working for Carlos, working from a different continent, my country Eswatini had riots, and shops were all closed and we could not access food and all other bare necessities.

At this point, Carlos arranged for the following, for my welfare and that of my children
- He arranged a courier from South Africa to deliver groceries for us and this was throughout the riots which lasted for a while.
- He sent funds to pay a security company to stand guard at my home and this was the case for 3 consecutives months 2h hours and 7 days a week.

Over and above the facts mentioned above, Carlos has empowered me by paying for lessons to become a better employer.  He has done this with further paying for my travel costs to these classes.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

…………………………………………

**Alice Hungwane**

**Executive Director – Africa**

**057**

**Ethos Asset Management Inc.**

**H. E. Col. Dr. Michael Steele**
11 Clothier House
Kinveachy Gardens
Greenwich
SE7 8EF
London
UK

15th November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Professor Carlos Manuel da Silva Santos for five [5] years in the capacity of friend, work colleague, mentee/mentor relationship.

I can confirm that I have found Carlos to be a man of good character and integrity during our continued friendship/relationship.

Professor Santos been trustworthy, reliable, and professional always in our dealings.

After being introduced to him we established a very strong friendship based on mutual trust and a profound respect for each other's ethics and person. As a friend I have found him to be a man of his word that I can trust 100% without fail. This trust that I have developed with Professor Santos is not just towards me as his friend – but equally to those who I was responsible for relaying his word to [for whatever reason]. This confidence in him doing what he says he will do has been the main foundation of our relationship. It also remains the confidence I have standing beside him at any time.

We have travelled together on numerous occasions and these personal and direct moments gave rise to the stronger and deeper friendship which we share. His behaviour and character on all the occasions have been professional and with the correct ethics.

As a current work colleague, I remain pleased that I have the distinct honour to sit on the board of Ethos Asset Management Inc USA, as a Non-Executive Director. Professor Santos is a very principled and gifted leader, and this Ethos is spread in the dealings and operations of the company. I have the distinct opportunity to be among those trained and taught by Professor Santos as a part of the Ethos Asset Management Inc, USA team – and found the training and guidance given to be insightful and impactful. Beyond this lies his value and respect for International regulatory bodies that satisfy me comfortably aligning myself with the Vision and purpose of Ethos Asset Management Inc, USA.

Being an innovative and pioneering company has not been without its fair share of challenges – but the comfort comes from knowing that Professor Santos is not only a leader – but he is equally a great listener and follower of advice – and Ethos is well structured with its advisors globally.

In our Mentee/Mentor relationship – I sit as a personal mentor for many globally and I have personally adopted Carlos as a mentee, not in a professional capacity – but as a result of my finding a young man who as great as he might be in one area of influence – remains extremely humble in other areas where he trusts the insight and advise of others who are stronger in those areas. His interpersonal relationships with many are because of his many advisors like me and others who support him in his approach and his understanding of cultures, ways of doing business, tribes, religion and all the other elements necessary to operate and manage an International organisation.

**059**

As my mentor – [in the areas of Finance and financial wisdom and business strategy] I have found his teaching and his knowledge of the Industry to exceed that of many of the greatest leaders in the financial world. Professor Santos has also shared his knowledge and insight by giving back to the people of Africa with his teaching alongside of myself and other leaders.

In conclusion,

In as much as this is written to support Professor Santos – this is also written because of my confidence in the due process of giving a young man the opportunity to continue to build and create the positive impact I personally see Ethos Asset Management Inc USA making not just in the USA where I am an Ordained Minister and a Chaplain, but Globally.

The long-term vision Professor Santos has for the world and Economies is noteworthy of such a young man and our world need more innovative leaders like Professor Carlos Manuel da Silva Santos operating in it. He is a Class Act.

I serve [and will continue to serve] with Professor Santos as a Non-Executive Director for his company Ethos Asset Management Inc USA which has been one of the best decisions I have made.

I hereby provide this testimony about Professor Santos without reservation.

Cel: +44 -7901244664 - Personal Email: hemasteele@gmail.com

UK Passport: **GBR 538722158**

Vr/MSteele

…………………………………

**H. E. Col. Dr. Michael Anthony Steele**

Cel: +44 7901244664
Personal Email: hemasteele@gmail.com

**060**

Dr Hawa Charfaray
102 Building 3
Mina Al Arab
Ras Al Khaimah
UAE

15th November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos since 2020 in the capacity, firstly, as a friend and then, an associate.

I can confirm that personally, in my own personal experience I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always demonstrated trustworthiness, reliability and professionalism.

Since I am always a driver for Woman empowerment, leadership and philanthropy, I have witnessed Carlos's commitment and dedication to Woman advancements in Business and Leadership through Woman leadership Summits in both UAE and South Africa. His educational Keynote addresses to always empower women who think of themselves as lower than others and create confidence in them so they can achieve their full potential in business and life.

He has always gone out of his way to show genuine concern for people, and in my presence always exhibited the highest standards of moral and ethical professional conduct.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Dr Hawa Charfaray

CEO Training Excellence

**061**

Mehmet R. Karamehmet
Gülveren Sokak No:6 Tarabya
Sarıyer Istanbul TURKEY

December 12, 2023

## LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

Your Honour,

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for over two years in the capacity of a friend and business acquaintance.

I can confirm that I have witnessed Carlos to be a person of solid character and integrity during the course of our relationship. He has been highly professional, hardworking and meticulous in his business life. At times, he has introduced multiple companies around the world with each other, creating synergy for them without thinking about or taking any benefit for his company or himself. Social impacts of his endeavours were as important as business side of things for him and his company.

On a personal note, I have seen him as a caring person to his colleagues and friends at all times. Keeping in touch with his family and friends were always a priority for Carlos, despite his extremely hectic business schedules.

I hereby provide this attestation about Carlos at my own free will and according to my personal observations over the last couple years.

Respectfully yours,

Mehmet R. Karamehmet

GUILLERMO FUNES
CIRCUITO INSURGENTES 115, CELAYA, GUANAJUATO. MEXICO

15th November 2023

Dear Judge,

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for [ 8 years] in the capacity of friend (most) and client.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always been trustworthy, reliable and professional at all times.

As a friend I have always counted on his support, solidarity and excellent friendship. He always been correct, I only have good things to say about him. In terms of business, he has never failed in his obligations as a financial provider, he has always complied. My faith is absolutely placed in him.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,


GUILLERMO FUNES


**063**

António Samagaio, PhD
ISEG – University of Lisboa
Rua Miguel Lupi, 20
1249 - 048 Lisbon, Portugal

22nd November 2023

Dear Judge,

I came to know Carlos Manuel da Silva Santos as a student on the Financial Auditing course on the Master's Degree in Accounting, Taxation and Corporate Finance at ISEG (1st semester 2015/2016). Carlos Santos got a grade of 19 (on a scale of 0 to 20) and was the best student in the class. During the course, Carlos Santos showed a great interest in financial auditing, intellectual independence, a distinctive ability to organize and express ideas, good analytical and writing skills, respectful of the teacher and classmates.

Yours sincerely,   .

*António Samagaio*

António Carlos de Oliveira Samagaio

Associate Professor at ISEG – Lisbon School of Economics & Management, University of Lisbon

064

**ROBERT B. HICKS**
**10080 E Mountainview Lake Drive #135**
**Scottsdale, Az**
**Cell Phone-916-806-2632**

November 30, 2023

RE: CARLOS MANUEL DA SILVA SANTOS

To Whom it may concern:

By way of introduction, I am Robert Hicks, friend, business associate, and mentor of Carlos Manuel da Silva Santos. I have known Carlos for over 5 years, beginning as a business associate in the international business arena, and over time as a friend and mentor. We spent a lot of time in business speaking many times each week, and often on a daily basis discussing our business dealings. Having been in the business world for over 35 years, I have seen and experienced many different types of people, some with great integrity and others not so good. I have found Carlos to be someone with the utmost integrity, a person I could always count on and thoroughly trust.

In addition to being a businessman, I am also an Ordained Minister with my own non-denominational Christian ministry. Over time Carlos became interested in knowing more about God and asked if I would teach him about my faith, which I gladly agreed to. We spent quite a bit of time together as Carlos began to read the Bible, complete some of the bible study lessons I sent to him, and asked many questions related to this topic. He is someone that loves to learn, is a quick study, and always very thankful for the time I gave him.

I once passed on to his parents what a fine job they did raising Carlos, I told them they should be very proud of him and themselves. If I wanted a business partner, Carlos would fit the bill to a tee! Carlos is someone that goes above and beyond in whatever he does, and always does it with humility and the highest of integrity, someone you can trust with your life.

Please feel free to reach out to me if you have any questions or want to know more about my opinions and observations of Carlos. I can be reached via my cell phone number as listed above.

Sincerely,

Robert Hicks

**065**

Dunston P
Dubai

5th December 2023

Dear Judge,

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 3 years in the capacity of client.

I can confirm that Carlos is a man of good character and integrity to what I have known of.

Carlos has always been honest in his approach and has demonstrated a high code of conduct with integrity in all his dealings.


I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Dunston P

CEO

**066**

JOSE MANUEL SARAIVA PIRES DA FONSECA
Avenida Kim Il Sung 1100
MAPUTO MOZAMBIQUE

11th December 2023

Dear Judge,

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for last three years in the capacity of client.
I know Carlos through business as client of Ethos Asset Management.
I confirm we have in place an important agreement between Ethos Asset Management and Thai
Moçambique Logistica SA.

I can confirm that I have found Carlos to be a man of good character and integrity during the course
of our relationship.

Carlos has always been trustworthy, reliable and professional at all times.

Carlos always behaved as professional and friendly sharing all details of business and never requested
any personal benefit for himself. Carlos never failed regarding his commitments always disclosing all
constrains if any will happened

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Jose Manuel Saraiva Pires da Fonseca
Chief Executive Officer

Thai Moçambique Logística SA

**067**

15 November 2023.

Michael Rhodes
11780 Lily Rubin
Las Vegas NV 89138

Dear Judge,

RE: LETTER OF SUPPORT- CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 3 years in the capacity of friend and business associate. I confirm that I have found Carlos to be a man of good character during the course of our relationship. He has always treated me with respect and professionalism.

I provide this testimony without reservation.

Yours sincerely,
Michael Rhodes



15th November 2023

Dear Judge,

### RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for [two years] in the capacity of client.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always been trustworthy, reliable and professional at all times.

He always kept his words for his promises.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

HAYRİ UGUR

Owner and CEO of Hayri Ugur Tekstil A.Ş.

**HEAD OFFICE** : Evciosb Mahallesi O.S.B. 13. Cadde Uğur Tekstil No: 1    33290 Akdeniz - MERSİN / TURKEY
**Phone** : +90 (324) 676 45 55 Pbx        **Fax** : +90 (324) 676 45 60

**ISTANBUL OFFICE** : Merkez Mah. Firuze Sk. No: 5 DAP Ofis Vadisi S Ofis Kat: 8 No : 156    34406  Kağıthane - İSTANBUL / TURKEY
**Phone** : +90 (212) 280 82 82        **Fax** : +90 (212) 284 15 35

**URFA FACTORY** : Koçören Organize Sanayi Bölgesi 225. Cadde No: 3 / 1    63200  Eyyübiye - ŞANLIURFA / TURKEY
**Phone** : +90 (414) 502 65 90        **Fax** : +90 (414) 502 68 53

E-MAIL: info@ugurtekstil.com.tr        INTERNET : www.ugurtekstil.com.tr    **069**

Zachary Kaplan
California, USA

16th November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 3 years in the capacity of referring business, and now as a colleague.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has been trustworthy, reliable, and professional at all times.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

Zachary Kaplan

Mário Maria Branco L. de Mato
Estrada Povo da Raposeira, 50

2825-831 Trafaria - Caparic
Portugal

Ref.ª = Letter of support to       24th November 2023
Carlos Manuel da Silva Santos

Dear Judge,

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos since 2020 in the capacity of CEO of Ethos Assets Management to wich I am Associate since that date along with other over 100 Associates World wide.

I can withness that during this period I have considered Carlos a man of integrety with qualities of leadership and good understanding towards the Clients who reached him for financing their projects, energetic and hard working allways with a pleasant energetic leadership attitude.

I hereby provide this testemony to Carlos without any reservation

Yours sincerely,

MARIO DE MATOS   24/11/2023

MÁRIO de MATOS
agriconsultancy
2825-831 Trafaria - Portugal

071

James A. Young
66/2 Park in Town
Soi 76, Pattanakarn Road
Prawet, Prawet,
Bangkok
10250
Thailand

27th November 2023

Dear Judge,

### Subject: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 3 years in the capacity of work colleague and latterly a friend.

In my opinion, I've always found Carlos to be a man of exemplary character and integrity during our interactions.

Carlos has been trustworthy, reliable and professional at all times.

I hereby provide this testimony about Carlos without reservation.

Yours faithfully,

James Young

Executive Director, Asia-Pacific

**072**

3rd Floor,<br>
45 Albemarle Street,<br>
Mayfair,<br>
London,<br>
W1S 4JL

22nd November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing to provide some background to my dealings with Carlos with regard to my experiences.

I have known Carlos for around 3 years when I started referring potential clients to Carlos and his firm for Project Finance from my network of intermediaries.

Carlos has always come across as professional and trustworthy and has always handled any dealing with me in a straight-forward way.

I have also met him on numerous occasions and found him to be a professional, level-headed and personable individual.

Yours sincerely,

Mike Starvis

João Décio Sousa da Silva

Rua de Xabregas, 14 13º Piso Letra E

1900-440   Lisboa

Lisboa, 28  de Novembro de 2023

Ex mo Senhor Juiz

Escrevo esta carta de apoio ao Carlos Manuel da Silva Santos ciente de que o devo fazer não só para fortalecer o Carlos Santos mas, ainda como forma de ajudar V. Exa a conhecer o ser humano que ele é.

Conheci o Carlos Santos no ano de 2016/2017, ele já licenciado em Economia e a dar aulas no I.S.E.G., (cheguei a ir assistir, que delicia), eu caminhava como louco em busca de financiamento para a construção e comercialização de uma Água Premiun existente em uma propriedade na Chamusca, Portugal.

Era um mega projeto mas, era também um mega investimento, eu tinha comigo um Business Plan feito pela Ernest Yang já no longínquo ano de 2000, tivemos várias reuniões para a apresentação do projeto e consequentes respostas ás questões que lhe iam surgindo, durante essas reuniões fomos criando uma amizade grande e sincera.

Para não fazer longa esta minha história e massacrar V. Exa, o que fizemos e viajamos juntos para encontrar maneira de financiar este que agora era nosso projeto foi muito, entre as muitas voltas acabámos por chegar em São Paulo, uma financeira se propunha a financiar o projeto, o Carlos não só trabalhava noite e dia para esse objetivo como para além disso passou a financiador desse mesmo objetivo, ou seja, inclusivamente ele entre outras suas poupanças, até o prémio que recebeu do Banco de Portugal ele gastou em prol deste objetivo, nunca me pediu o que quer que fosse pelo seu inestimável trabalho e pela sua dedicação não exclusiva mas muito catalisadora do seu tempo e saber.

Em Novembro de 2018, já em pré-Covid 19 e sem recursos, depois de muitos acontecimentos que em nada nos ajudaram, despedimo-nos com um até já, o Carlos foi para os E.U.A., eu fiquei no Brasil, São Paulo.

Nunca mais estivemos juntos, a vida foi dando voltas, cada um no seu lugar, eu fui acompanhando de longe o êxito do Carlos Santos, de quando em quando nos escrevíamos pelo Whatsapp, ríamos o alimentámos sempre a possibilidade de dar corpo ao projeto pelo qual tanto lutámos e estamos prontos a continuar a lutar.

O Carlos Manuel da Silva Santos é realmente um ser iluminado, fácil de perceber quando se conhece mas, para além de iluminado, ele é um ser que trabalha como eu nunca vi ninguém trabalhar, a noite é dia e o dia é noite, recordo as noites nos hotéis por onde passámos, um quarto pequeno para os dois, camas separadas e ele a trabalhar como louco, eu acabava por

adormecer e quando acordava ou ele estava a dormir em cima do computador ou continuava ali como se nada fosse.

Parar para comer era uma guerra entre nós, ele preferia comer uma Hambúrguer e continuar no computador, não sei como conseguia.

Quando o vi a subir os degraus do sucesso, não me surpreendeu em nada, sei que é merecido e consequência do seu muito trabalho e dedicação.

Luxos?

Não acredito fazerem parte do seu léxico, muita da roupa com que tira fotos é do tempo em que andámos juntos em busca de realizar o projeto da Água, ou seja, tem mais de cinco anos.


Ex mos Senhor Juiz.

Espero resumidamente lhe ter conseguido dar uma ideia de quem é o Carlos Manuel da Silva Santos.

Ele precisa de estar livre para puder trabalhar e ajudar a termos um mundo melhor e é o que eu humildemente lhe peço.


Com Humildade

João Décio Sousa da Silva

Teresa Mafalda Costa
Av. Estados Unidos da América, 81, 1700-166 Lisboa. Portugal.

22nd November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 4 months in the capacity of employee.

I can confirm that I have found Carlos to be a man of good character and integrity during our relationship.

Carlos has always been trustworthy, reliable, and professional at all times.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,


Teresa Mafalda Costa

Digital Marketing Manager



**076**

Mr Julien-Brice SOUNIGO
5 rue du Jardin public, 33000, Bordeaux, France

22nd November 2023

Dear Judge,

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to give my full support to Mr Carlos Manuel Da Silva Santos as a friend and as his employee because I truly believe that Carlos is innocent.

I know Carlos since 2020, I have a been linked to him by an intermediary, at this time I had a project engineering firm, I was helping project holders to realize their business plan and also to help them to raise funds for their worldwide projects. Since 2020 untill now I have always been close to Carlos who was sharing with him his knowledge and contacts and in November 2022 Carlos proposed me to join Ethos team which I fully agreed because I founded in Carlos a leader, a boss, a professor and a friend. At Carlos's side I've learned in the finance industry and banking world more than I would have learned in 5 years at university, when I had family issues Carlos has always been here to support me as a friend, when I was achieving my goals Carlos was always here to give me hope. Asking news about my family, my girlfriend, if I was happy with my situation in the company.

To tell the truth I've never met someone like Carlos in my life, he devote his life for the work and the team this spirit I found working with Ethos is the spirit I felt when I was on the field playing rugby, there are good and bad moments but at the end we are a team and family.

Carlos has always been here to help me in the work I could

077

the night, I've never saw someone dedicating his life to the work, his team and his clients like Carlos did. Which employee can say the same about his boss ? None of my contacts !

Carlos has impacted my life in the best way possible and I am not talking on the financial aspect, I am talking about all the possible aspects.

Yours sincerely,
Mr SOUNIGO Julien-Brice
Manager of Banking and Financial Instruments & Products

Dr Sade James
199 O R Tambo
Kwa Zulu Natal
South Africa

8 December 2023

Dear Judge,

RE: LETTER OF. SUPPORT -CARLO-MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I was formally introduced to Professor Carlos Santos  in March 2022 through a women empowerment organisation which Ethos Asset Management  Inc USA was a title sponsor for. As a nominee for the awards held in Dubai Mr Carlos Santos was a panellist of my judication process and offered much encouragement and mentorship along the journey. Having presented my business funding pitch two years consecutively.  Ethos Asset Management as an entity has facilitated to assist my company to obtain funding through a fair, uncompromising form of integrity whilst still offering me mentorship and guidance. The business guidance and mentorship of how to scale my business and develop myself as an individual was more valuable to me than the funding to be honest. Professor Carlos Santos cares about building people and the economy and demonstrates qualities of a great leader who empowers visionaries.

I can confirm that many individuals who can't do business together  simply move on however Professor Carlos Santos is cut from different cloth in that he ensures that his relationships are well maintained and he has an open door policy. He operates from a unique and unwavering place of humanity, humility , integrity and grace always displaying great characteristics that leaves one feeling uplifted, inspired and propelled to do great things with integrity and transparency.

I can proudly say I am honoured to have engage such an individual and a powerful organisation for two reasons :

1) I have developed as an individual and stayed true to my chosen path which has birthed results in my business. This I can only give credit to the business advise planted in the foundational phases of my interaction with Professor Carlos Santos and Ethos Asset Management team.

2) Mr Carlos Santos mentioned two very important aspects of business relations to me that I will carry with me  for life. Always be present and invested in your everyday business and never forget the short term goals whilst holding yourself accountable in every aspect of the business as well as your interaction with others.

I would like to express that Professor Carlos Santos is and has been an outstanding example of a visionary and a man who operates on ethical ground, even though I did not receive funding from Ethos Asset Management Inc USA , the organisation nor  Professor Carlos Santos  has never disregard me or failed to recognise achievements made in my own strides. This is a true example of a man I can respect and admire.

**079**

I wish him all the best

Dr Sade James

LIZE HUNT
24 FRANS KLEYNHANS AVENUE
GROENVLEI
BLOEMFONTEIN
REPUBLIC OF SOUTH AFRICA

14 December 2023

Dear Judge,

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter in a call of support from South Africa for Carlos Santos.

I have worked with Carlos for the last 2 years in his professional capacity as the CEO of Ethos and from my professional capacity as a Business Owner in South Africa.
Carlos has a true and genuine interest in the growth of our country. He is actively working to uplift our poverty-stricken country.
We are easily frowned upon when it comes to financing of projects in our continent. The first major impact Carlos made was in Mozambique where he financed in an area which is marked as a red flag for investment.

Carlos brought a new way of financing to our shores, and it is making a serious impact.

My honest opinion is that the world needs more people like Carlos. Carlos is willing to put himself on the line to fund projects to build the morale and lively hoods of thousands. People like Carlos will always get the wind head on, because of the impact he creates.

The fact that the complaining party has received more money than collateral pledged, tells me that Carlos is sitting in jail wrongly.

The impact of all Ethos operations being halted is absolutely tragic.

I am asking that you look at Carlos Manuel da Silva Santos in the light that we see him.
Thank you for your time.

Yours sincerely,

LIZE HUNT
ASSOCIATE FOR AFRICA

lize@crasnovum.com
Cell. 082 973 4878

**081**

Maria Pimentel
Rua Arminda Correia n2 1C 1750-030 Lisboa

15th November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for six months in the capacity of employee at Ethos Asset Management.

I am writing to express my support for the legal proceedings currently underway regarding Carlos Manuel da Silva Santos. As an employee of Ethos Asset Management, I have had the privilege of witnessing Carlos Santos commitment to Ethos Asset Management and the principles that guide our organization.

As a member of the PR and Communication team, I have witnessed first-hand the positive impact of Carlos Santos leadership on our team and the organization. Carlos's vision, strategic direction, and unwavering commitment to our collective success have been a source of inspiration for many.

Carlos Santos has been an inspirational leader, fostering a culture of dedication, innovation, and ethical conduct within our organization. His leadership has contributed significantly to our shared goals and values.

I want to express my personal support during this challenging time and my belief in his character and dedication to our organization.

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,


**Maria Pimentel**

**PR and Communication Manager at Ethos Asset Management**

**082**

Lucie Morris
2565 Nicky Lane
Alexandria VA 22311

22nd November 2023

Dear Judge,

**<u>RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS</u>**

I am writing this letter in my support of Carlos. I have known Carlos for 4 months as his employee. Carlos has been a wonderful boss and a great and compassionate person.  He has been incredibly supportive during a challenging time as I started my employment my mother suffers a heart attack and subsequently passed away. Carlos have supported me and offered many words of encouragement during tough times and have consistently check on my well-being and that of my mother's despite his busy schedule. I want to express my gratitude in this challenging time for him as he is a kind and generous and truly genuine person.

Yours sincerely,

Lucie Morris

Accountant

**083**

14th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 6 months as an employee.

I can confirm that I consider Carlos to be a man of good character and integrity during our relationship.

Carlos has always been trustworthy, reliable and professional at all times, being very focused on his work and believing that financing projects can help develop regions, create jobs, improve living conditions and respect the environment - in short, help create a better world. This is his vision, with which he animates and enthuses his team.

His reference is his father, whom he considers to be a man of word and who fulfils all his obligations and duties with honesty and seriousness.

I hereby give this unreserved testimonial about Carlos.

Best regards,


Ivo Pimentel

Marketing Head


**084**

MARGARIDA JOÃO
LISBON, PORTUGAL

22nd November 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for 6 years.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

As my university professor in various subjects, Carlos consistently demonstrated presence and concern for the success of his students. In fact, he stood out among other professors due to his distinctive qualities. Carlos was extremely dedicated and made the learning experience dynamic. I can state that he positively influenced my academic journey.

Last year, I had the opportunity to start working alongside him, becoming part of his team, and I must stay that my admiration remains. He is truly a devoted employer.

Yours sincerely,

MARGARIDA JOÃO
MS.

*Margarida João*

**085**

ISABEL ALEXANDRA VELOSO DE SOUSA GOMES
RUA PROF FERNANDO DA FONSECA,  14 - 7o  ESQ ,
1600-618 LISBOA , PORTUGAL

13th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for three years in the capacity of friend.

I can confirm that I have found Carlos to be a man of good character and integrity during the course of our relationship.

Carlos has always been trustworthy, reliable and professional at all times.

I have seen him as a caring person to his colleagues and friends at all times. Keeping in touch with his family and friends were always a priority for Carlos,

I hereby provide this testimony about Carlos without reservation.

Yours sincerely,

*Isabel Alexandra V. de S. Gomes*

ISABEL ALEXANDRA VELOSO DE SOUSA GOMES

**086**

Ahmed Sheikh
MGB Business Services FZ – LLC
P O Box 35833
RAK, United Arab Emirates

13 December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing to confirm my professional association with Dr. Carlos Manuel da Silva Santos, spanning a period of almost two years. Throughout our interactions, I have had the opportunity to witness Dr. Santos's commendable character, unwavering integrity, and commitment to ethical business practices.

In every professional capacity, Dr. Carlos Manuel da Silva Santos has exhibited traits of honesty, reliability, and a strong sense of responsibility. His ethical conduct and moral compass were evident in all our dealings, contributing to a positive and trustworthy working relationship.

Dr. Santos proved himself to be a reliable and dependable individual with a remarkable work ethic. His dedication to his responsibilities, coupled with a commitment to excellence, has been truly commendable. I believe, these qualities have significantly contributed to the success and reputation of Ethos Asset Management.

Allow me to provide some context regarding our professional relationship. I was introduced to Ethos Asset Management in October 2021 by Dr. Michael Anthony Steele, a Non-Executive Director within Ethos Asset Management,

I subsequently had the pleasure of interacting with Dr. Carlos Manuel da Silva Santos virtually, on three separate occasions. His consistent display of dedication and professionalism in his role has left a lasting impression.

As a representative of MGB Business Services FZ - LLC, specializing in project financing, we found the financing solutions offered by Ethos Asset Management to be not only viable but also acceptable to our clients. Although we have not concluded any transactions to date, I commend Ethos Asset Management for its stringent client onboarding process, which includes clear, transparent procedures, devoid of upfront fees, and comprehensive legal engagement from the outset. It was explicitly communicated that no financial transaction would be initiated until both parties reach an acceptable and amicable agreement.

On three specific occasions, we brought potential clients to the table, meeting all minimum financing, initial project feasibility and collateral requirements. **However, Ethos Asset Management, rigorously adhered to their risk assessments, resulting in the decision to decline the clients**.

Dr. Santos demonstrated a willingness to engage in open dialogue, discussion, and compromise, all while maintaining strict adherence to legal terms and conditions beneficial for all parties involved.

Although no transactions have been concluded with Ethos Asset Management thus far, I remain confident in Dr. Santos's commitment to ethical business practices and his dedication to the principles upheld by Ethos Asset Management.

I provide this testimony about Dr. Santos without reservation.

Yours sincerely,

Ahmed Sheikh
MGB Business Services FZ - LLC
RAK, United Arab Emirates

Email: sheikh.ahmed@hotmail.co.uk
Mobile: +971 55 614 8458

**087**

Pom Vattasingh
Thai Mozambique Logistica
Avenida Kim Il Sung 1100
Maputo, Mozambique

11th December 2023

Dear Judge,

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I am writing this letter to confirm the following:

I have known Carlos Manuel da Silva Santos for over three years during which Thai Mozambique Logistica (TML) has been a client of Ethos Asset Management Company.

I can confirm that I have found Carlos to be a man of tireless work ethic, tenacity, determination and commitment to do good work with a socially impactful outcome. He can spend hours and days learning about a business, structuring to provide funding to be most advantageous to the project. His form of financing allows projects in developing countries such as Mozambique to get off the ground, provide employment, and eventually provide tax revenues to some of the world's poorest countries.

Ethos cannot function now. It would be a shame for his operations to stop or to fail due to an extended operations freeze.

I hereby provide this testimony about Carlos without reservation.

Respectfully,

Pom Vattasingh
Chief Financial Officer
Thai Mozambique Logistica, SA

088



14th December 2023

Dear Judge,

*RE: Letter of support - Carlos Manuel da Silva Santos*

I have been knowing Mr. Santos for over a year. I met with him several times as I was involved in a project to build a Waste-to-Energy plant in Europe looking for debt financing.

Mr Santos appeared to me as a hard-worker individual, highly knowledgeable of the financial markets, very dedicated to his company and employees. He was always happy to participate in the discussions and pleased to introduce me to many of his team members. I also had the opportunity to talk to some of Ethos counterparties, which had received some loans and all were really satisfied.

Yours sincerely,

Christophe Darbord

Director

Passage des Lions 6, CH-1204 Geneva

**089**

Carlos Boncanca
5, Avenue Clémenceau 57100 Thionville France.

14th December 2023

Dear Judge,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I have known Mr Carlos Santos since 2021. Our relationship was established in a professional context and then led to a cordial and friendly relationship.

We have worked on several topics together, notably on projects as a business Partner for Ethos Asset Management.

In addition to the professional and honest side on which no criticism can be made, Mr Carlos Santos has always been a close and loyal person in all the files handled together.

All my support is given to him and we hope to be able to work with him again in the coming months.

Yours sincerely,


Carlos Boncanca

Director MEDICIS FINANCE LTD

**090**

8 April 2024

8 Herbert Gardens
Chiswick
London W4 3RD
ENGLAND

Dear Carlos,

I really am sorry about what has happened to you. I can't imagine how you're doing, I presume your mind must be working overtime, trying to work out how to get out of this mess with your reputation intact.

I have to say I am incandescent with rage at the behaviour of the Federal authorities in America. What they're doing is outrageous — it just feels like the merest whiff of wrongdoing from a non-dom, especially a successful one, and they're ready to hang you from the nearest tree!

What makes it all the more sickening is the fact that you fund projects that help communities, societies and economies (including the USA!) That speaks volumes about you, which it appears the US Authorities are blind to.

**091**

A few years ago during the Covid lockdowns, I was diagnosed with prostate cancer after a routine blood test, which sent me into a spin! My head was all over the place. My saviour was mindfulness. I don't know what you have access to where you are, but these are a few things I found really helpful:

Mark Williams: Mindfulness Meditation Body Scan.
Podcasts on YouTube.
Finding calm, in the simplest of ways, focusing on your breathing, and other things — always available to us!

The Chimp Paradox — Book   Prof. Steve Peters
This is a fascinating insight into controlling the 'Chimp' — all those negative thoughts that invade your mind.

Ruby Wax — book — a mindfulness guide for the frazzled

She's really funny and yet troubled! Comedians often are. It must be a good coping mechanism finding ways to laugh.

Whatever you decide to do, I hope we will be able to work together again — I really enjoyed working with you and your team. You have a good bunch of people!

092

In the meantime, keep well, keep positive, look after yourself and I look forward to the day that we can raise a glass when the nightmare is over!

Best wishes

David

P.S. Apologies for my handwriting - apart from being left-handed, I haven't written a letter for who knows how long and I seem to have lost all strength in my fingers!

093