Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
Brett T. Diehl (SBN 339686)
E: BDiehl@McKenzieScott.com
McKENZIE SCOTT, PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Defendant*
*Carlos Manuel Da Silva Santos*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARLOS MANUEL DA SILVA SANTOS (1),<br><br>　　　　Defendant. | Case No.: 3:23-cr-02507-RSH<br><br>**DECLARATION IN SUPPORT OF MR. SANTOS'S MOTION FOR BILL OF PARTICULARS AND FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE NOTICE UNDER RULE 12(B)(4)(B)**<br><br>Hon. Robert S. Huie |

I, Brett T. Diehl, declare under penalty of perjury as follows:

1. I am co-counsel for Carlos Santos in this matter.

2. I make this declaration in support of Mr. Santos's contemporaneously filed Motion for Bill of Particulars and Motion for an Order Directing the Government to Provide Notice Under Rule 12(b)(4)(B).

3. I do not wish to make myself a witness in my client's case. I make this declaration myself in order to comply with the local rules, conserve resources,

and for judicial economy. I do not intend to waive attorney-client privilege or confidentiality.

4. I ask that this declaration be stricken rather than risk any finding of attorney-client or confidentiality waiver.

5. I have spent most of the past two months reviewing evidence related to Mr. Santos's case.

6. I have examined conversations that Mr. Santos or other Ethos Asset Management employees had with hundreds of potential customers regarding Ethos's loan financing products.

7. The government has provided a preliminary list of fifty-one alleged corporate victims they have identified. Those corporations are:

    a. DxSelect, LLC
    b. Edson Solar LLC
    c. Anamaya US LLC
    d. ENTvantage Inc.
    e. Beyond Limits, Inc.
    f. Sector Resources, Inc.
    g. MGO Systems
    h. Freemans Accountancy
    i. ST Properties
    j. CTR Foundation
    k. TruGolf
    l. Solatio GD Holding Gestão de Projetos de Geração Distribída Ltda
    m. Adm Engenharia Ltda
    n. RA Solar SPE Ltda
    o. Cooperativa de Produtores de Semente - COPROSSEL
    p. Cooperativa Mista São Luiz Ltda

| | | |
|---|---|---|
| 1 | q. | Aoi Energy Ltda |
| 2 | r. | Gavea Comercio |
| 3 | s. | Gold Crew Financial |
| 4 | t. | Plastic Bank Recycling Corp. |
| 5 | u. | H & J Collections |
| 6 | v. | Toolpor LDA |
| 7 | w. | Homeland Conservation |
| 8 | x. | Little Snake River |
| 9 | y. | BRV Lotus International Limited |
| 10 | z. | Green Glycol B V |
| 11 | aa. | Delphi Studios One LLC |
| 12 | bb. | Ferrari Agroindustria S.A. |
| 13 | cc. | Terra Financing LLC |
| 14 | dd. | CEMAG Construcoes E Engenharia LTDA |
| 15 | ee. | Thai-Sing Potash Trading Pte. Ltd |
| 16 | ff. | Exsan de Mexico S.A. de C.V. |
| 17 | gg. | Link Conexion Aerea (TAR airlines) |
| 18 | hh. | Gilgan Merchandising Limited |
| 19 | ii. | Reboucas Supermercados |
| 20 | jj. | Massai Construction |
| 21 | kk. | U.S. Consumer Buying Services LLC |
| 22 | ll. | Ohio Health Information Partnership |
| 23 | mm. | Likit Kimya SAN.TIC A.S. |
| 24 | nn. | Liberty Reit Ltd. |
| 25 | oo. | JCG Advisors |
| 26 | pp. | Fathful Capital/Ecom Mortgage |
| 27 | qq. | Community Helath Clinics/Terry Reilly |
| 28 | | |

DECLARATION IN SUPPORT OF MR. SANTOS'S MOTION FOR BILL OF PARTICULARS AND FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE NOTICE UNDER RULE 12(B)(4)(B)

rr. SAVIgroup

ss. Mulanus

tt. Havo

uu. SAS GAIA

vv. Pafil Construtora E Empreendinentos LTDA

ww. Agropecuaria Fetz LTDA

xx. Detronic Energia

yy. Thai Mozambique Logistica S.A.

8. Negotiations, loan servicing, and other communications with each of these clients involved Mr. Santos and various other Ethos associates. Because of Ethos's structure, the individuals who worked with each customer varied.

9. Most of Ethos's employees and borrowers were based outside of the United States. Mr. Santos travelled internationally with great frequency in order to meet with employees, potential customers, and other contacts.

Respectfully submitted,

Dated: August 29, 2024         By:   *s/Brett T. Diehl*