# AFFIDAVIT IN SUPPORT OF ETHOS ASSET MANAGEMENT VICTIM LOSS NUMBER

I have been a Special Agent with Immigration and Customs Enforcement, ("ICE") Homeland Security Investigations ("HSI") since June 2018. I am currently assigned to a Financial Task Force in San Diego, California which focuses on the importation of controlled substances on the Southwest Border, international transfer of illicit proceeds, money laundering, and other financial crimes. I am a case agent for the investigation involving Carlos DA SILVA SANTOS and ETHOS ASSET MANAGEMENT.

On or around November 14, 2023, Carlos Manuel DA SILVA SANTOS was arrested by Homeland Security Investigations pursuant to a federal arrest warrant issued out of the Southern District of California.

On or around November 20, 2023, Homeland Security Investigations seized the ETHOS ASSET MANAGEMENT website pursuant to a federal seizure warrant issued out of the Southern District of California. As a result of the website seizure, anyone attempting to go to the ETHOS ASSET MANAGEMENT website would be redirected to a website displaying a banner indicating the website was seized by Homeland Security Investigations.

On or around the same date, Homeland Security Investigations released a public press release announcing the arrest of DA SILVA SANTOS, the seizure of the ETHOS ASSET MANAGEMENT website, and directed alleged victims of ETHOS ASSET MANAGEMENT to contact the investigating agents via an email: ethos-victim@ice.dhs.gov that was set up specifically for the purpose of alleged victims to reach out to Homeland Security Investigations. Multiple victims reached out to Homeland Security Investigations through the email

provided, and others were contacted either via emails or phone calls to be interviewed by the case agents.

I contacted and interviewed numerous alleged victims of ETHOS ASSET MANAGEMENT. In this investigation every alleged victim situation had a unique set of circumstances regarding how much money was provided to ETHOS ASSET MANAGEMENT, the method in which it was provided as an upfront fee or pledge, and the amount of disbursements, if any, the alleged victim received in return and how much was promised to be paid via the terms of the deal. Many of these alleged victims incurred costs and had what the investigation refers to as "impact loss", that is costs incurred from legal expenses due to lawyer fees for settlement negotiations, and expenses incurred from funds not arriving either on time or in some instances at all per the terms of their agreements with ETHOS ASSET MANAGEMENT.

Due to the complexities of the agreements with so many alleged victims in this investigation, we decided that we would calculate the "actual loss" number in this investigation as how much money the alleged victims provided to ETHOS ASSET MANAGEMENT and how much was received back to the alleged victim with the difference between the two being referred to as "actual loss". The "actual loss" number does not include any "impact loss".

I attest through interviews, review of documents provided by the alleged victims, and through analysis of bank records received in this investigation, that we calculate this investigation to have 53 alleged victims world-wide. Of the 53 alleged victims we currently calculate 30 alleged victims to have incurred an "actual loss", that is that they provided more money to ETHOS ASSET MANAGEMENT then they received back either in settlement negotiations or disbursements. Based on these criteria, we calculate the "actual loss" number in

this investigation to currently be $100,841,298.01 USD.

The investigation currently calculates a total of 21 U.S. based alleged victims, 5 of which are calculated to have incurred an "actual loss".

Additionally, as a part of this investigation, Homeland Security Investigations attempted to seize all money Carlos DA SILVA SANTOS and ETHOS ASSET MANAGEMENT had used in its criminal scheme. As of this date Homeland Security Investigations was successfully able to seize $2,612,049.73 from U.S. accounts belonging to Carlos DA SILVA SANTOS.

Dated September 11, 2024

_____
Brian Holerud, HSI Special Agent