# EXHIBIT A

**Ashton Investigative Services**
Phone: (619) 980-2657 | Fax: (619) 872-4373
185 West F Street, Suite 100, San Diego, CA 92101
https://www.ashton-investigations.com/



## Witness Interview

**Client**: Santos, Carlos
**Court Case #:** 23CR2507
**Report Date:** 09/06/2024

**Investigator:** Ashton, Caitlin
**Interview Date:** 08/26/2024
**Interviewee:** Omeroglu, Hasan

## Narrative

On August 26, 2024, at approximately 8:00a.m., I conducted an interview with witness Hasan Omeroglu (hereinafter referred to as Hasan) via telephone +90 ▮▮▮▮▮▮▮▮. I introduced myself as the investigator working with the attorney representing Carlos Santos (hereinafter referred to as Carlos). Hasan agreed to speak with me and relayed the following information:

Carlos hired Hasan to be his Chief Security Officer in 2021. Prior to working for Carlos, Hasan was in the Turkish Air Force for approximately thirty years. Hasan then retired from the military and started working for private security companies. His role and assignments varied in the private sector. Hasan's assignments lasted anywhere from a day to several months.

Hasan was working with a large company in Istanbul in 2021. The company called Hasan and told them Carlos was their client and he needed personal security. Hasan went to work for Carlos. Soon after, Hasan ended his position with the Istanbul company and started to work with Carlos full-time.

Hasan started his employment with Ethos as a close protection officer for Carlos. It was not long before Hasan and Carlos realized Carlos did not need close protection in Turkey, and Hasan began to shift his focus to Carlos' international travels. Despite this, Hasan continued to stay close to Carlos and was constantly with Carlos while in Turkey. Hasan was typically stationed at the front of Ethos' Istanbul office any time Carlos was there and continued to provide close security for Carlos. Hasan was also a driver for Carlos and other Ethos employees in Istanbul.

Hasan spent nearly all his time with Carlos, only occasionally taking Sundays off. Hasan lived in Carlos' house from 2021 until Carlos' arrest in 2023. The only time Hasan was not with Carlos was during the times Carlos traveled to London or the United States due to visa restrictions. Hasan also did not participate in all client meetings. Hasan was later promoted to the Chief Security Officer of Ethos.

Carlos initially worked from home when Hasan met him. Carlos primarily worked with Ethos' employees Elias, Ricardo, Leandro, and Hans. However, Elias worked in London and was not working directly with Carlos. Ricardo, Leandro, and Hans were physically working with Carlos often in 2021.

**Ashton Investigative Services**
Phone: (619) 980-2657 | Fax: (619) 872-4373
185 West F Street, Suite 100, San Diego, CA 92101
https://www.ashton-investigations.com/



Leandro was a board member and was second in command at Ethos. Leandro worked closely with Carlos until Carlos' arrest. They were together constantly. Leandro worked in the office, attended client meetings, and travelled with Carlos. Leandro acted like a father figure to Carlos and other Ethos employees.

Hans also had a significant role in Ethos and spent a lot of time with Carlos when Hasan started in 2021. Hans lived in the United States but traveled to the office in Istanbul often. Hasan estimated Hans came to the office every month or every other month for two-to-three-week periods. Hans always stayed at Carlos' house when he was in town.

Hasan worried Carlos was too nice to his friends and employees. When Hasan started working with Carlos, Carlos was complaining that Hans was overstaying his welcome and said Hans was treating Carlos' house as if it were his own. Hasan was under the impression Carlos did not fully trust Hans.

Under Carlos' direction, Hasan started restricting employee access by adjusting elevator time settings and instructing employees to inform him of their arrivals and departures. Carlos hoped Hans would realize he was taking advantage of his hospitality.

Carlos decided to rent office space in the same building to avoid further issues with Hans and other employees. Carlos also felt having an official office space was more appropriate for client meetings and hoped it would create a more professional environment for his team.

The office consisted of three private offices, a kitchen, and an open area. Ricardo, Hasan, Carlos, and Leandro regularly worked there together, often being the only ones present. However, Ricardo stopped working in the Istanbul office when Carlos assigned him to manage the Brazil office. After that, he only visited the Istanbul office occasionally and typically stayed at Carlos' residence when in town.

Carlos, Leandro, and Hasan each had their own individual office space. Hasan and Leandro occasionally shared a space when other Ethos employees were working at the Istanbul office. The women working for Ethos (Margarida, Iolanda, and Cristiana) also used the office when they traveled to Istanbul. The women typically worked in the office for one to two weeks every couple of months.

Although Carlos, Leandro, and Hasan had their own office, it was common for all Ethos employees to share the three individual offices. Carlos was very trusting of his employees. He had an open-door policy and shared his office and his home with employees.

Carlos permitted employees to use his computer while he was at the office. Hasan had seen Ethos employees using Carlos' computer before, but he couldn't say what they were doing or confirm whether they sent emails from Carlos' account.

Hasan made it clear that Carlos never left his computer at the office when he was at home or traveling. Ethos employees only had access to the computer when Carlos was present in the

**Ashton Investigative Services**
Phone: (619) 980-2657 | Fax: (619) 872-4373
185 West F Street, Suite 100, San Diego, CA 92101
https://www.ashton-investigations.com/



office or if they were staying in Carlos' residence. For instance, Carlos would leave his computer available when stepping out to make phone calls in the corridor. Employees also had access if they were staying at his home and Carlos was asleep or preoccupied with other matters.

Carlos and the Ethos team traveled frequently for work. Hasan estimated Carlos traveled internationally one to two times per month. It is possible Elias handled matters remotely for Carlos during his international travels. Cristiana was responsible for handling matters in Portugal when Carlos was traveling.

Elias ran the office in London and did not come to the office in Istanbul during Hasan's employment with Ethos. Hasan only met Elias two times, once in Brazil and the other in South Africa. However, Carlos met with Elias in London often, and they communicated constantly via telephone.

Elias was a board member and a senior employee at Ethos, holding a high-ranking position within the company. Carlos had complete trust in him. Hasan felt Elias was the only employee Carlos fully trusted. Carlos complained about mistakes Leandro and Ricardo made, but he never complained about Elias. Hasan assumed this was why Elias had access to everything within the company. Hasan worried Carlos trusted Elias too much.

As Chief Security Officer, Hasan worried about people taking advantage of Carlos. Carlos trusted everyone, particularly his employees. He allowed Hasan and Cristiana to use credit cards for business matters without concern, he allowed employees to stay at his residence, and he trusted his employees to run Ethos when he traveled internationally.

Hasan was also concerned because an employee named Thabo Mateo had recently taken advantage of Carlos. Thabo oversaw Ethos Africa and had full access to Ethos operations. Hasan was with Carlos when Carlos learned Thabo stole a large amount of money and fled. As far as Hasan knows, Carlos has not been able to locate Thabo.

Hasan did not have information related to the Ethos business model. However, Hasan spent enough time with Carlos to see how he operated Ethos. Hasan had the opportunity to be present during a few client meetings. Clients appeared satisfied and Hasan never witnessed or heard of any clients complaining about delayed loans or having any financial issues with Ethos.

Calros traveled to meet with clients and cared about client satisfaction. He was always polite and positive with current and potential clients. It was common for Carlos to visit clients after they signed a contract in Istanbul. Hasan was unable to recall if Carlos visited clients before or after the contract was signed in other counties. Hasan recalled Carlos visited one client in Istanbul more than once.

Ethos never required upfront fees before starting a project. Hasan never saw Carlos show bank statements to potential or current clients, nor did he witness any false representations being made. Carlos had no need for such actions, and it would have been completely out of character for him. He was highly sensitive about compliance and always adhered strictly to the rules.

**Ashton Investigative Services**
Phone: (619) 980-2657 | Fax: (619) 872-4373
185 West F Street, Suite 100, San Diego, CA 92101
https://www.ashton-investigations.com/



Hasan has witnessed and heard about potential projects that Carlos rejected because he did not like the client. Carlos did not engage in business with people he did not like because he did not need to. Hasan was never under the impression that Carlos needed to or attempted to induce clients.

Hasan has worked with very wealthy men over recent years, some of which Hasan knew were engaging in fraudulent or illegal activities. It is Hasan's opinion that Carlos is not one of those men. Hasan does not believe Carlos would intentionally engage in fraud.

Carlos did not lead a lavish lifestyle. He rented a car when necessary and didn't own a home. Hasan never got the impression that Carlos was trying to get rich quickly. Despite the money Ethos was earning, Carlos remained humble. He donated $10,000 to a community after an earthquake and seemed to be genuinely invested in projects that benefited the community.

Hasan described Carlos as a family man. Hasan met his entire family at Carlos' wedding, which Leandro and Ricardo also attended. Carlos' wife shares his modest approach to life. Carlos is a workaholic with little social life. He was not focused on spending money or indulging in a luxurious lifestyle.

Hasan does not have a criminal record. Hasan is willing to testify on Carlos' behalf. However, he may have issues getting a visa to travel to the United States.

Hasan did not have any additional information to provide. I thanked Hasan for his time and concluded the interview.