# EXHIBIT B

Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
Brett T. Diehl (SBN 339686)
E: BDiehl@McKenzieScott.com
**McKENZIE SCOTT, PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Defendant*
*Carlos Manuel Da Silva Santos*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:23-cr-02507-RSH |
| Plaintiff, | |
| vs. | **DECLARATION OF HASAN OMEROGLU IN SUPPORT OF MR. SANTOS'S MOTION FOR FOREIGN DEPOSITION** |
| CARLOS MANUEL DA SILVA SANTOS (1), | Hon. Robert S. Huie |
| Defendant. | |

I, Hasan Ömeroğlu, declare under penalty of perjury as follows:

1. I was employed by Ethos Asset Management from October 2021 until January 2024.

2. I worked for Ethos Asset Management as the Chief of Security. In that role, I oversaw the security of Carlos Santos, other Ethos leaders, and Ethos's office in Istanbul. I spent thousands of hours alongside Mr. Santos and the other leaders of Ethos.

-1-
DECLARATION OF HASAN OMEROGLU IN SUPPORT OF MR. SANTOS'S MOTION FOR FOREIGN DEPOSITION

3. I have reviewed the report authored by investigator Caitlin Ashton on September 6, 2024 and attached as Exhibit A. It accurately captures the information I shared with her. I just want to clarify two points. First, I would often ride along with Mr. Santos and other Ethos employees when they were in Istanbul, but I did not drive them. Rather, Ethos hired a rental car and commercial driver. Second, at Ethos's Istanbul office, I did not share an office with Leandro Fernandes. I primarily sat at the front desk and roamed around the office.

4. I wish to testify as a witness in Mr. Santos's pending criminal case in the U.S. District Court for the Southern District of California.

5. Although I speak English, Turkish is my best language. I wish to give my testimony in Turkish.

6. The only citizenship I hold is from Turkey. I reside in Turkey.

7. I do not have a visa or other permission to enter the United States.

8. My understanding is that the wait to obtain a U.S. tourist visa for a Turkish national residing in Turkey is significant, often multiple years.

9. If I receive a visa, I am willing to travel to testify at Mr. Santos trial. Alternatively, I am willing to have my testimony taken in Turkey.

Respectfully submitted,

Dated:					By:
					HASAN OMEROGLU

-2-
DECLARATION OF HASAN OMEROGLU IN SUPPORT OF MR. SANTOS'S MOTION FOR FOREIGN DEPOSITION

|  |  |
|---|---|
| 1 | Timothy A. Scott (SBN 215074) |
| 2 | E: TScott@McKenzieScott.com |
| 3 | Marcus S. Bourassa (SBN 316125) |
|   | E: MBourassa@McKenzieScott.com |
| 4 | Brett T. Diehl (SBN 339686) |
| 5 | E: BDiehl@McKenzieScott.com |
| 6 | **McKENZIE SCOTT,PC** |
|   | 1350 Columbia Cad. Suit 600 |
| 7 | San Diego, Kaliforniya 92101 |
| 8 | Telefon: (619) 794-0451 |
| 9 | Faks: (619) 202-7461 |

*Davalı Avukatları*
*Carlos Manuel Da Silva Santos*

# AMERİKA BİRLEŞİK DEVLETLERİ BÖLGE MAHKEMESİ
## KALİFORNİYA GÜNEY BÖLGESİ

| AMERİKA BİRLEŞİK DEVLETLERİ, | Dava no: 3:23-cr-02507-RSH |
|---|---|
| Davacı, | |
| karşı | **HASAN ÖMEROĞLU'NUN BAY SANTOS'UN YABANCI İFADE TALEBİNİ DESTEKLEYEN BEYANI** |
| CARLOS MANUEL DA SILVA SANTOS (1), | Sayın Robert S. Huie |
| Davalı | |

- 1 -
HASAN ÖMEROĞLU'NUN BAY SANTOS'UN YABANCI İFADE TALEBİNİ
DESTEKLEYEN BEYANI

Ben, Hasan Ömeroğlu, yalancı şahitlik cezası kapsamında aşağıdaki hususları beyan ederim:

1. Ekim 2021'den Ocak 2024'e kadar Ethos Varlık Yönetimi tarafından istihdam edildim.
2. Ethos Varlık Yönetimi'nde Güvenlik Şefi olarak çalıştım. Bu rolde Carlos Santos'un, diğer Ethos liderlerinin ve Ethos'un İstanbul'daki ofisinin güvenliğini denetledim. Bay Santos ve diğer Ethos liderleriyle birlikte binlerce saat geçirdim.
3. 6 Eylül 2024'te araştırmacı Caitlin Ashton tarafından yazılan ve Ek A olarak eklenen raporu inceledim. Rapor kendisiyle paylaştığım bilgileri doğru bir şekilde yansıtıyor. Sadece iki noktayı açıklığa kavuşturmak istiyorum. Birincisi, Bay Santos ve diğer Ethos çalışanları İstanbul'dayken sık sık onlarla birlikte yolculuk ederdim ama onları ben sürmezdim. Bunun yerine, Ethos bir araba ve ticari bir şoför kiralardı. İkincisi, Ethos'un İstanbul ofisinde, Leandro Fernandes ile bir ofisi paylaşmadım. Ben esasen resepsiyonda otururdum ve ofiste dolaşırdım.
4. Bay Santos'un Kaliforniya Güney Bölgesi ABD Bölge Mahkemesi'nde devam eden ceza davasında tanık olarak ifade vermek istiyorum.
5. İngilizce konuşmama rağmen en iyi dilim Türkçe'dir. Tanıklık ifademi Türkçe olarak vermek istiyorum.
6. Sahip olduğum tek vatandaşlık Türkiye'dendir. Türkiye'de ikamet ediyorum.
7. Amerika Birleşik Devletleri'ne girmek için vizem veya başka bir iznim yok.
8. Anladığım kadarıyla Türkiye'de ikamet eden bir Türk vatandaşının ABD turist vizesi alabilmesi için uzun bir süre, çoğunlukla da birkaç yıl beklemesi gerekiyor.
9. Eğer vize alırsam, Bay Santos davasında tanıklık etmek için seyahat etmeye istekliyim. Alternatif olarak, tanık ifademin Türkiye'de alınmasını istiyorum.

Saygılarımla sunulmuştur,

Tarih: Nov 8, 2024         Tarafından: _____
                           Hasan Ömeroğlu (Nov 8, 2024 08:05 GMT+3)

                           HASAN ÖMEROĞLU

- 2 -
HASAN ÖMEROĞLU'NUN BAY SANTOS'UN YABANCI İFADE TALEBİNİ DESTEKLEYEN BEYANI

## CERTIFICATE OF TRANSLATION

<u>I, Selis Diker, certify that I am competent to translate from English into Turkish and certify that the translation of the declaration of Hasan Omeroglu in Support of Mr. Santo's Motion for Foreign Deposition is true and accurate to the best of my abilities.</u>

<u>*[signature]*</u>                                                                        <u>11/4/2024</u>
*Signature*                                                                                    *Date*

<u>Selis Diker</u>
*Printed Name*

Native Interpreting
1455 Frazee Road, Suite 500
San Diego, CA 92108
(619) 930-5734