14:42:35  1                  UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,          .
                                        .
5         PLAINTIFF,                    . NO. 23-CR-2507-RSH
                                        .
6              V.                       . OCTOBER 18, 2024
                                        .
7    CARLOS MANUEL DA SILVA SANTOS, ET AL.,. SAN DIEGO, CALIFORNIA
                                        .
8         DEFENDANT.                    .
     . . . . . . . . . . . . . . . . . . .
9

14:42:35 10

11                  TRANSCRIPT OF MOTION HEARING
              BEFORE THE HONORABLE ROBERT S. HUIE
12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   FOR THE PLAINTIFF:      UNITED STATES ATTORNEY'S OFFICE
                             BY: EDWARD BEELER AND CARL BROOKER
15                           880 FRONT STREET, ROOM 6293
                             SAN DIEGO, CALIFORNIA  92101
16
     FOR THE DEFENDANT:      MCKENZIE SCOTT, PC
17                           BY: BRETT T. DIEHL
                             1350 COLUMBIA, SUITE 600
18                           SAN DIEGO, CALIFORNIA  92101

19

20   COURT REPORTER:         JULIET Y. EICHENLAUB, RPR, CSR
                             USDC CLERK'S OFFICE
21                           333 WEST BROADWAY, ROOM 420
                             SAN DIEGO, CALIFORNIA  92101
22                           JULIET_EICHENLAUB@CASD.USCOURTS.GOV

23

24

25   REPORTED BY STENOTYPE, TRANSCRIBED BY COMPUTER

14:42:35   1                SAN DIEGO, CALIFORNIA; OCTOBER 18, 2024; 2:42 P.M.

2                                -O0O-

3             THE CLERK:  CALLING MATTER 13 ON THE CALENDAR,

4   23CR2507, USA VS. CARLOS MANUEL DA SILVA SANTOS.

5             ATTORNEY BEELER:  GOOD AFTERNOON, YOUR HONOR.

6   CHRISTOPHER BEELER AND CARL BROOKER FOR THE UNITED STATES.

7             THE COURT:  MR. BEELER, MR. BROOKER, GOOD

8   AFTERNOON.

9             ATTORNEY DIEHL:  GOOD AFTERNOON.  BRETT DIEHL ON

10  BEHALF OF MR. SANTOS WHO IS PRESENT BEFORE THE COURT IN

11  CUSTODY.

12            THE COURT:  MR. DIEHL, MR. SANTOS, GOOD AFTERNOON TO

13  YOU AS WELL.  ALL RIGHT.  WE'RE HERE ON THE DEFENSE'S MOTION

14  FOR A BILL OF PARTICULARS.  I REVIEWED THE BRIEFS AT ECF NUMBER

14:43:04 15  55 AND 69.  I WILL HEAR ANY FURTHER ARGUMENT THE PARTIES WISH

16  TO MAKE.  MR. DIEHL, YOU CAN ADD ANYTHING YOU LIKE.

17            ATTORNEY DIEHL:  THANK YOU, YOUR HONOR.  I JUST WANT

18  TO RESPOND TO SOME OF THE ARGUMENTS THE GOVERNMENT RAISED IN

19  THEIR RESPONSE.  I THINK THAT EVEN BY THE GOVERNMENT'S

20  ADMISSION THERE ARE MULTIPLE CHARGES -- BY MY COUNT, THREE --

21  THAT ARE BROAD IN NATURE IN TERMS OF TIME AND/OR UNSPECIFIED

22  VICTIMS.          AS THE COURT IS AWARE, THE COMPANY THAT MR.

23  SANTOS RAN, ETHOS ASSET MANAGEMENT, FUNCTIONED WORLDWIDE ACROSS

24  SIX CONTINENTS FOR FIVE YEARS AND ENGAGED, I THINK IMPORTANTLY,

25  IN CONVERSATIONS WITH HUNDREDS OF PROSPECTIVE BORROWERS.  IN

14:43:44  1    ORDER TO HAVE THOSE CONVERSATIONS, IT RELIED ON ASSOCIATES AND

2    AFFILIATES FOR NEGOTIATIONS.  SO MR. SANTOS DIDN'T LEAD MANY

3    NEGOTIATIONS IN WHICH ETHOS WAS INVOLVED.

4            BY MY COUNT, THE TERM "PROSPECTIVE BORROWERS" IS

5    MENTIONED 11 TIMES IN THE SUPERSEDING INDICTMENT.  I THINK

6    THAT'S IMPORTANT FOR THE COURT TO KEEP IN MIND BECAUSE MUCH OF

7    THE GOVERNMENT'S ARGUMENT, IN MY READING, BOILS DOWN TO THE

8    FACT THAT MR. SANTOS KNOWS WHO THE VICTIMS OF HIS SCHEMES WERE,

9    THAT HE SHOULD BE ABLE TO GLEAN FROM DISCOVERY WHAT'S GOING ON,

10   AND THEY POINT TO A DECLARATION BY MYSELF IN WHICH I NAMED 51

11   COMPANIES THAT I WAS AWARE THAT SIGNED CONTRACTS WITH

12   MR. SANTOS OR ETHOS AND THAT THE GOVERNMENT ARE ALLEGING ARE

13   VICTIMS.

14           BUT TO MY READING, THE GOVERNMENT'S VICTIM LIST IS

14:44:37 15   VERY DIFFERENT THAN THE PROSPECTIVE BORROWERS WHO ENGAGED WITH

16   ETHOS, WHO I THINK NUMBER IN THE HUNDREDS IS A CONSERVATIVE

17   ESTIMATE.

18           THE THREE CHARGES THAT ARE PARTICULARLY BROAD ARE THE

19   FIRST COUNT WHICH IS THE CONSPIRACY TO COMMIT WIRE FRAUD.  IT

20   DOESN'T HAVE ANY TIME BOUNDS, AND I THINK IT COVERS MULTIPLE

21   CONTINENTS, CERTAINLY MULTIPLE YEARS; COUNT FIVE WHICH IS THE

22   BANK FRAUD ALLEGATION WHICH COVERS A NINE-MONTH PERIOD AND

23   COUNT EIGHT WHICH IS THE CONSPIRACY TO OPERATE AN UNLICENSED

24   MONEY TRANSMISSION BUSINESS.

25           COUNT FIVE, THERE IS OBVIOUSLY SOME SPECIFICITY

14:45:05  1   THERE.  WE KNOW, FOR EXAMPLE, THE INSTITUTION FOR COUNT FIVE;

2   AND COUNT EIGHT WE KNOW THE BASIC PLAYERS.  BUT THOSE

3   INTERACTIONS THAT, YOU KNOW, DETAIL A LARGE NUMBER OF

4   INTERACTIONS, IT'S HARD FOR ME TO GLEAN IF THE GOVERNMENT IS

5   GOING TO ARGUE THAT SOME OF THOSE ARE PART OF THE CONSPIRACY,

6   THAT ALL OF THOSE ARE PART OF THE CONSPIRACY.

7        AND THEN TO TURN TO COUNT ONE, AS THE COURT IS WELL

8   AWARE, THE OVERT ACTS, FOR EXAMPLE, THAT ARE CONTAINED IN THE

9   SUPERSEDING INDICTMENT, OR ANY INDICTMENT, ARE NOT BINDING ON

10   THE GOVERNMENT FOR WHEN THEY PRESENT THEIR CASE.  SO TO MY

11   READING, THE GOVERNMENT WHEN IT SAYS "PROSPECTIVE BORROWERS"

12   OVER AND OVER AGAIN COULD MENTION ANY TRANSACTION IN WHICH

13   ETHOS HAD ANY KIND OF NEGOTIATION DURING THE ENTIRETY OF THE

14   TIME SPAN THAT IT OPERATED.  SO I THINK THAT JUST THAT ONE

14:45:50  15   COUNT ALONE, THE CONSPIRACY TO COMMIT WIRE FRAUD, WARRANTS THE

16   COURT TAKING A CLOSER LOOK HERE.

17        I WANT TO MAKE CLEAR:  THE GOVERNMENT DOES THIS

18   RHETORICAL MOVE IN ITS BRIEF THAT I DON'T QUITE UNDERSTAND.  IT

19   SAYS ON THE FIRST PAGE AT THE BOTTOM, IT SAYS, "DEFENDANT SEEKS

20   ONE THING:  A LIST OF SPECIFIC COMPANIES AND INDIVIDUALS THAT

21   WILL BE PART OF THE GOVERNMENT'S CASE-IN-CHIEF."  THAT'S TRUE.

22   THAT IS WHAT WE'RE SEEKING.  THE NEXT SENTENCE IS, "STATED

23   SIMPLY, DEFENDANT DEMANDS THE GOVERNMENT'S WITNESS AND EXHIBIT

24   LIST."  AND THAT'S THE ARGUMENT THE GOVERNMENT MAKES OVER AND

25   OVER AGAIN IS THAT WHEN I'M ASKING FOR SPECIFIC COMPANIES AND

14:46:25  1  INDIVIDUALS, ACTS TO BE NAMED, THAT I'M ASKING FOR THEIR

2  WITNESS LIST AND EXHIBIT LIST.  AND I DON'T READ THE FIRST

3  LOGICALLY FLOWING TO THE SECOND, AND I THINK THE COURT SHOULD

4  TAKE ME AT WHAT I'M ASKING FOR WHICH IS THE FIRST OF THOSE

5  CATEGORIES WHICH IS THE SPECIFIC COMPANIES, INDIVIDUALS, ACTS.

6  I WANT TO BRING TO THE COURT'S ATTENTION TWO PIECES

7  OF EVIDENCE THAT WERE RAISED AT THE BOND HEARING THAT I THINK

8  ILLUSTRATES SPECIFICALLY WHY THE COURT DOES NOT ORDER A BILL OF

9  PARTICULARS HERE.  IT RISKS AT TRIAL PUTTING US IN THE POSITION

10  WHERE WE BASICALLY HAVE TO STOP, ASK THE COURT TO TAKE SOME

11  FORM OF A RECESS OR CONTINUANCE AND GO BACK AND EVALUATE THE

12  EVIDENCE.

13  THE TWO PIECES OF EVIDENCE THAT I WANT TO HIGHLIGHT

14  ARE FIRST THE QUEEN'S LETTER, THE COMMITTEE OF 300 LETTER THAT

14:47:08  15  WAS DISCUSSED AT THE LAST HEARING BEFORE YOUR HONOR, AND THE

16  SECOND IS ALLEGATIONS ABOUT ETHOS HAVING A BANK ACCOUNT HOUSED

17  IN URUGUAY.  I'LL SPEAK TO THE FIRST BRIEFLY IN A SECOND IN A

18  LITTLE MORE DEPTH.  THE QUEEN'S LETTER, THE COMMITTEE OF 300,

19  WAS ONE OF THE PIECES OF EVIDENCE THE GOVERNMENT CHOSE IN THEIR

20  ARGUMENT IN THEIR BRIEFING IN THE BOND MOTION TO SAY WAS A

21  PROOF OF THE CONSPIRACY AND THE FRAUD IN WHICH MR. SANTOS

22  ENGAGED.

23  I WAS SURPRISED TO SEE THIS IN THE GOVERNMENT'S

24  BRIEFING BECAUSE I HADN'T SEEN THIS BEING SENT TO ANY COMPANY.

25  I WASN'T AWARE OF ANYTHING THAT MIGHT INVOLVE THAT, AND INDEED,

14:47:42   1    WHEN I SPOKE WITH MR. SANTOS, NOR WAS HE.  SURE ENOUGH, AS I

           2    INCLUDED IN MY REPLY BRIEF IN THAT PREVIOUS PROCEEDING, I HAVE

           3    NOT SEEN ANY EVIDENCE THAT THAT QUEEN'S LETTER WAS EVER SENT TO

           4    ANYONE BY MR. SANTOS.  TO BE CLEAR, I DON'T THINK HE EVER SENT

           5    THAT LETTER TO ANYONE WITHIN ETHOS OR ANYONE OUTSIDE OF ETHOS.

           6           SO IF THE GOVERNMENT AT TRIAL WAS TO HAVE THEIR AGENT

           7    OR SOMEONE ELSE TESTIFY THAT THEY'RE AWARE OF THIS QUEEN'S

           8    LETTER OR THE COMMITTEE OF 300 LETTER THAT'S PROOF OF THE

           9    CONSPIRACY TO COMMIT FRAUD, IF I DIDN'T HAVE NOTICE BEFOREHAND

          10    THAT THAT WAS SOMETHING THE GOVERNMENT WAS GOING TO DO, AS MR.

          11    SANTOS' COUNSEL, I'D HAVE TO ASK THE COURT FOR PAUSE; I'D NEED

          12    TO GO BACK TO MY OFFICE AND EXAMINE THE EVIDENCE AND UNDERSTAND

          13    WHAT EXACTLY IS BEING ALLEGED AND HOW BEST TO RESPOND TO THAT.

          14    I THINK THAT ILLUSTRATES WHY A BILL OF PARTICULARS IS NECESSARY

14:48:32  15    HERE.

          16           THEN I WANT TO TURN TO THE SECOND PIECE OF EVIDENCE

          17    THAT I THINK, INVOLVING FINANCIAL TRANSACTIONS AND ALLEGATIONS

          18    BY THE GOVERNMENT THAT I, SITTING HERE TODAY, SEE VERY

          19    DIFFERENTLY THAN WHAT WAS PROFFERED AT THE BOND HEARING AND I

          20    THINK IS ANOTHER ILLUSTRATION OF WHY CONTEXT MATTERS AND,

          21    ABSENT A BILL OF PARTICULARS, WHY THIS TRIAL COULD ULTIMATELY

          22    BE QUITE UNRULY AND REQUIRE A NUMBER OF BREAKS FOR US TO

          23    PREPARE, OR IF NOT THAT, RISK RENDERING US INEFFECTIVE.

          24           I'M GOING TO QUOTE BRIEFLY FROM THAT TRANSCRIPT OF

          25    THE HEARING THAT WE ORDERED.  IT'S ON THE BOTTOM OF PAGE 16 AND

14:49:07  1    TOP OF PAGE 17 OF THAT BOND MOTION TRANSCRIPT.  THIS IS MR.

2    BEELER SPEAKING, AND HE SAYS:

3         ONE OTHER ISSUE WITH THE AFFIDAVIT -- SPEAKING

4         REGARDING THE AFFIDAVIT OF THE FORENSIC ACCOUNTANT -- OR

5         THE DECLARATION IS WE KNOW FOR A FACT THAT IT DOES NOT

6         INCLUDE ALL ETHOS BANK ACCOUNTS.  IN FACT, AND IT HAS BEEN

7         PRODUCED IN DISCOVERY, THERE IS AT LEAST ONE ETHOS BANK

8         ACCOUNT IN URUGUAY, AND ONE OF THE LAST STATEMENTS WE HAVE

9         ONLY HAS A $52,000 BALANCE IN IT.  OVER $7 MILLION HAVE

10        BEEN MOVING THROUGH IT AS FAR AS WE CAN SEE.  SO WE

11        QUESTION THE INTEGRITY OF THE DECLARATION BECAUSE IT DOES

12        NOT INCLUDE THIS URUGUAY BANK STATEMENT.  WE WONDER IF MR.

13        SANTOS HAS HID IT FROM HIS ATTORNEYS.

14             SO IF THE COURT WOULD PERMIT, I'D LIKE TO APPROACH.

14:49:52 15    I HAVE A COPY FOR THE COURT AS WELL AS THE GOVERNMENT FOR WHAT

16    I THINK IS THAT BANK STATEMENT IN TRYING TO EXPLAIN WHY I THINK

17    CONTEXT MATTERS IF THESE KINDS OF ALLEGATIONS WERE TO BE MADE

18    BY A WITNESS, SAY THE CASE AGENT, AT TRIAL.  MAY I APPROACH?

19    IT'S JUST ONE DOCUMENT.

20             THE COURT:  YES.  COULD YOU PROVIDE A COPY TO THE

21    GOVERNMENT AS WELL?

22             ATTORNEY DIEHL:  CERTAINLY.  THIS IS TAKEN FROM THAT

23    EIGHTH PRODUCTION THAT THE GOVERNMENT WAS DISCUSSING IN THE

24    QUOTE THAT I READ.

25             THE COURT REPORTER:  PLEASE SLOW DOWN, MR. DIEHL.

14:50:27  1      ATTORNEY DIEHL:  SO I GUESS I COULD ASK THE

2    GOVERNMENT TO CONFIRM, BUT I THINK THIS IS THE DOCUMENT THEY

3    WERE SPEAKING ABOUT, THE BANK ACCOUNT THEY WERE SPEAKING ABOUT

4    AT THE BOND HEARING BECAUSE I CAN SEE AT THE ENDING ACCOUNT

5    VALUE ON THE RIGHT SIDE OF THE PAGE THERE IS A $52,000 AMOUNT

6    AND THE DEPOSITS AND WITHDRAWALS DURING THE PERIOD RECORDED

7    TOTALS A LITTLE OVER $7 MILLION.

8          AND I THINK THE REASON THE GOVERNMENT SAID, AS A

9    COMPLETE SURPRISE TO ME AND TO MR. SANTOS, THAT MR. SANTOS HAD

10   A BANK ACCOUNT IN URUGUAY IS BECAUSE AT THE TOP LEFT OF THIS

11   DOCUMENT THERE IS A GLOBAL WEALTH MANAGEMENT LISTED AND THERE'S

12   A MONTEVIDEO, URUGUAY ADDRESS.  IT'S ALSO, A LITTLE FURTHER

13   DOWN ON THE LEFT SIDE, IT NOTES YOUR ACCOUNT EXECUTIVE, SAINT

14   JOSEPH.

14:51:15 15         SO TO PROVIDE A LITTLE CONTEXT TO THE COURT, SAINT

16   JOSEPH IS AN ESCROW COMPANY THAT WORKED WITH ETHOS ASSET

17   MANAGEMENT.  I THINK A KEY DETAIL HERE IS THE GOVERNMENT ARGUED

18   AT THE LAST HEARING THAT I WASN'T AWARE OF A BANK ACCOUNT THAT

19   EXISTED IN URUGUAY THAT MR. SANTOS AND ETHOS HAD.  BUT THAT'S

20   NOT WHAT THIS DOCUMENT IS.

21         IF YOU LOOK AT THE BOTTOM RIGHT, RIGHT NEXT TO THE

22   BATES STAMP, YOU'LL SEE THAT IT'S CLEARING THROUGH PERSHING,

23   LLC, A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON

24   CORPORATION, BNY MELLON.  SO TO MY READING, THIS IS A BANK

25   ACCOUNT THAT'S HELD IN A NEW YORK CORPORATION, BANK OF NEW YORK

14:51:48   1   MELLON, OR PERHAPS IN A BROKERAGE FULLY OWNED ARM OF BNY

2   MELLON, WHICH IS PERSHING, A NEW JERSEY-BASED INSTITUTION.

3        SO THE REASON I BRING THIS TO THE COURT'S ATTENTION

4   IS NOT BECAUSE I'M HERE TO CALL THE GOVERNMENT A LIAR OR

5   ANYTHING LIKE THAT, BUT THIS IS THE KIND OF THING AT TRIAL, IF

6   THE GOVERNMENT BY SURPRISE ALLEGED THAT ONE OF THE PROOF OF

7   CONSPIRACY THAT MR. SANTOS ENGAGED IN A CONSPIRACY TO COMMIT

8   WIRE FRAUD WAS THAT HE HAD A URUGUAYAN BANK ACCOUNT, I'D HAVE

9   TO GO BACK TO MY OFFICE, SKIM THROUGH DISCOVERY AND FIND WHERE

10   THAT WAS, AND THEN I'D ARGUE QUITE FORCIBLY THROUGH THE WITNESS

11   THAT THIS IS, IN FACT, A NEW YORK OR NEW JERSEY BASED BANK

12   ACCOUNT, NOT A URUGUAYAN BASED BANK ACCOUNT.

13        I THINK THAT CONTEXT MATTERS, AND I THINK WE RISK

14   CONFUSING THE JURY AND PREJUDICING MR. SANTOS' DEFENSE IF WE'RE

14:52:36   15   NOT ABLE TO PREPARE THOSE ARGUMENTS IN ADVANCE -- THOSE ARE

16   SERIOUS ALLEGATIONS -- IF AT SOME POINT THE GOVERNMENT SAYS MR.

17   SANTOS IS HIDING MONEY IN URUGUAY, AND WE'RE NOT ABLE AS HIS

18   COUNSEL TO GO BACK, ADEQUATELY ASSESS WHAT THE EVIDENCE BEING

19   PRESENTED IS AND OFFER THE MOST STRONGEST, APPROPRIATE

20   ARGUMENT.

21        THE COURT:  MR. DIEHL, CAN YOU EXPLAIN HOW DOES THAT

22   TIE IN FOR YOUR REQUEST FOR A BILL OF PARTICULARS?

23        ATTORNEY DIEHL:  CORRECT, BECAUSE THERE'S THIS

24   CONSPIRACY COUNT THAT'S UNBOUNDED.  SO TO BE CLEAR, THERE'S NO

25   ALLEGATION IN ANY OF THE INDICTMENTS ABOUT ANY BANKING OR ANY

14:53:07  1    TRANSACTIONS IN URUGUAY.  SO THERE'S THIS CONSPIRACY COUNT

       2    THAT'S UNBOUNDED BY TIME, UNBOUNDED BY SPACE AND UNBOUNDED BY

       3    POTENTIAL BORROWERS OR VICTIMS.

       4         THE COURT:  BUT THE INDICTMENT WOULDN'T BE EXPECTED

       5    TO ALLEGE HOW MONEY WAS MOVED WITHIN THE ORGANIZATION UNLESS

       6    THAT WERE THE FOCUS OF CHARGES.  THAT'S JUST HOW THE

       7    ORGANIZATION OPERATES FINANCIALLY.  THAT'S NOT SOMETHING YOU

       8    WOULD EXPECT TO SEE IN THE INDICTMENT UNLESS THERE WERE

       9    PARTICULAR TRANSACTIONS THAT WERE OVERT ACTS THAT THE

      10    GOVERNMENT CHOSE TO IDENTIFY OR THAT WERE TRANSMISSIONS THAT

      11    WERE ALLEGED TO BE UNLAWFUL MONEY, SERVICE, BUSINESS

      12    TRANSACTIONS.

      13         I'M JUST -- I HEAR YOUR CONCERN, BUT I'M NOT SEEING

      14    HOW, WHAT A BILL OF PARTICULARS IS GOING TO DO TO ALLAY THAT

14:54:07 15    CONCERN BECAUSE YOU'RE NOT ASKING FOR AN EXHIBIT LIST, BUT IT

      16    SOUNDS LIKE WHAT YOU WANT IS AN IDENTIFICATION OF INDIVIDUAL

      17    ACCOUNTS WHOSE RECORDS MAY BE THE SUBJECT OF PROOF AT TRIAL.

      18    HOW DOES THIS RELATE TO THE MOTION?

      19         ATTORNEY DIEHL:  CORRECT, YOUR HONOR.  I THINK THAT

      20    FIRST COUNT, THE CONSPIRACY TO COMMIT WIRE FRAUD COUNT, WHEN

      21    THE GOVERNMENT PROFFERS THIS EVIDENCE AT THE BOND HEARING, WHAT

      22    I HEAR IS THAT THIS IS PROOF OF PERHAPS MR. SANTOS' GUILT.  AND

      23    I THINK THAT FOR SOME OF THE CHARGES WE HAVE VERY CLEAR WHAT

      24    THE ALLEGATIONS ARE.  BUT IT'S MY INTERPRETATION THAT A WIRE

      25    FRAUD COUNT CAN INCLUDE SOMETHING LIKE HOW MONEY WAS BEING

14:54:45   1    MOVED BETWEEN BANKS BECAUSE I WANT -- THE COURT IS OBVIOUSLY

  2    AWARE THE OVERT ACTS ALLEGED IN THE INDICTMENT DO NOT LIMIT

  3    WHAT THE GOVERNMENT CAN OR CANNOT PRESENT.

  4         SO IT'S MY POSITION OR IT'S OUR POSITION THAT THE

  5    GOVERNMENT CAN CHOOSE TO ARGUE THAT ONE OF THE ACTS THAT PROVES

  6    THE CONSPIRACY TO COMMIT WIRE FRAUD IS THE USE OF A BANK

  7    ACCOUNT IN URUGUAY, FOR EXAMPLE.  IF I CAN MAKE AN EXPLANATION

  8    BASED ON THE ONGOING LITIGATION WE HAVE IN JUDGE BASHANT'S

  9    COURTROOM WHERE WE HAVE A FRAUD CASE WHICH I THINK WOULD BE

10    INSTRUCTIVE TO THE COURT?

11         THE COURT:  YES.

12         ATTORNEY DIEHL:  IN THAT CASE, FOR EXAMPLE, JUDGE

13    BURNS -- THE CASE HAS NOW BEEN INHERITED BY JUDGE BASHANT --

14    ORDERED A LIMITED LIST OF 25 VICTIMS BE PREPARED.  THE REASON

14:55:32 15    FOR THAT -- I CAN PROVIDE THE COURT WITH THE CASE NUMBER.  IT'S

16    23-CR-1916.  WE'RE CURRENTLY IN THE MIDDLE OF TRIAL.  THE

17    REASON THAT JUDGE BURNS, I BELIEVE, ORDERED THAT WAS BECAUSE

18    THE GOVERNMENT WAS MAKING ALLEGATIONS THAT HUNDREDS OF

19    COMPANIES HAVE BEEN DECEIVED.

20         I THINK THAT'S SIMILAR TO HERE HOW THE GOVERNMENT IS

21    ARGUING THAT HUNDREDS OF PROSPECTIVE BORROWERS ENGAGED WITH MR.

22    SANTOS AND WERE DECEIVED, ALL OF WHICH WOULD FALL WITHIN THIS

23    CONSPIRACY CHARGE.  SO IT'S MY POSITION -- AND AGAIN, MAYBE I'M

24    NOT RESPONDING TO THE COURT CORRECTLY -- THAT SOMETHING LIKE

25    THIS WOULD BE FAIR GAME FOR THE GOVERNMENT TO PRESENT UNDER THE

14:56:02   1   CASE AS CURRENTLY CHARGED, AND WE WOULD HAVE NO WAY TO PREPARE

2   A RESPONSE TO SUCH ALLEGATIONS.

3       THE COURT:  MR. DIEHL, I FOLLOW YOUR MOTION, AND I

4   TRACK THE REQUEST AND THE REASONS FOR IT.  BUT WITH THIS

5   EXHIBIT, YOU'RE LOSING ME JUST A LITTLE BIT BECAUSE EVEN IF I

6   WERE TO ORDER A BILL OF PARTICULARS, IT WOULDN'T PERTAIN TO

7   THIS DOCUMENT.  IT WOULDN'T BE AN EXHIBIT LIST THAT REQUIRES

8   THE GOVERNMENT TO IDENTIFY THIS DOCUMENT.  IT WOULDN'T -- A

9   BILL OF PARTICULARS WOULDN'T REQUIRE THE GOVERNMENT TO IDENTIFY

10  EVERY ACCOUNT THAT THEY BELIEVE WAS USED IN CONNECTION WITH THE

11  CONSPIRACY.

12      SO MAYBE THIS IS JUST AN EXAMPLE.  I DON'T WANT TO

13  GET TRIPPED UP OVER THIS.  BUT I'M NOT SEEING HOW THIS

14  PARTICULAR DOCUMENT PERTAINS TO THE REQUEST FOR A BILL OF

14:56:48  15  PARTICULARS.  I UNDERSTAND THE POTENTIAL FOR SURPRISE AND THE

16  POTENTIAL FOR UNFAIR SURPRISE, BUT I WANT TO BE PRAGMATIC AND

17  CONCRETE ABOUT WHAT IT IS THAT'S BEING REQUESTED IN CONNECTION

18  WITH THIS MOTION AND WHAT I HAVE THE POWER TO ORDER.

19      ATTORNEY DIEHL:  I APPRECIATE THAT, YOUR HONOR.  SO

20  FOR EXAMPLE, SAINT JOSEPH WHO IS INVOLVED WITH RUNNING THE

21  ACCOUNT THAT'S THE SUBJECT OF THIS TRANSACTION IS THE ACCOUNT

22  EXECUTIVE.  IT WAS BASICALLY AN ESCROW SERVICE USED BY ETHOS.

23  I SUSPECT THAT SOME OF THE ARGUMENTS THAT WE MADE WILL BE ABOUT

24  THE CONDUCT BETWEEN SAINT JOSEPH AND ETHOS ASSET MANAGEMENT.

25      AND IF THE GOVERNMENT, FOR EXAMPLE, IN THE BILL OF

14:57:26  1  PARTICULARS WAS TO DISCLOSE THAT THEY ARE PARTICULARLY

2  INTERESTED IN TRANSACTIONS BETWEEN SAINT JOSEPH AND ETHOS ASSET

3  MANAGEMENT IN JULY OF 2023, A DOCUMENT LIKE THIS WOULD BE

4  HIGHLY RELEVANT.  AND I THINK IF THE GOVERNMENT WERE TO PUT ON,

5  LET'S SAY, THE CASE AGENT AND WAS ELICITING, TO OUR SURPRISE, A

6  DESCRIPTION OF HOW ETHOS' CONSPIRACY USED SAINT JOSEPH TO

7  DEFRAUD PROSPECTIVE BORROWERS OR SIGNED BORROWERS, I SUSPECT

8  THEY MIGHT SAY, "I FOUND THIS ACCOUNT IN URUGUAY THAT HAS $7

9  MILLION MOVING THROUGH IT IN JULY 2023."

10       IF THE BILL OF PARTICULARS ORDERED SAINT JOSEPH TO BE

11  IDENTIFIED OR A TIME PERIOD SUCH AS JULY 2023 TO BE IDENTIFIED,

12  I THINK THERE'S A HIGH LIKELIHOOD I WOULD BE PREPARED AND

13  UNDERSTAND THE CONTEXT OF THIS BANK ACCOUNT AND I WOULD BE

14  PREPARED TO CROSS-EXAMINE THE CASE AGENT OR WHOEVER THE WITNESS

14:58:23 15  MIGHT BE ABOUT IF THIS ACCOUNT WAS IN URUGUAY.

16       SO I'M NOT BRINGING THIS UP TO SAY THE GOVERNMENT

17  NEEDS TO TELL ME A SPECIFIC BATES STAMP IS THE PURPOSE OF THEIR

18  CASE.  IT'S RATHER THAT, AS IT STANDS NOW, I DON'T KNOW IF I

19  NEED TO START INTERVIEWING WITNESSES IN SOUTH AFRICA, IN

20  AUSTRALIA, IN ANY COUNTRY AROUND THE WORLD WHERE ETHOS CAME

21  INTO CONTACT WITH PROSPECTIVE BORROWERS.  AND IT, FRANKLY,

22  MAKES IT VERY DIFFICULT TO WADE THROUGH A TERABYTE OF

23  DISCOVERY, A MILLION-PLUS DOCUMENTS AND PREPARE A DEFENSE WHEN

24  THIS CONSPIRACY, AS IT STANDS NOW, IS COMPLETELY UNBOUNDED BY

25  VICTIM, BY TIME AND BY ALLEGATION.

14:59:00    1        THE COURT:  ALL RIGHT.  I THINK I FOLLOW, MR. DIEHL.

2    SO YOUR WRITTEN MOTION, THE FOCUS OF IT AT LEAST, NOT THE

3    ENTIRETY, BUT THE FOCUS OF IT IS IDENTIFICATION OF THE VICTIMS

4    WHO ARE GOING TO BE THE SUBJECT OF THE GOVERNMENT'S

5    CASE-IN-CHIEF AT TRIAL.

6        IT SOUNDS LIKE WHAT YOU'RE SAYING IS, IF NOT ONLY THE

7    VICTIMS BUT ALSO THE TRANSACTIONS WITH THOSE VICTIMS OR THE

8    TIMEFRAME OF THOSE TRANSACTIONS WERE IDENTIFIED, IT WOULD ALLOW

9    YOU TO FOCUS YOUR EXPLORATION OF THE DISCOVERY TO ANTICIPATE

10   THOSE ISSUES WHICH OTHERWISE WOULD CREATE UNFAIR SURPRISE AT

11   TRIAL; IS THAT CORRECT?

12       ATTORNEY DIEHL:  CORRECT.  JUST AS A WAY OF EXAMPLE

13   FOR YOUR HONOR, ON PAGE 14 OF THE GOVERNMENT'S BRIEF, THEY

14   MENTION 27 VICTIMS.  IF THE COURT WERE TO ORDER, FOR EXAMPLE,

14:59:48   15   THE GOVERNMENT TO CONTAIN A LIST OF THE COMPLETE VICTIMS ABOUT

16   WHICH THEY INTEND TO ELICIT TESTIMONY AT TRIAL, IT WOULD MAKE

17   PREPARING ARGUMENTS ABOUT DOCUMENTS LIKE THIS AND EXAMINING THE

18   SPECIFIC TRANSACTIONS MUCH EASIER, FROM OUR PERSPECTIVE.

19       I JUST WANT TO LAY OUT, EVEN IF THE COURT IS ONLY

20   GOING TO SAY, "JUST GIVE US THE VICTIMS YOU'RE GOING TO PRESENT

21   AT TRIAL," I THINK THAT WOULD BE A MAJOR STEP TOWARDS

22   TIGHTENING AND FOCUSING THE ISSUES FOR TRIAL -- SORRY.

23       THE COURT:  NO, NO.  YOU'RE NOT EVEN ASKING FOR THE

24   NAMES OF THE WITNESSES.  YOU'RE JUST ASKING FOR THE NAMES OF

25   THE VICTIM ENTITIES.

15:00:26    1          ATTORNEY DIEHL:  CORRECT.  BECAUSE MY FEAR IS I'VE

2    SPENT TENS, IF NOT HUNDREDS, OF HOURS REVIEWING COMMUNICATIONS

3    BETWEEN ETHOS' EMPLOYEES AND BETWEEN PROSPECTIVE BORROWERS AND

4    ETHOS' EMPLOYEES OR ETHOS' ASSOCIATES AND CONTEXT MATTERS FOR

5    THOSE.  SO IF THERE'S A COMPANY, FOR EXAMPLE, THE GOVERNMENT

6    WANTS TO BRING FROM SOUTH AFRICA, I NEED TO GO OUT AND IDENTIFY

7    WITNESSES, DOCUMENTS, PREPARE A DEFENSE ABOUT HOW ETHOS WAS

8    DEALING WITH PROSPECTIVE BORROWERS IN SOUTH AFRICA.

9          IF, BY CONTRAST, THE GOVERNMENT WAS WILLING TO SAY,

10   "WE ONLY PLAN TO PRESENT TESTIMONY ABOUT VICTIMS IN THE UNITED

11   STATES THAT WERE DEFRAUDED BY ETHOS," THAT WOULD FOCUS A LOT

12   HOW WE PREPARE FOR TRIAL.  MY FEAR RIGHT NOW IS WE RISK BEING

13   RENDERED INEFFECTIVE BECAUSE FOR EVERY TRANSACTION THAT ETHOS

14   ENGAGED IN OR FOR EVERY PROSPECTIVE BORROWER THAT WAS

15:01:23   15   CONTACTED, MR. SANTOS WAS MAYBE THE SIXTH OR SEVENTH PLAYER IN

16   THAT CONVERSATION.  THERE WAS PEOPLE ON THE GROUND WHO WERE

17   TRYING TO SOURCE THOSE DEALS.  THERE WERE INTERMEDIARY PLAYERS

18   OF ETHOS.  THERE WAS ALSO A COMPLIANCE TEAM OF ETHOS.

19          SO FOR EACH ONE OF THOSE VICTIMS, I THINK IT'S ONLY

20   FAIR THAT MR. SANTOS HAS THE ABILITY TO SPECIFICALLY BEFORE

21   TRIAL PREPARE AND UNDERSTAND THOSE VICTIMS' TRANSACTIONS AND

22   INTERACTIONS.  THEN WHEN TRIAL COMES AND TESTIMONY IS ELICITED,

23   WHEN THOSE VICTIMS TAKE THE STAND OR IF THE CASE AGENT CHOOSES

24   TO TESTIFY ABOUT THOSE VICTIMS, WE'RE PREPARED AS TO THE NATURE

25   OF THOSE SPECIFIC TRANSACTIONS, AS OPPOSED TO BEING LEFT IN THE

15:02:01  1    SEA OF HUNDREDS, THOUSANDS OF CONVERSATIONS, UNABLE TO DISCERN

2    WHICH WE SHOULD BE PREPARING FOR TRIAL AND WHICH WE SHOULD NOT.

3              THE COURT:  ALL RIGHT.

4              ATTORNEY DIEHL:  THAT'S ALL I HAVE, YOUR HONOR.

5              THE COURT:  OKAY.  MR. BEELER, MR. BROOKER?

6              ATTORNEY BEELER:  YOUR HONOR, NO, I DON'T WANT TO

7    WASTE THE COURT'S TIME.  I THINK OUR BRIEF SPEAKS FOR ITSELF.

8    THE COURT HAS THE DISCRETION TO DO WHAT IT WISHES; BUT I THINK

9    FOR THE REASONS OUTLINED IN OUR BRIEF, THE CASE LAW JUST DOES

10    NOT SUPPORT THIS REQUEST IN ANY WAY, SHAPE OR FORM.

11              THE COURT:  ALL RIGHT.  I HAVE A FEW QUESTIONS FOR

12    THE GOVERNMENT.  I'LL ASK YOU, MR. BEELER, BUT MR. BROOKER, IF

13    YOU NEED TO JUMP IN, THAT'S FINE.

14              SO THE GOVERNMENT BRIEF REFERS TO THE GOVERNMENT

15:02:48  15    HAVING PROVIDED A LIST OF 51 CORPORATE VICTIMS; IS THAT

16    CORRECT?

17              ATTORNEY BEELER:  YOUR HONOR, YEAH, MR. DIEHL

18    IDENTIFIED THE 51 VICTIMS IN HIS DECLARATION AND HE CAME TO

19    THAT THROUGH THE DISCOVERY THAT HAD BEEN PROVIDED.  THE LIST OF

20    VICTIMS THE GOVERNMENT HAS PROVIDED WERE, IS IN FOOTNOTE TWO AT

21    14.

22              THE COURT:  SO THE GOVERNMENT PROVIDED A LIST OF 27

23    VICTIMS WHO LOST BASICALLY A HUNDRED MILLION DOLLARS IN TOTAL.

24    BUT IS IT ACCURATE TO SAY, MR. BEELER, THAT THE DISCOVERY

25    REFLECTS A TOTAL OF 51 VICTIMS?

15:03:52  1          ATTORNEY BEELER:  YES, YOUR HONOR.

       2          THE COURT:  SO FOR THE 51 VICTIMS, THE GOVERNMENT'S

       3    BRIEF REFERS TO THE DISCOVERY PRODUCED IN BROAD TERMS,

       4    INCLUDING INTERVIEW REPORTS.  HAVE EACH OF THE 51 VICTIMS --

       5    AND HERE, "VICTIM" IS A CORPORATE ENTITY.  BUT HAVE

       6    REPRESENTATIVES OF EACH OF THE 51 VICTIMS BEEN INTERVIEWED BY

       7    LAW ENFORCEMENT?

       8          ATTORNEY BEELER:  MY UNDERSTANDING IS YES.  THE WAY

       9    THIS KIND OF HAPPENED IS WE KNEW SOME OF THE VICTIMS

      10    PRE-INDICTMENT OR PRE-ARREST.  POST-ARREST, THEY CAME OUT OF

      11    THE WOODWORK.  AND ONCE THEY CREATED AN *ETHOS@HSI.GOV* E-MAIL

      12    ADDRESS, THAT'S HOW THEY CONTACTED US GENERALLY.  LAW

      13    ENFORCEMENT WOULD THEN INTERVIEW EACH OF THESE PEOPLE WHO

      14    CONTACTED US, AND THEN THOSE REPRESENTATIVES WOULD PRODUCE TO

15:04:44 15    THE GOVERNMENT RELEVANT RECORDS THAT THEY WANTED TO DISCLOSE TO

      16    US.

      17          A LOT OF THEM WERE OVERSEAS SO WE DID NOT ISSUE GRAND

      18    JURY SUBPOENAS.  WE DIDN'T WANT TO GET SLOWED DOWN WITH THE

      19    MLAT PROCESS.  THESE WERE VOLUNTARY PRODUCTIONS.  AND ALL OF

      20    THE DOCUMENTS WE RECEIVED FROM THOSE BUSINESSES WHO CONTACTED

      21    US HAVE BEEN PRODUCED.

      22          THE COURT:  ALL RIGHT.  THE REPORTS OF INTERVIEWS OF

      23    THE VICTIMS HAVE ALSO BEEN PRODUCED?

      24          ATTORNEY BEELER:  YES, YOUR HONOR.

      25          THE COURT:  I RECOGNIZE THAT MAYBE EVEN SOME ARE

15:05:14  1    COMING IN AS WE SPEAK OR RECENTLY, BUT IS IT THE CASE THAT ALL

2    OR SUBSTANTIALLY ALL OF THOSE 51 VICTIMS HAVE HAD REPORTS OF

3    INTERVIEWS PRODUCED TO THE DEFENSE?

4         ATTORNEY BEELER:  YES, YOUR HONOR.

5         THE COURT:  TO YOUR KNOWLEDGE, WERE THERE ANY VICTIMS

6    WHO HAVEN'T BEEN INTERVIEWED OR WHOSE REPORTS HAVEN'T BEEN

7    PRODUCED TO THE DEFENSE?

8         ATTORNEY BEELER:  NOT TO MY KNOWLEDGE.  MY

9    UNDERSTANDING IS EVERY BORROWER OR ENTITY THAT CONTACTED THE

10    VICTIM E-MAIL ADDRESS LIST HAS BEEN INTERVIEWED EITHER

11    TELEPHONICALLY, VIDEO CONFERENCE OR IN PERSON.

12         THE COURT:  AND THOSE INTERVIEWS RESULTED IN REPORTS

13    THAT HAVE BEEN PRODUCED?

14         ATTORNEY BEELER:  IN A LAW ENFORCEMENT REPORT THAT

15:06:06 15    HAVE BEEN PRODUCED.

16         THE COURT:  FOR THE FINANCIAL RECORDS THAT WERE

17    PRODUCED BY THOSE VICTIMS, TO YOUR KNOWLEDGE, HAVE THOSE ALL

18    BEEN TURNED OVER?

19         ATTORNEY BEELER:  YES, YOUR HONOR.

20         THE COURT:  HAVE THEY BEEN TURNED OVER IN A FORMAT

21    THAT ASSOCIATES THOSE RECORDS WITH THAT VICTIM, OR ARE THEY

22    JUST IN A GIANT STACK?

23         ATTORNEY BEELER:  NO, YOUR HONOR.  OUR PRACTICE HAS

24    BEEN -- I'M HAPPY TO SHARE WITH THE COURT VIA E-MAIL OR

25    OTHERWISE -- OUR PRODUCTIONS HAVE COME WITH AN INDEX THAT WOULD

15:06:30  1   SAY THIS FINANCIAL INSTITUTION OR THE NAME OF THIS COMPANY AND

 2   THE BATES RANGE.  SO IF THERE WAS -- IN LOOKING AT MR. DIEHL'S

 3   AFFIDAVIT, THERE MIGHT BE A INDEX LINE THAT SAYS, "SECTOR

 4   RESOURCES, BATES RANGE ONE THROUGH TEN."

 5           THE COURT:  ALL RIGHT.  THIS IS A BROAD QUESTION.  IN

 6   GENERAL, FOR VICTIM INTERVIEW REPORTS, ARE THEY DISCUSSING A

 7   SINGLE TRANSACTION OR MULTIPLE TRANSACTIONS OR DOES IT VARY?

 8           ATTORNEY BEELER:  THEY VARY.  I THINK GENERALLY THE

 9   REPORTS OF INTERVIEW SURVEY THE RELATIONSHIP WITH ETHOS AND THE

10   COMPANY'S INVOLVEMENT WITH MR. SANTOS, HOW THEY CAME TO LEARN

11   OF ETHOS, HOW THEIR AGREEMENT CAME TO BE, HOW MUCH MONEY WAS

12   TRANSFERRED UP FRONT, HOW MUCH MONEY THEY GOT BACK, THINGS OF

13   THAT NATURE.

14           THE COURT:  AND IN GENERAL, DO THE REPORTS ATTEMPT TO

15:07:30 15   IDENTIFY THE TIMEFRAME OF THE TRANSACTIONS?

16           ATTORNEY BEELER:  YES, YOUR HONOR.  I DON'T KNOW IF

17   EVERY SINGLE REPORT DOES BUT I'M CONFIDENT THAT THE

18   DATES -- AND WHERE DOCUMENTS WERE PRODUCED, THESE DOCUMENTS

19   WERE OFTEN THE AGREEMENTS THEMSELVES WITH DATES ON THE

20   AGREEMENT; PERHAPS A DOCUMENT OF A BANK WIRE SHOWING THE MONEY

21   GOING OUT OF THE COMPANY'S ACCOUNT, THINGS LIKE THAT.

22           THE COURT:  OKAY.  SO THE CASES THAT HAVE BEEN CITED

23   WITH REGARD TO THE BILL OF PARTICULARS, THE RULE 7(F) CASES --

24   I UNDERSTAND YOUR POSITION ON THE CASE LAW.  BUT LET ME ASK YOU

25   JUST A MORE GENERAL, FAIRNESS QUESTION BECAUSE I KNOW THAT'S OF

15:08:08  1    CONCERN TO THE GOVERNMENT AS WELL.  EVEN IF IT WERE NOT

        2    REQUIRED BY RULE 7(F), IS THE GOVERNMENT PROPOSING ANYTHING TO

        3    RESPOND TO THE DEFENSE'S CONCERN THAT 51 CORPORATE VICTIMS HAVE

        4    BEEN IDENTIFIED?  THE DEFENSE'S CONCERN IS, "I'M GOING TO

        5    PREPARE FOR TRIAL BY PREPARING TO CROSS-EXAMINE REPRESENTATIVES

        6    OF 51 VICTIMS, BUT THE GOVERNMENT, FOR EXAMPLE, MAY ONLY CALL

        7    TEN OF THEM," AND SO A LOT OF THE DEFENSE'S WORK IN PREPARING

        8    IS GOING TO BE MISSPENT WHEN THE GOVERNMENT KNOWS WHAT THE

        9    FOCUS OF ITS EVIDENCE AT TRIAL IS GOING TO BE.

       10         I UNDERSTAND THE GOVERNMENT COULD SAY, "WELL, THAT'S

       11    TOUGH, THAT'S THE WAY PREPARING FOR TRIAL WORKS," BUT IS THERE

       12    ANY STEP THAT THE GOVERNMENT HAS TAKEN OR INTENDS TO TAKE IN

       13    ORDER TO ORIENT THE DEFENSE TO, WITHIN THE UNIVERSE OF 51

       14    VICTIMS, THOSE VICTIMS WHO THE GOVERNMENT CURRENTLY INTENDS TO

15:09:17 15    BE THE FOCUS OF ITS EFFORTS AT TRIAL?

       16         ATTORNEY BEELER:  I THINK THE DEFENSE'S TIME WOULD BE

       17    WELL SPENT LOOKING AT THE 27 VICTIM LIST THAT'S PART OF THE

       18    RESTITUTION ADDENDUM IN THE PLEA AGREEMENT, RATHER THAN THE 51

       19    THAT MR. DIEHL HAS FOUND IN THE DISCOVERY.

       20         THE COURT:  WELL, THE 27 -- REFERRING BACK TO THAT

       21    FOOTNOTE, THE LOSSES FOR THOSE 27 IS JUST SHY OF ONE HUNDRED

       22    MILLION.  IF I REMEMBER CORRECTLY FROM OUR DISCUSSION OF

       23    LOSSES, THE GOVERNMENT'S TOTAL LOSS THEORY WAS ABOUT A HUNDRED

       24    MILLION.

       25         ATTORNEY BEELER:  SO PERHAPS I SHOULD REVISE IT.

15:09:46   1   THOSE 27 VICTIMS PLUS THE VICTIMS HE KNOWS ABOUT FROM THE

  2   INDICTMENT.  THERE ARE THREE ENTITIES IN THE SUPERSEDING

  3   INDICTMENT WHO ARE NOT OUT ANY MORE ACTUAL MONEY BECAUSE

  4   THROUGH EITHER CIVIL LITIGATION OR RESOLUTION WITH ATTORNEYS,

  5   THE UP FRONT FEES WERE RETURNED.

  6          THE COURT:  SO IT'S 27 PLUS THREE?

  7          ATTORNEY BEELER:  AND THE BANK.

  8          THE COURT:  AND THE BANK.

  9          ATTORNEY BEELER:  THIS IS A VERY SMALL POINT, BUT

10   THERE ARE NO VICTIMS IN COUNT EIGHT.  COUNT EIGHT IS AN

11   UNLICENSED MONEY TRANSMISSION CHARGE.  THE VICTIM IS THE UNITED

12   STATES AND FINCEN.  ALL OF THOSE RELEVANT TRANSACTIONS ALL HAVE

13   BEEN PRODUCED IN FINANCIAL STATEMENTS AND WHATSAPP

14   COMMUNICATIONS WITH THE UNINDICTED CO-CONSPIRATOR.

15:10:45 15          THE COURT:  WE CAN CIRCLE BACK TO COUNT EIGHT.  THE

16   FOCUS OF MY QUESTIONS RIGHT NOW IS COUNT ONE BECAUSE THAT IS

17   THE MOST BROAD OF THE COUNTS, I'D SAY.  ALL RIGHT.

18          SO IF 27 VICTIMS MAKE UP OVER 99 PERCENT OF THE

19   LOSSES AT ISSUE HERE AMONG THE 51 -- I RECOGNIZE WE'RE NOT ON

20   THE EVE OF TRIAL.  BOTH SIDES ARE PREPARING FOR TRIAL AND ALSO

21   THINKING ABOUT WHAT THEY WANT TO PRESENT.  BUT IS IT THE

22   GOVERNMENT'S INTENT TO OFFER EVIDENCE OF THE SUBSTANTIAL

23   MAJORITY OF THOSE VICTIMS, OR ARE WE TALKING ABOUT THREE OR

24   FOUR VICTIMS OUT OF THE 27-PLUS-THREE?

25          ATTORNEY BEELER:  YOUR HONOR, WE WOULD PUT ON THE

15:11:41  1   STAND LESS THAN ALL 27.  BUT SOME WITNESS, PERHAPS A CASE

2   AGENT, WOULD HAVE TO TESTIFY TO LOSS.  THAT'S THE PLAN.  SO

3   THEY WOULD BE SUBJECT TO THIS WIDE ARGUMENT.  YOU KNOW, WHAT IS

4   GOING TO BE PART OF THE GOVERNMENT'S CASE-IN-CHIEF?  I MEAN, IN

5   THEORY, ALL 51 VICTIMS BECAUSE IT COULD COME UP IN SOMEONE'S

6   TESTIMONY THAT ALL THESE COMPANIES AROUND THE WORLD DID DEALS.

7   BUT I PLAN TO PUT ON SOME OF THESE VICTIM REPRESENTATIVES ON

8   THE STAND AND A CASE AGENT OR SOME FORENSIC ACCOUNTANT TO TALK

9   ABOUT THE OTHER ONES.

10   THE COURT:  ALL RIGHT.  LET'S MOVE TO THE PROSPECTIVE

11   BORROWERS, SO PEOPLE THAT ARE NOT AMONG THE 51.  CAN YOU SHED

12   ANY LIGHT ON THAT?  ONE QUESTION WOULD BE:  TO THE EXTENT

13   PROSPECTIVE BORROWERS HAVE BEEN INTERVIEWED, HAVE THOSE

14   INTERVIEWS BEEN MEMORIALIZED AND PRODUCED TO THE DEFENSE?

15:12:39 15   ATTORNEY BEELER:  YOUR HONOR, THE GOVERNMENT USED THE

16   PHRASE "PROSPECTIVE BORROWER" TO DESCRIBE THE MANNER AND MEANS.

17   SO THESE VICTIMS WERE AT SOME TIME A PROSPECTIVE BORROWER, AND

18   THAT'S THE CONTEXT IN WHICH "PROSPECTIVE BORROWER" WAS USED IN

19   THE CHARGING DOCUMENT.  IT WAS TO DESCRIBE VICTIMS WHO WERE NOT

20   YET BORROWERS.

21   THE COURT:  I SEE.  SO IS THE GOVERNMENT IN A

22   POSITION TO SAY AT THIS TIME WHETHER AT TRIAL IT INTENDS TO

23   PRESENT EVIDENCE FROM VICTIMS OUTSIDE THE 51?

24   ATTORNEY BEELER:  NO, YOUR HONOR.  WE WOULD NOT PUT

25   ON SOMEONE WHO IS OUTSIDE OF THOSE 51.

15:13:17  1          THE COURT:  I SEE.  OKAY.  LET ME ASK YOU, MR.

2  BEELER, A FEW QUESTIONS ABOUT THE SEARCH WARRANTS.  HAVE YOU

3  PRODUCED ALL THE SEARCH WARRANT AFFIDAVITS THAT ARE WITHIN THE

4  SCOPE OF RULE 16 IN THIS CASE?

5          ATTORNEY BEELER:  YES, YOUR HONOR.

6          THE COURT:  YOUR BRIEF REFERS SPECIFICALLY TO

7  WARRANTS FOR MR. SANTOS' CELL PHONE, E-MAIL ACCOUNT AND

8  ONEDRIVE ACCOUNT.

9          ATTORNEY BEELER:  YES, YOUR HONOR.

10          THE COURT:  IS THAT MOST OR ALL OF THE SEARCH

11  WARRANTS, OR ARE THERE A LOT OF OTHERS?

12          ATTORNEY BEELER:  NO, THERE'S MORE.  SO WE EXECUTED

13  SEARCH WARRANTS ON MR. SANTOS' E-MAIL ADDRESS AND TWO

14  CO-CONSPIRATOR E-MAIL ADDRESSES.  THEY'VE BEEN PRODUCED, ALONG

15:14:06  15  WITH THE RELEVANT AFFIDAVITS.  WE EXECUTED A WARRANT, LIKE YOU

16  SAID, ON MR. SANTOS' CELL PHONE.  WE EXECUTED A WARRANT ON HIS

17  LAPTOP THAT WAS IN HIS POSSESSION WHEN HE WAS ARRESTED AND HIS

18  MICROSOFT ONEDRIVE ACCOUNT WHICH IS HIS CLOUD ACCOUNT.

19          I'M TRYING TO THINK WHAT ELSE.  I'M LOOKING AT THE

20  BRIEF RIGHT NOW.  WE EXECUTED A NUMBER OF SEIZURE WARRANTS,

21  TOO, TO SEIZE VEHICLES AND CASH, BUT THAT'S IT.  AND WE'VE ALSO

22  TURNED OVER ALL OF THE RAW DATA; SO OBVIOUSLY, WE SEIZED

23  PURSUANT TO ATTACHMENT B, BUT WE PRODUCED ALL THE UNSEIZED

24  EVIDENCE ALSO.

25          JUST SO THE COURT IS AWARE, WHEN WE EXECUTED THE

15:14:50  1  SEARCH WARRANT ON MR. SANTOS' E-MAIL ADDRESS, WE WERE AWARE HE

2  HAD BEEN SUED BY SOME ENTITIES AND HAD RETAINED COUNSEL FOR

3  THESE MATTERS.  SO WE APPLIED A VERY AGGRESSIVE PRIVILEGE

4  FILTER SUCH THAT THE E-MAILS WE RECEIVED VIA THE FILTER WERE

5  PRETTY MUCH IRRELEVANT -- NOT IRRELEVANT, BUT WE WILL NOT USE

6  THOSE I DON'T THINK.  BUT ALL OF THE E MAILS THAT WERE RECEIVED

7  FROM MICROSOFT HAD BEEN HANDED OVER.  SO THE STUFF THE

8  GOVERNMENT HAS NOT SEEN OR THE PROSECUTION TEAM HAS NOT SEEN

9  HAS BEEN HANDED OVER.

10        THE COURT:  SO EVERYTHING THAT'S BEEN SEIZED PURSUANT

11  TO THE SEARCH WARRANT HAS BEEN PRODUCED?

12        ATTORNEY BEELER:  YES, YOUR HONOR, AND MORE.

13        THE COURT:  ARE THERE ANY -- SO I THINK WE'RE LOOKING

14  AT ROUGHLY SEVEN SEARCH WARRANTS -- CELL PHONE, LAPTOP, E-MAIL

15:15:39  15  ACCOUNT, ONEDRIVE, AND TWO CO-CONSPIRATOR ACCOUNTS.  THAT'S

16  SIX.  ARE THERE ANY OF THOSE WARRANTS WHERE THE GOVERNMENT HAS

17  CONCLUDED WE'RE NOT GOING TO OFFER AT TRIAL ANYTHING FROM THIS

18  SET OF SEARCH WARRANT RETURNS?  OR HAVE YOU NOT MADE THAT

19  DETERMINATION YET?

20        ATTORNEY BEELER:  WE HAVE NOT MADE THAT DETERMINATION

21  YET.

22        THE COURT:  OKAY.  ALL RIGHT.  MR. DIEHL, I'LL GIVE

23  YOU A CHANCE TO FOLLOW-UP.  SOME OF THE THINGS YOU HEARD TODAY

24  MAY BE THE FIRST TIME YOU HEARD THOSE THINGS.  BUT IT SEEMS TO

25  ME THAT IF WE'RE LOOKING AT THE WORLD OF VICTIMS AND WE HAVE 51

15:16:21  1  VICTIMS, BUT REALLY 27 OF THEM MAKE UP MORE THAN 99 PERCENT OF

2  THE LOSSES, THREE OF THEM ARE IDENTIFIED IN THE SUPERSEDING

3  INDICTMENT BY MONIKERS THAT YOU'RE AWARE OF WHAT THOSE REFER

4  TO, EACH OF THE VICTIMS HAS HAD A REPORT PRODUCED OF INTERVIEW;

5  THE REPORT OF INTERVIEW IDENTIFIES THE TIMEFRAME OF THE

6  TRANSACTION AT ISSUE.  MAYBE IN SOME CASES IT'S A SINGLE

7  TRANSACTION.  MAYBE IN OTHER CASES IT'S A COURSE OF DEALING.

8       DOES THAT NOT GIVE YOU THROUGH THE DISCOVERY THE

9  INFORMATION THAT WOULD BE HELPFUL TO YOU, MAYBE NOT EVERYTHING

10  YOU WANT, BUT THAT WOULD BE HELPFUL TO YOU IN TERMS OF

11  PREPARING FOR TRIAL?  AND I THINK YOU SAID A MOMENT AGO THAT IF

12  THE GOVERNMENT WERE JUST TO FOCUS ON IDENTIFYING THOSE VICTIMS

13  WHO THE GOVERNMENT INTENDS TO BE THE SUBJECT OF ITS PROOF AT

14  TRIAL IN ITS CASE-IN-CHIEF THAT THAT WOULD BE OF USE TO YOU.

15:17:19  15       ATTORNEY DIEHL:  I APPRECIATE THAT, AND I APPRECIATE

16  THE GOVERNMENT MAKING THOSE REPRESENTATIONS.  I JUST WANT -- I

17  GUESS A QUESTION FOR THE GOVERNMENT.  I HEARD MR. BEELER SAY

18  THERE'S 27 VICTIMS THAT ARE 99 PERCENT.  THEN THERE'S THE THREE

19  VICTIMS WHO ARE NOT NAMED IN THE INDICTMENT BUT ARE THE VICTIMS

20  IN THE INDICTMENT.  IT WOULD CERTAINLY MAKE MY LIFE A LOT

21  EASIER IF INSTEAD OF THE 54, IT SOUNDS LIKE WE'RE DEALING WITH

22  THE 27 WHO HAD A LOSS ALLEGEDLY, PLUS THE THREE WHO WERE IN THE

23  INDICTMENT, PLUS THE BANK THAT'S IN THE INDICTMENT.  SO WOULD

24  THE GOVERNMENT BE WILLING TO LIMIT ITSELF TO THOSE 30?  THAT

25  WOULD GET US DOWN SUBSTANTIALLY FROM EVEN THE 51.

15:18:04 1          THE REASON WHY I SAY THAT IS BECAUSE I THINK WHEN THE

2     GOVERNMENT FIRST STARTED TALKING ABOUT WHAT THEY INTEND TO

3     PRODUCE AT TRIAL, I THINK I UNDERSTOOD THE GOVERNMENT WAS

4     SAYING WE INTEND TO FOCUS ON THESE 27, PLUS THE THREE, BECAUSE

5     MY UNDERSTANDING IS THE THREE DIDN'T NECESSARILY HAVE A LOSS IN

6     THE SENSE THAT THE OTHER 27 DID.  30 COMPANIES ARE CERTAINLY A

7     LOT LESS THAN 51 AND CERTAINLY A LOT LESS THAN THE "PROSPECTIVE

8     BORROWERS" CATEGORY.  SO I WOULD APPRECIATE THAT, AND I WONDER

9     IF THE GOVERNMENT WOULD BE WILLING TO AFFIRM OR PROMISE OR

10    WHATEVER THE WORD MIGHT BE, THAT THEY'LL LIMIT THEMSELVES TO

11    THOSE 30.

12          THE SECOND QUESTION I WANT TO RAISE IS ABOUT

13    INTERNATIONAL VERSUS DOMESTIC.  I KNOW -- FRANKLY, ONE OF THE

14    VERY DIFFICULT THINGS ABOUT INVESTIGATING THIS CASE IS THAT IT

15:18:49 15    SPANS THE WHOLE GLOBE.  SO THE INVESTIGATION TEAM AND MYSELF

16    HAVE BEEN TRYING TO INTERVIEW PEOPLE IN ALL PARTS OF THE WORLD

17    WHERE THERE'S A LOT OF LANGUAGE CONSIDERATIONS AND ET CETERA.

18    SO I'M WONDERING IF THE GOVERNMENT IS WILLING TO MAKE ANY

19    LIMITATIONS OR IF THE COURT IS WILLING TO ORDER ANY LIMITATIONS

20    ABOUT WHERE VICTIMS MIGHT BE COMING FROM TO TESTIFY.

21          I THINK MOST OF THE GOVERNMENT'S INDICTMENT FOCUSES

22    ON U.S.-BASED COMPANIES.  IN FACT, IF I'M NOT MISTAKEN, THEY

23    MIGHT ALL BE U.S.-BASED COMPANIES.  SO I'M WONDERING IF THE

24    COURT MIGHT BE WILLING TO ORDER SOME LIMITATION THERE IN SOME

25    WAY.  BECAUSE IF WE WERE TO CABIN OFF, FOR EXAMPLE, ALL OF

15:19:23  1    ETHOS BRAZIL FROM HAVING SUBSTANTIVE WITNESSES WHO CONTRACTED

2    THROUGH ETHOS BRAZIL, THAT WOULD SUBSTANTIALLY STREAMLINE THE

3    CASE.

4              THE LAST THING I'LL SAY ABOUT THIS, YOUR HONOR -- AND

5    I SEE A LITTLE CONFUSION PERHAPS IN THE COURT'S FACE -- IS JUST

6    THE STRUCTURE OF ETHOS MEANS THAT SO MANY PEOPLE TOUCHED EACH

7    OF THESE TRANSACTIONS.  IF THE COURT IS WILLING TO ORDER OR THE

8    GOVERNMENT IS ABLE TO LIMIT THE GEOGRAPHIC RANGE OF THE ETHOS

9    SUBSIDIARY THAT THEY'RE GOING TO ALLEGE THROUGH VICTIMS AT

10   TRIAL WERE PART OF THIS SCHEME, I THINK THAT WOULD MAKE

11   PREPARATION SIGNIFICANTLY MORE EASY.

12             THE LAST THING I'LL SAY IS THERE'S ALSO -- I RAISE

13   THIS FOR EVALUATING FOREIGN DEPOSITIONS.  THIS IS GOING TO MAKE

14   A LOT OF DIFFERENCE IN THAT FOREIGN DEPOSITION EVALUATION.  IF

15:20:05 15   THE GOVERNMENT INTENDS TO FLY PEOPLE HERE FROM BRAZIL WHO DEALT

16   A LOT WITH BRAZILIAN ETHOS EMPLOYEES, I THINK IT'S OUR

17   OBLIGATION AS COUNSEL TO DO A LOT OF INVESTIGATION IN BRAZIL.

18   BUT IF THE GOVERNMENT IS ORDERED OR WILLING TO SAY, "WE'RE NOT

19   GETTING INTO ETHOS BRAZIL," THAT WOULD SUBSTANTIALLY CABIN THE

20   PREPARATION THAT'S REQUIRED OF THE DEFENSE.

21             THE COURT:  OKAY, MR. DIEHL.  MR. BEELER, DO YOU HAVE

22   ANYTHING FURTHER?  I'M NOT GOING TO FORCE YOU TO ANSWER THOSE

23   QUESTIONS, BUT YOU APPRECIATE WHERE WE ARE IN TERMS OF THE

24   PARTIES' AND THE COURT'S SHARED INTEREST IN A STREAMLINED AND

25   FOCUSED TRIAL.  DO YOU HAVE ANYTHING TO ADD?

15:20:44  1        ATTORNEY BEELER:  NO.  I THINK THE GOVERNMENT -- WHEN

2    IT COMES TO COUNT ONE, THE GOVERNMENT'S CASE IS GOING TO BE

3    LIMITED TO THOSE 27 VICTIMS IN THE PLEA AGREEMENT PLUS THE

4    ENTITIES IDENTIFIED IN THE INDICTMENT.  YOU KNOW, I DON'T THINK

5    -- AND WE CAN TALK ABOUT IT WHEN YOU'RE PREPARED, BUT I THINK,

6    NO, FOR COUNT ONE WE WOULD LIMIT OUR CASE TO THOSE 27 VICTIMS

7    PLUS THE ENTITIES IDENTIFIED IN THE INDICTMENT TO INCLUDE THE

8    BANK.

9        THE COURT:  ALL RIGHT.  I THINK THAT'S A SUBSTANTIAL

10    NARROWING OF THE UNIVERSE HERE.  AND WHAT HAD BEEN DISCUSSED

11    EARLIER BY MR. BEELER WAS I THINK SAYING COUNSEL WOULD BE

12    WELL-SERVED TO FOCUS ON THOSE, BUT I THINK WHAT YOU HEARD, MR.

13    DIEHL, IS A LOT MORE CLEAR STATEMENT OF WHAT THE GOVERNMENT

14    EXPECTS THEIR PROOF IN ITS CASE-IN-CHIEF TO BE.  ALL RIGHT.

15:21:33  15    ANYTHING FURTHER, MR. DIEHL?

16        ATTORNEY DIEHL:  ONE SECOND, YOUR HONOR.

17        (PAUSE IN THE PROCEEDINGS.)

18        ATTORNEY DIEHL:  I DON'T THINK WE HAVE ANYTHING TO

19    ADD ON COUNT ONE.  I KNOW THE COURT IS GOING TO COME BACK TO

20    COUNT EIGHT.  I JUST WANT TO REVISIT THAT.

21        THE COURT:  OH, YES, ADD ANYTHING YOU LIKE.  MR.

22    DIEHL, MY UNDERSTANDING IS COUNT EIGHT, THE SUPERSEDING

23    INDICTMENT ITSELF IDENTIFIES I THINK IT'S FIVE TRANSMISSIONS OF

24    MONEY.  SO THERE IS SOME SPECIFICITY THERE.

25        ATTORNEY DIEHL:  CORRECT.  MAYBE THIS IS MY

15:22:26  1  MISUNDERSTANDING OF LAW, BUT MY UNDERSTANDING ON A CONSPIRACY

2  IS THE GOVERNMENT ISN'T LIMITED TO THE ACTS NAMED IN THE

3  INDICTMENT.  SO I THINK MY WORRY THERE IS THAT -- IF THE

4  GOVERNMENT WOULD BE WILLING TO SAY, "THOSE ARE THE FIVE ACTS WE

5  PLAN TO PROVE UP AND WE DON'T PLAN TO ELICIT SIGNIFICANT

6  TESTIMONY ABOUT OTHER ACTS OUTSIDE THOSE FIVE," I THINK THAT

7  WOULD BE A SIGNIFICANT HELP IN PREPARING FOR TRIAL.

8       THE COURT:  WELL, YOU'RE RIGHT, THE GOVERNMENT ISN'T

9  SO LIMITED BUT...

10       ATTORNEY DIEHL:  THIS WAS A RELATIONSHIP LASTING 21

11  MONTHS.  SO IT'S MY UNDERSTANDING THERE WERE CERTAINLY MORE

12  THAN FIVE TRANSACTIONS THAT TOOK PLACE DURING THAT PERIOD OF

13  TIME.

14       THE COURT:  I SEE.  I THINK I SAID FIVE TRANSACTIONS,

15:23:20  15  BUT THERE ARE SEVEN TRANSACTIONS.

16       ATTORNEY BEELER:  YOUR HONOR, THERE'S MORE THAN

17  SEVEN.  WE IDENTIFIED THOSE FIVE IN THE OVERT ACTS, AND THEY'RE

18  PARAGRAPH 35, A THROUGH E.  THE INDICTMENT ALSO ALLEGES A TOTAL

19  OF OVER $22.2 MILLION BEING TRANSMITTED WITHOUT A LICENSE.

20       THE COURT:  ALL RIGHT.  IS THERE ANY CLARITY THE

21  GOVERNMENT CAN PROVIDE ON TO WHAT EXTENT THE MEAT OF COUNT

22  EIGHT GOES BEYOND THOSE ENUMERATED TRANSACTIONS?  HERE IS WHERE

23  I'M COMING FROM THAT:  WHEN IT COMES FROM VICTIMS OF FRAUD, AS

24  WE WENT THROUGH, VICTIM GETS INTERVIEWED, INTERVIEW GENERATES A

25  REPORT, YOU CAN READ THE REPORT AND FIGURE OUT WHO IT IS, WHAT

15:24:16  1    THE TRANSACTION WAS, WHAT THE VICTIM ALLEGES.

2         WHEN IT COMES TO INTRACORPORATE FINANCIAL

3    TRANSACTIONS, I CAN IMAGINE A SITUATION WHERE YOU GET A STACK

4    OF THOUSANDS OF PAGES OF RECORDS AND THERE'S NOTHING ABOUT THE

5    RECORDS THAT IDENTIFIES THEM AS BEING ILLICIT OR NOT.

6         MAYBE THERE'S SOME OTHER REPORT, MAYBE THERE'S A

7    REPORT OF AN AGENT WHO -- I'M JUST SPECULATING -- IS GIVING

8    KIND OF A SUMMARY STATEMENT OF THE AGENT'S ANALYSIS OF

9    UNLICENSED, MSB TRANSACTIONS; MAYBE THERE'S SOME OTHER

10   INTERVIEW THAT DISCLOSES IT.  BUT WHAT, IF ANYTHING, HAS THE

11   GOVERNMENT PRODUCED THAT ALLOWS THE DEFENDANT TO NAVIGATE THE

12   THICKET OF JUST THESE FINANCIAL RECORDS ON COUNT EIGHT?

13        ATTORNEY BEELER:  YOUR HONOR, I THINK, FIRST, THERE'S

14   A WHATSAPP THREAD COMMUNICATION BETWEEN MR. SANTOS AND AN

15:25:05 15  INDIVIDUAL NAMED MICHAEL MEHALKO WHO RAN ASSETVEST.  THAT

16   WHATSAPP THREAD IN INCREDIBLE DETAIL DESCRIBES NEARLY EVERY

17   UNLICENSED TRANSMISSION OF FUNDS DOWN TO THE DATE, THE ENTITY

18   INVOLVED, THE AMOUNT AND WHICH ACCOUNTS TO WIRE IT TO.  SO THAT

19   ENTIRE WHATSAPP THREAD IS LITERALLY THE ENTIRE CONSPIRACY.

20        IN ADDITION TO THAT, THOSE BANK RECORDS HAVE BEEN

21   PRODUCED, AND IN THOSE BANK RECORDS YOU SEE WHICH ENTITY SENDS

22   MONEY INTO THE ASSETVEST ACCOUNT, AND THEN YOU SEE THE WIRE

23   REQUESTS FILLED OUT BY MR. MEHALKO SENDING THE MONEY ON TO

24   MR. SANTOS AND HIS COMPANY AT ETHOS IN THIS VERY DIRECT,

25   SPECIFIC ACCOUNTS.  SO THE EVIDENCE, IT'S ALL THERE.

15:25:55  1    THE COURT:  I SEE.  SO THE FINANCIAL RECORDS

2    THEMSELVES -- IT'S MONEY FLOWING INTO OR OUT OF THIS ACCOUNT

3    WILL BE THE SUBJECT OF COUNT EIGHT.  IT'S NOT A MATTER OF YOU

4    HAVE A BANK STATEMENT THAT SHOWS 100 TRANSACTIONS AND THREE OF

5    THOSE ARE ILLICIT AND THE OTHER 97 ARE FINE.

6    ATTORNEY BEELER:  THAT'S RIGHT.  THE COMPANY

7    ASSETVEST DID NO OTHER BUSINESS BUT MOVE MONEY FROM BORROWERS.

8    BASICALLY, WHAT WOULD HAPPEN IS A BORROWER WOULD ENTER INTO

9    AGREEMENT WITH  MR. SANTOS.  THAT BORROWER WAS OUTSIDE OF THE

10   U.S.  THEY SENT MONEY TO ASSETVEST.  ASSETVEST THEN TRANSMITTED

11   A PART OF THAT TO ETHOS, AND THEY'D MOVE MONEY FROM "PARTY A"

12   TO "PARTY B" WITHOUT EVER BEING REGISTERED WITH FINCEN.  SO ALL

13   OF THAT IS VERY IN DETAIL OUTLINED.

14   IT HAS NOTHING TO DO WITH ANY OF THE OTHER

15:26:46  15   ALLEGATIONS.  THERE'S NEEDS TO BE NO, NO FRAUD; IT'S JUST MONEY

16   WENT FROM ONE ENTITY TO THE OTHER WITH NO LICENSE.

17   THE COURT:  I SEE.  ALL RIGHT.  THANK YOU, MR.

18   BEELER.

19   MR. DIEHL, IS THERE ANYTHING ELSE YOU ARE REQUESTING

20   IN CONNECTION WITH YOUR MOTION FOR A BILL OF PARTICULARS?

21   ATTORNEY DIEHL:  IF I CAN JUST ASK FOR A SMALL

22   CLARITY ON COUNT EIGHT WHICH IS -- MR. MEHALKO IS COOPERATING

23   WITH THE GOVERNMENT.  HE SIGNED AN AGREEMENT WITH THE

24   GOVERNMENT.  HE IS INTERVIEWING WITH THEM.  I AM WONDERING IF

25   THE GOVERNMENT PLANS TO PRESENT ANY OTHER VICTIMS OR ANY OTHER

15:27:15  1   CORPORATE TESTIMONY SPECIFICALLY AS IT RELATES TO COUNT EIGHT

2   ALONE.  WHICH IS TO SAY, ARE THEY PLANNING TO CALL, FOR

3   EXAMPLE, A BORROWER OF ETHOS FOR THE LIMITED PURPOSE OF ONLY

4   TALKING ABOUT COUNT EIGHT?  IF THAT WERE THE CASE, I THINK IT

5   WOULD BE NECESSARY FOR US TO PREPARE A DEFENSE IN A DIFFERENT

6   WAY.

7           THE COURT:  SO THE QUESTION WOULD BE -- YOU KNOW,

8   BECAUSE COUNT EIGHT, AS MR. BEELER SAID, THE VICTIM -- THERE'S

9   NO VICTIMS, PER SE, OTHER THAN THE UNITED STATES.  BUT YOU ARE

10   ASKING WHETHER ONE OF THE 27-PLUS-THREE-PLUS-ONE, ONE OF THOSE

11   VICTIMS FROM COUNT ON, IS GOING TO BE CALLED TO TALK ABOUT

12   COUNT EIGHT; IS THAT YOUR QUESTION?

13           ATTORNEY DIEHL:  I THINK I'M ASKING A SLIGHTLY

14   BROADER QUESTION WHICH IS I THINK THERE ARE PEOPLE WHO USED

15:28:00  15   ASSETVEST AS THE CUSTODIAN OF ETHOS WHO ARE NOT INCORPORATED IN

16   THAT 27-PLUS-THREE-PLUS-ONE LIST, PEOPLE WHO ARE NOT VICTIMS IN

17   THE SENSE OF THEM AT LEAST ALLEGING THAT THEY LOST MONEY.  BUT

18   THE GOVERNMENT COULD STILL USE THEM AS A WITNESS TO DISCUSS THE

19   CONSPIRACY.

20           SO I COULD IMAGINE SOMEONE WHO WAS MADE WHOLE BY MR.

21   SANTOS PER THE GOVERNMENT'S CALCULATIONS BUT WHO DID THAT VIA

22   MR. MEHALKO VIA ASSETVEST COULD COME AND TESTIFY AND SAY, "YES,

23   I WORKED WITH MR. MEHALKO, I WORKED WITH MR. SANTOS, HERE IS

24   PROOF OF THE CONSPIRACY THAT WAS GOING ON."

25           THE REASON I'M A LITTLE CONCERNED IS BECAUSE THAT

32

15:28:37  1   COULD EXPAND THE LIST BEYOND WHAT WE KIND OF SET FOR COUNT ONE

2   IN TERMS OF THE CORPORATIONS AND THE DEALS THAT WE NEED TO

3   INVESTIGATE IN PREPARATION FOR TRIAL.

4         THE COURT:  MR. DIEHL, THAT SEEMS TO BE A RELATIVELY

5   NARROW QUESTION.  WOULDN'T THAT BE COVERED IF THE GOVERNMENT

6   INTERVIEWED PEOPLE WITH KNOWLEDGE OF THESE TRANSACTIONS, AND TO

7   THE EXTENT THEY WERE INTERVIEWED, WROTE REPORTS AND TURNED

8   THOSE OVER?  WOULDN'T THAT BE COVERED, WOULDN'T YOU EXPECT THAT

9   TO BE COVERED IN THOSE REPORTS?  AND I REALIZE YOU DON'T KNOW

10   WHAT HAS BEEN TURNED OVER OR HASN'T, BUT IF THAT WERE THE

11   SUBJECT OF THOSE REPORTS, YOU WOULD HAVE WHAT YOU NEED;

12   CORRECT?

13         ATTORNEY DIEHL:  I DON'T KNOW WHAT I DON'T KNOW, YOUR

14   HONOR.  THERE ALSO COULD BE PEOPLE WHO HAVEN'T BEEN INTERVIEWED

15:29:23  15   YET BUT THE GOVERNMENT IS PLANNING TO INTERVIEW.  I DON'T KNOW

16   HOW THEY PLAN TO PUT ON THIS COUNT.  BUT I TAKE YOUR POINT

17   THAT, YEAH, I THINK IT'S FAIR GAME WHAT'S IN THE ROI'S NOW; BUT

18   IN A MONTH AND A HALF, IF THE GOVERNMENT PRODUCES FIVE ROI'S OF

19   NEW VICTIMS I HAVEN'T INVESTIGATED, THAT MAKES IT A LITTLE MORE

20   DIFFICULT.  THAT'S WHY I'M SEEKING CLARITY.

21         THE COURT:  SURE.  THAT'S A DIFFERENT CIRCUMSTANCE.

22   THE DEFENSE OR THE GOVERNMENT ALIKE COULD CONDUCT ADDITIONAL

23   INTERVIEWS AND THERE COULD BE ADDITIONAL ISSUES WE HAVE TO

24   ADDRESS.  BUT MR. BEELER, MY ASSUMPTION JUST NOW WAS THAT IF

25   ANYONE WAS INTERVIEWED ABOUT THE TRANSACTIONS OR THE SUBJECT OF

15:29:50  1  COUNT EIGHT, THOSE INTERVIEWS WOULD HAVE BEEN MEMORIALIZED AND

2  PRODUCED; IS THAT FAIR TO SAY?

3       ATTORNEY BEELER:  YES, YOUR HONOR.  I DON'T KNOW IF

4  THE HANDFUL OF ENTITIES THAT TRANSMITTED MONEY THROUGH THIS

5  BUSINESS WERE INTERVIEWED, BUT IF THEY WERE, OF COURSE, ALL

6  THOSE REPORTS WERE TURNED OVER.

7       THE COURT:  EXACTLY.  I THINK WHAT WE'RE TALKING

8  ABOUT IS AVOIDING A SITUATION WHERE SOMEBODY WHO TAKES THE

9  STAND AND TALKS ABOUT SOME OBSCURE-TO-THE-LAYPERSON ASPECT OF

10  THE TRANSACTIONS IN COUNT EIGHT AND THIS PERSON'S NEVER BEEN

11  THE SUBJECT OF A REPORT PRODUCED, IT DOESN'T SOUND LIKE THAT'S

12  SOMETHING THE UNITED STATES IS PREPARING.

13       ATTORNEY BEELER:  NO, I DON'T THINK SO.

14       THE COURT:  OKAY.  MR. DIEHL, YOU'VE HEARD SOME

15:30:32  15  ASSURANCES AND CONCESSIONS FROM THE GOVERNMENT.  IS THERE ANY

16  REMAINING PART OF YOUR MOTION FOR BILL OF PARTICULARS?

17       ATTORNEY DIEHL:  I JUST WANTED TO RE-RAISE THE

18  GEOGRAPHIC REQUEST THAT I MADE TO THE COURT.  I DON'T THINK

19  THAT'S BEEN ADDRESSED BY THE GOVERNMENT.  I JUST WANT TO

20  RE-RAISE IT WITH THE COURT.  IF THE COURT WAS WILLING TO ORDER

21  OR THE GOVERNMENT IS WILLING TO COMMIT TO FOCUSING ON CERTAIN

22  ETHOS SUBSIDIARIES OR ALLEGED VICTIMS FROM CERTAIN GEOGRAPHIC

23  REGIONS, THAT WOULD ALSO CABIN PARTICULARLY THE PREPARATIONS

24  FOR THIS TRIAL.

25       THE REASON FOR THAT BEING THAT THERE ARE TRANSACTIONS

15:31:05   1   THAT CLEARLY FALL WITHIN VARIOUS ETHOS COMPONENTS, THE LARGEST

2   OF THOSE BEING ETHOS BRAZIL.  AND I THINK THE COURT IS AWARE OF

3   THIS BECAUSE OF COMMENTS MADE AT THE LAST HEARING, BUT THAT'S

4   ALSO THE ENTITY THAT HAS BEEN FAR AND AWAY THE MOST DIFFICULT

5   FOR US TO INVESTIGATE.

6         THE REASON FOR THAT BEING MR. SANTOS DOESN'T HAVE

7   POWER OVER THAT ENTITY.  HE'S CURRENTLY BEING SUED FOR

8   BASICALLY CONTROL OF THAT ENTITY.  SO WE'VE CONTACTED

9   ACCOUNTANTS; WE'VE CONTACTED FORMER EMPLOYEES.  NO ONE WILL

10   RESPOND TO US BECAUSE THEIR POSITION IS, "WE DON'T WORK FOR MR.

11   SANTOS; ETHOS BELONGS TO AN UNNAMED PERSON WHO IS NOT INVOLVED

12   IN THIS CASE."

13         SO I'M LOOKING FOR SOME GEOGRAPHIC CLARITY OR

14   POTENTIALLY THE COURT TO ORDER SOME GEOGRAPHIC CLARITY BECAUSE

15:31:46  15   I THINK THE ETHOS BRAZIL COMPONENT IS A LARGE PART OF MY

16   CONCERN IN PREPARATION FOR TRIAL.  AND IF THE GOVERNMENT WERE

17   WILLING TO SAY, "WE DON'T PLAN TO PRESENT ANY BRAZILIAN

18   COMPANIES OR ANY COMPANIES THAT FINANCE THEIR DEALS THROUGH

19   ETHOS BRAZIL," I THINK THAT WOULD SIGNIFICANTLY NARROW

20   PREPARATIONS NEEDED FOR TRIAL AND POTENTIALLY A LOT OF THE

21   SUBPOENAS AND A LOT OF THE LITIGATION THAT MIGHT GO AROUND

22   ACCESS TO DOCUMENTS AS WE PREPARE FOR TRIAL.

23         THE COURT:  ALL RIGHT.  THANK YOU, MR. DIEHL.

24   ANYTHING ELSE, MR. BEELER OR MR. BROOKER?

25         ATTORNEY BEELER:  NO, YOUR HONOR.

15:32:18  1          THE COURT:  OKAY.  THE MOTION FOR A BILL OF

2    PARTICULARS BY THE DEFENSE HAS BEEN SIGNIFICANTLY NARROWED

3    DURING THE COURSE OF OUR DISCUSSION THIS AFTERNOON.  IN PART,

4    IT'S BEEN NARROWED THANKS TO CLARIFICATIONS AND ASSURANCES MADE

5    BY THE GOVERNMENT, WHICH ARE APPRECIATED, I'M SURE; AND IN

6    TURN, THE DEFENSE'S NARROWING AND FOCUSING ON ITS MOTION I'M

7    SURE IS ALSO APPRECIATED.

8          WITH REGARD TO THE RESIDUAL ISSUE WHICH IS A BILL OF

9    PARTICULARS REQUIRING THE GOVERNMENT TO SPECIFY WITHIN THE

10   CONTOURS OF THE INDICTMENT AND WITHIN THE BOUNDS OF WHAT'S BEEN

11   PRODUCED IN DISCOVERY, THOSE SPECIFIC GEOGRAPHIC AREAS THAT THE

12   GOVERNMENT INTENDS TO BE THE FOCUS OF ITS PROOF IN ITS

13   CASE-IN-CHIEF, THE MOTION IS RESPECTFULLY DENIED.

14         THE BILL OF PARTICULARS IN GENERAL IS TO HELP THE

15:33:06  15   DEFENSE TO UNDERSTAND THE NATURE OF THE CHARGES RATHER THAN THE

16   CHOICES THE GOVERNMENT IS GOING TO MAKE IN PUTTING ON ITS

17   EVIDENCE FOR TRIAL.  I FIND THAT THE SUPERSEDING INDICTMENT

18   CONTAINS SUFFICIENT PARTICULARITY TO INFORM MR. SANTOS OF THE

19   NATURE OF THE CHARGES AS TO EACH COUNT.  SO THAT ADDRESSES

20   THAT.

21         WITH RESPECT TO RULE 12(B)(4)(B), THE ADVISORY

22   COMMITTEE NOTES MAKE CLEAR THAT THAT RULE IS DIRECTED TO

23   POTENTIAL SUPPRESSION MOTIONS.  IT HASN'T BEEN THE FOCUS OF

24   ARGUMENT, BUT I FIND THAT THAT RULE DOES NOT APPLY TO THE ONE

25   REMAINING QUESTION WHICH IS THAT OF GEOGRAPHIC SCOPE.  AND IN

15:33:47  1  ANY CASE, THE NUMBER OF SEARCH WARRANTS IN THIS CASE IS

2  RELATIVELY SMALL FOR CASES OF THIS COMPLEXITY AND THE MATERIALS

3  HAVE BEEN TURNED OVER, BOTH THE AFFIDAVITS AND THE RETURNS.  SO

4  I'M NOT GOING TO ORDER ANY FURTHER COMPLIANCE WITH RULE 12 OR

5  ORDER A BILL OF PARTICULARS AT THIS TIME.  THAT ADDRESSES THAT.

6            THE GOVERNMENT HAS ALSO FILED A MOTION FOR ORDER

7  FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE.  ABSENT SOME

8  MOTION TO ACCELERATE A HEARING ON THAT, THAT MOTION WILL BE

9  HEARD AT THE SUBSTANTIVE MOTION HEARING DATE ON NOVEMBER 22ND,

10  AND THE DEFENSE'S RESPONSE WILL BE DUE ONE WEEK BEFORE THAT.

11            ANYTHING ELSE FOR THIS AFTERNOON, MR. DIEHL?

12            ATTORNEY DIEHL:  NO, YOUR HONOR.  THANK YOU.

13            THE COURT:  MR. BEELER?  MR. BROOKER?

14            ATTORNEY BEELER:  NO, YOUR HONOR.

15:34:29  15            THE COURT:  ALL RIGHT.  MY THANKS TO ALL COUNSEL FOR

16  YOUR BRIEFING AND ARGUMENTS -- IT'S VERY HELPFUL -- AND ALSO

17  FOR YOUR COLLEGIATE EFFORTS.  I RECOGNIZE, ONE, THIS IS A

18  COMPLEX CASE, AND TWO, THIS IS A HOTLY DISPUTED CASE.  BUT

19  NEITHER OF THOSE THINGS I THINK HAVE PREVENTED COUNSEL FROM

20  WORKING TOGETHER AMICABLY.  I HOPE THAT CONTINUES AS WE

21  APPROACH TRIAL.  MY THANKS TO EVERYBODY, AND WE'LL SEE YOU NEXT

22  TIME.

23            ALL COUNSEL:  THANK YOU, YOUR HONOR.

24            (MATTER CONCLUDED.)

25                  C-E-R-T-I-F-I-C-A-T-I-O-N

1    I HEREBY CERTIFY THAT I AM A DULY APPOINTED, QUALIFIED
AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED STATES
2    DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT
TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE;
3    THAT SAID TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPTION OF MY
STENOGRAPHIC NOTES; AND THAT THE FORMAT USED HEREIN COMPLIES
4    WITH THE RULES AND REQUIREMENTS OF THE UNITED STATES JUDICIAL
CONFERENCE.
5         DATED: OCTOBER 23, 2024, AT SAN DIEGO, CALIFORNIA.

6                        /S/ JULIET Y. EICHENLAUB
                         JULIET Y. EICHENLAUB, RPR, CSR
7                        OFFICIAL COURT REPORTER
                         CERTIFIED SHORTHAND REPORTER NO. 12084

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25