Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
Brett T. Diehl (SBN 339686)
E: BDiehl@McKenzieScott.com
**McKENZIE SCOTT, PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Defendant*
*Carlos Manuel Da Silva Santos*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS MANUEL DA SILVA SANTOS (1),<br><br>    Defendant. | Case No.: 3:23-cr-02507-RSH<br><br>**DECLARATION IN SUPPORT OF MR. SANTOS'S SUBPOENA AND LETTERS ROGATORY APPLICATIONS AT ECF NO. 78, 79, AND 80**<br><br>Hon. Robert S. Huie |

I, Brett T. Diehl, declare under penalty of perjury as follows:

1. I am co-counsel for Carlos Santos in this matter.
2. I make this declaration in support of Mr. Santos's applications for subpoenas and letters rogatory filed at ECF Nos. 78, 79, and 80
3. I do not wish to make myself a witness in my client's case. I make this declaration myself in order to comply with the local rules, conserve resources, and for judicial economy. I do not intend to waive attorney-client privilege or confidentiality.

-1-
DECLARATION IN SUPPORT OF MR. SANTOS'S SUBPOENA AND LETTERS ROGATORY APPLICATIONS AT ECF NO. 78, 79, AND 80

4. I ask that this declaration be stricken rather than risk any finding of attorney-client or confidentiality waiver.

5. ECF No. 78 contains a Motion for Subpoenas and Letters Rogatory for Alleged Victim Companies.

6. ECF No. 79 is a Motion for Order Issuing a Letter Rogatory Seeking Ethos Capital Brasil's Records.

7. ECF No. 80 is an Application for a 17(c) Subpoena *Duces Tecum* directed at Google LLC regarding an apparently spoofed Gmail account, ctho.hoffmantax@gmail.com.

8. As to all three filings (ECF No. 78, ECF No. 79, ECF No. 80), I make the following representations based on my knowledge of this case, the government's representations to date, and my beliefs regarding the issues that will be relevant at trial:

    a. the documents or objects sought are evidentiary and relevant;
    b. the documents or objects sought are not otherwise reasonably procurable in advance of the trial, hearing or proceeding by exercise of due diligence;
    c. we, Mr. Santos's defense team, the moving party, cannot properly prepare for trial without such production and inspection in advance of trial, and the failure to obtain such inspection may tend unreasonably to delay the trial; and
    d. the application is made in good faith and is not intended for the purpose of general discovery.

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
|  | **McKENZIE SCOTT, PC** |  |
| Dated: November 13, 2024 | By: | *s/Brett T. Diehl*<br>MARCUS S. BOURASSA<br>BRETT T. DIEHL<br>TIMOTHY A. SCOTT<br>*Attorneys for Defendant*<br>*Carlos Manuel Da Silva Santos* |