# EXHIBIT E-1

Remember legally they have power for that
11:18:49 pm

They can call the line anytime
11:18:56 pm

They are not idiots like us ahaha
11:19:01 pm

**CS**

Elias

Exactly this is harassment and bullying. A letter from one lawyers may give some pause to their madness. I'm sure other companies do it. If we don't complain they'll keep choking us.
11:19:21 pm

**E**

Carlos Santos

That is true
11:19:36 pm

I agree
11:19:38 pm

But the problem is the letter may make them shut down the line against collateral
11:19:51 pm

They told me that a couple of times now
11:19:56 pm

**CS**

Elias

Yes but we should draw the line. It can work even for a couple of weeks.
11:20:12 pm

**E**

Carlos Santos

Draw what do you mean?
11:20:44 pm

**EXHIBIT E-1**

> **We need to close**
> 11:20:49 pm

> **It is used that is the problem**
> 11:20:53 pm

> **The draw was done before**
> 11:20:58 pm

**CS**

Elias

No, it's an expression (draw a line in the sand) meaning we should put a stop to this, they need to back off.
11:22:16 pm

TAR is an option but I feel it's wasted money although under the new Agreements they would still have to repay us if we defaulted later. Or deduct from margin return.
11:25:29 pm

**E**

Carlos Santos

> That point of deduct was my point too
> Not big risk
> But I understand your point about waste
> 11:27:34 pm

> They are totally nuts and they don't believe
> 11:27:43 pm

> That is a fact
> 11:27:47 pm

> They don't answer the email that you sent
> 11:27:52 pm

> The point is and if they don't and execute the SBLC
> 11:28:36 pm

**EXHIBIT E-1**

**-3-**

Green glycos will go nuts
11:28:40 pm

The meeting with the laywer in NY was difficult
Trully hard
But we win
He stay impressed
11:28:56 pm

CS

Elias

E

Since it's already gone into default and distress why should we recover it. Let it go. Use funds elsewhere.
11:28:59 pm

Carlos Santos

Serious I think that we are doing great
11:29:04 pm

The world is shocked and know us
11:29:09 pm

Don't you think that we can use it in our favor after they receive?
11:29:40 pm

If not
11:29:46 pm

Let's no use it
11:29:49 pm

Simple
11:29:51 pm

CS

Elias

We are but we need to maintain it. This is the challenge now. Last 2 years was shake up the world, now it's stay on top.

11:30:40 pm

✓ Read

Carlos Santos

We will stay

11:31:03 pm

I am confident

11:31:09 pm

We only need to perform

11:31:16 pm

We have trading going well

11:31:32 pm

And we need only this

11:31:36 pm

✓ Read

# EXHIBIT E-2

But he will survive
01:07:47 am

Worse case scenario when he go against us in the court
01:08:02 am

We pay them
01:08:05 am

Because this take time
01:08:08 am

Or we give them less than agreed but we give something
01:08:22 am

This will stoped them
01:08:26 am

Abs delay
01:08:29 am

And
01:08:32 am

We only need the first
01:08:45 am

In my opinion my friend
We can not stay worried
01:08:56 am

It is the Ethos Model
01:09:06 am

Elias

Totally. Nuff Said. Basically the first client will be hell but bring us heaven.
01:10:17 am

**EXHIBIT E-2**

Unknown

Ahahahah
01:10:47 am

But do you think that it is wrong ?
01:10:55 am

Crime need bad intention
01:11:00 am

We don't have
01:11:03 am

And we will perform
01:11:06 am

This is for sure
01:11:08 am

We have clients that accpet our disbursements plan
01:11:44 am

This guys will have all the things perfect
01:11:52 am

The Mexico guy
01:11:57 am

Elias

It's not illegal. And we will honour the client and our contract.
01:12:00 am

Unknown

For exemple
01:12:00 am

**EXHIBIT E-2**

Will be perfect
01:12:08 am

The guy wait three months to receive the first remanche
01:12:15 am

Tranche
01:12:18 am

The SBLC is 95 M
01:12:26 am

This is a dream of first transaction
01:12:35 am

**Elias**

Will he issue it?
01:13:20 am

Unknown

The banks are working
01:13:34 am

For that
01:13:36 am

It is looking very well
01:13:45 am

It is a transaction guaranteed
01:13:51 am

But will take one or two months
01:13:59 am

Because of the size
01:14:02 am

**EXHIBIT E-2**

And the client only have a land with 250 M usd of value to give them
01:14:16 am

Because of that and the virus the bank will take more time
01:14:25 am

Elias

Noted.
01:14:43 am

Conclusion is we need the first SBLC the bigger the better, year 1 will be hellish but worth it as it will give us cashflow solution for trading .
01:17:18 am

Unknown

You got it my friend !!!
01:17:42 am

It is that
01:17:44 am

We will make dreams happen
01:17:49 am

We will create a new Goldman
01:17:57 am

Write this
01:18:01 am

We will make story in the financial world
01:18:09 am

Elias

This is our goal. It's clear.  Let's make it happen.
01:20:51 am

**EXHIBIT E-2**
**-10-**

Unknown

I real believe that we can make this happen
01:21:48 am

I think that our structure is correct and good
01:21:56 am

Elias

Masterplan. I'll push for the first SBLC
01:27:10 am

Unknown

We will make it happen this week
01:30:24 am

Im sure
01:30:26 am

Don't forget that we can have a great thing this week too
01:30:48 am

That it is other option
01:30:54 am

Do you remember ?
01:30:57 am

The internal block funds in Santander
01:31:11 am

Elias

Indeed. Looking forward to good news
09:00:16 am

# EXHIBIT E-3

**From:** Gökmen Bolayır <████████████>
**To:** Carlos Santos ████████████
**Cc:** Leandro Fernandes <████████████>, "Hans C. Kastensmith" <████████████>, OZER FIRAT <████████████>, Elias Achilleos <████████████>, Hans Kastensmith
████████
**Subject:** Re: Disbursment Plan - Servislet
**Date:** Thu, 26 Jan 2023 17:53:32 +0000
**Importance:** Normal

---

Dear Carlos,

Thank you very much for all your support in the process. IT was an amazing year. I hope and I want our mutual relationship to move forward. With your support, we are on our way to create an amazing tech enterprise.

With my kindest regards,
Gokmen

Gokmen Bolayir | CEO & co-founder

Servislet Yazılım A.Ş. & Tirelet Technology I.K.E

Tel     :
Cell    :   ████████
E-Mail  :

Address:   ████████████Ankara/Turkey

Bu e-posta'nin içerdigi bilgiler (ekleri dahil olmak üzere) gizlidir. Onayimiz olmaksizin üçüncü kisilere açiklanamaz. Bu mesajin gönderilmek istendigi kisi degilseniz, lütfen mesaji sisteminizden derhal siliniz. Servislet bu mesajin içerdigi bilgilerin dogrulugu veya eksiksiz oldugu konusunda bir garanti vermemektedir. Bu nedenle bilgilerin ne sekilde olursa olsun içeriginden, iletilmesinden, alinmasindan, saklanmasindan sorumlu degildir. Bu mesajin içerigi yazarina ait olup, Servislet'in görüslerini içermeyebilir.

The information contained in this e-mail (including any attachments)is confidential. It must not be disclosed to any person without our authority. If you are not the intended recipient, please delete it from your system immediately. Servislet makes no warranty as to the accuracy or completeness of any information contained in this message and hereby excludes any liability of any kind for the information contained therein or for the information transmission, reception, storage or use of such in any way whatsoever. Any opinions expressed in this message are those of the author and may not necessarily reflect the opinions of Servislet.

On 26 Jan 2023, at 19:15, Carlos Santos <████████████> wrote:

**Dear Gokmen**

Im happy to inform you that your project is now fully  financed.

It is a great pleasure to Ethos to see that our obsession for your project will have an impactful effect in your entity and community around.

Kind regards,
Carlos Santos
Member and Chief Executive Officer
Ethos Asset Management Inc.
PT
US ████████

<D344906F00D04CC6B773451F82A1FBBD.jpg>
4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**EXHIBIT E-3**
**-13-**

# EXHIBIT E-4

**From:** Sean Winston - The Atlas Capital Management Team
< ███████████████ >
**To:** Carlos Santos ███████████ >
**Subject:** ACM-ETHOS STATEMENTS FEBRUARY AND MARCH
**Date:** Thu, 13 Apr 2023 17:28:39 +0000
**Importance:** Normal
**Attachments:** ATLAS_ETHOS_MT4_TRADING_ACCOUNT_2-28-23.pdf;
ATLAS_ETHOS_MT4_TRADING_ACCOUNT_3-28-23.pdf
**Inline-Images:** Outlook-1518807410.png

---

Hi Carlos,
Attached are the Statements for February and March. I believe if you look back through the emails I sent, you will see that I sent you the one from February a number of weeks back... But in any case the February one is attached here in addition to the March Statement...


*Thank You,*
### *Sean Winston*
*Chairman & CEO*



**Project Development & Capitalization**
**International Project Development**
**One Lakeshore Center**
████████████████████████
**Ontario, Ca 91761**
████████████████
**www.atlascapitalmanagementllc.com**

 OANDA        (/)

Atlas Capital Management, LLC

# My Funds

**Account Summary**

**v20 Account Number 001-001-2982610-004**

**MT4 Server (https://oanda.secure.force.com/AnswersSupport?urlName=MT4-Server-**

**Migration&language=en US)OANDA-v20 Live-1**

| | | | |
|---|---|---|---|
| **Pricing Type** | MT4 | | |
| **Balance** | $18,567,654.27 | Unrealized P&L | $-223,631.67 |
| **Margin Used** | $16,722,838.89 | Realized P&L | $11,946,749.86 |
| **Margin Available** | $1,844,815.38 | NAV | $18,338,022.60 |
| **Name** | Atlas Ethos MT4 Trading | | Edit |
| **Leverage** | 50 : 1 | | Edit |

MT4 v20 **Enabled**

Your capital is at risk. Losses can exceed investment. Leverage trading is high risk and not for everyone.

**EXHIBIT E-4**

**-16-**

 <sup>(/)</sup>

Atlas Capital Management, LLC

# My Funds

**Account Summary**

**v20 Account Number 001-001-2982610-004**

**MT4 Server (https://oanda.secure.force.com/AnswersSupport?urlName=MT4-Server-Migration&language=en US)OANDA-v20 Live-1**

| **Pricing Type** | MT4 | | |
|---|---|---|---|
| **Balance** | $20,404,064.55 | Unrealized P&L | $58,669.14 |
| **Margin Used** | $18,991,702.91 | Realized P&L | $13,783,160.14 |
| **Margin Available** | $1,412,361.64 | NAV | $20,462,733.69 |
| **Name** | Atlas Ethos MT4 Trading | | Edit |
| **Leverage** | 50 : 1 | | Edit |

**MT4 v20 Enabled**

Your capital is at risk. Losses can exceed investment. Leverage trading is high risk and not for everyone.

**EXHIBIT E-4**

**-17-**

# EXHIBIT E-5

**From:** Sean Winston - The Atlas Capital Management Team

**To:** Carlos Santos <​​​​​​​​​​​​​​>

**Subject:** Re: Update Carlos

**Date:** Tue, 19 Sep 2023 16:11:31 +0000

**Importance:** Normal

**Attachments:** AGH_ETHOS_IMPB_9-19-23.pdf

**Inline-Images:** shield-advisory.png; chevron-light.png; shield-advisory(1).png; chevron-light(1).png; shield-suspicious.png; chevron-dark.png

---



Hi Carlos..

How are you my friend... I have attached here the account page printout.  This is from this morning, and includes the profit generated from last month, which again transfers into our PB account at the beginning of the month.  This is the most current account form, and I have sent you the previous ones every month... the last one I emailed you was on 8/11/23.  You never responded to that email, so if you did not get it, let me know and I can reforward the entire email that I sent to you that day with the date and time stamp.  Also, your last message to me was that you were going to call me in 2 and a half hours, which you did not.  That was the second time I called and tried to speak with you, so please do not make it seem like I don't try to speak with you... as I've stated many times, just call me anytime you want to talk... in any case, I will call you again, today...

*Thank You,*

*Sean Winston*

*Chairman & CEO*



**Project Development & Capitalization**
**International Project Development**
**One Lakeshore Center**

**Ontario, Ca 91761**

**www.atlascapitalmanagementllc.com**

**From:** Carlos Santos ███████████████
**Sent:** Monday, September 18, 2023 8:10 PM
**To:** Sean Winston - The Atlas Capital Management Team <█████████████████████████>
**Subject:** Update Carlos


Hi Sean
How are you? You never give me updates neither news or share statements.
This is trully unacceptable because the capital that it is with you belongs to me and you should do it for respect.
I feel disrespect.
How long do you need to sell all position and send me all my invested capital plus 50% of the profits?

  Kind regards,

  Carlos Santos

  Member and Chief Executive Officer

  Ethos Asset Management Inc.

  ████████████████

  ████████████████



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America


  Internal Use Only

  ################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

Portfolio & Accounts

☰

Sign Out

## Hello, Sean Winston

| Dow | NASDAQ | S&P 500 | 10-Year T-Note | Gold | Crude Oil (WTI) | VIX |
|---|---|---|---|---|---|---|
| 34,387.51 -236.79 ▼ -0.68% | 13,581.33 -128.90 ▼ -0.94% | 4,423.43 -30.10 ▼ -0.68% | 4.33 +0.01 ▲ +0.40% | 1,953.10 -0.30 ▼ -0.02% | 91.52 +0.94 ▲ +1.04% | 14.79 +0.79 ▲ +5.64% |

Real time quotes. Commodities may be delayed up to 20 minutes. | Markets close in 5h 18m

Suggestions

 Now available: You can send domestic wires from your eligible Private Bank accounts, with our fee waived, on Transfers & Withdrawals. To learn more, contact your advisor or view our useful guide on sending wire transfers.

As of 09/19/2023 10:41 AM ET

### Net Balance[a]    $28,440,549.70

Hide/Customize

**Private Bank Accounts**    $28,440,549.70

Customize your account categories

Enroll in My Financial Picture to view all your external accounts

| **Asset accounts** | $28,440,549.70 |
|---|---|

**Investment, Trust and Custody Accounts**

| IM ATLAS GROUP HOLDINGS LLC 0123021 | $28,440,549.70 |
|---|---|

**Make financial planning easier**

Enroll in My Financial Picture® for a more complete look at your spending, income and investments.

Enroll    No Thanks

### Bank of America Private Bank accounts
### $28,440,549.70

**Historical total value of your Private Bank accounts**
From April 30, 2023 to August 31, 2023



| Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 |

**EXHIBIT E-5**

-21-

For best printing results, change page orientation to landscape.

# All Accounts

All Accounts Total
$28,440,549.70

Holdings by: **Account** ▾   for **All Accounts** ▾

Date Range : Intraday ▾   ▶ **Customize this View**

Refresh Data  As of 09/19/2023 10:54 AM ET

| Account | Value ($) | % of Portfolio |
|---|---|---|
| **IM ATLAS GROUP HOLDINGS LLC** 0123021 | 28,440,549.70 | 100.00 |
| **Total Value** | 28,440,549.70 | **100.00** |

The data displayed is for informational purposes only. Your account statements are the official record of your holdings and balances.

Account cash balances may reflect unsettled cash, which can include pending trade activity and/or pending cash transactions. Priced Investments reflects the latest market value of held securities, which includes any pending trade activity.

Pending transactions that would result in a short position are excluded from all online views, reports and portfolio valuations, with the exception of the Account Activity and Pending Trades views.

**The data displayed for any pending transaction or pending trade may be subject to change upon settlement.**

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated.

The amounts shown for assets not held, managed or valued by Bank of America, N.A., are for informational purposes only, may vary from values (if any) provided by the issuer or others, and may change. These investments may be illiquid, not listed on any securities exchange or NASDAQ market, and investors may not be able to sell them or realize the amounts shown upon a sale or liquidation.

Where Date Range is set to Intraday, the security price and market value shown for intraday-priced securities is based on the latest available market data. Refer to Price Last Updated from the Intraday Holdings by Security view for the latest pricing timestamp.

The % of Portfolio total may not always equal 100 due to decimal rounding.

For Fixed Income Products: The highest rating is usually AAA, and the lowest is D. Ratings information is received from various sources we deem reliable and is subject to errors and omissions. Neither Bank of America nor its various data sources guarantee the accuracy of this information.

**EXHIBIT E-5**
**-22-**

# EXHIBIT E-6

**From:** Sean Winston - The Atlas Capital Management Team
&lt;██████████████████████&gt;

**To:** Carlos Santos &lt;████████████████&gt;

**Subject:** Re: Update Carlos

**Date:** Tue, 19 Sep 2023 19:44:54 +0000

**Importance:** Normal

**Inline-Images:** A46F1DAA05A7488198169022FEDF7C13.jpg;
2B3EBEE818304E129B468260B448DBED.png; shield-advisory.png; chevron-light.png;
shield-advisory(1).png; chevron-light(1).png

---

🔵 External email ❯

🔵 Contains topics of a financial nature ❯

Buddy... the returns are fairly good considering. Percentage wise, this last month was a little lower, but in my opinion that was to probably be expected do to the market volatility. But the previous 2 months we were looking at near 8% each month and close to 2M each month. I did not have them move on the fixed income products, because you and I haven't discussed the pros and cons of those trades through them, and weather or not we want to take that on, because it may not necessarily make us more money, depending on if they will get a discount, which they cant guarantee at these amounts, and weather the rate is floating, as well as some other factors... i will call you so that we can go over all of this, because they also reached out to me at the end of last week wanting to discuss a revised trading strategy that will yield better returns for us, now that they are ready to ramp up higher...

*Thank You,*

## *Sean Winston*

*Chairman & CEO*



**Project Development & Capitalization**
**International Project Development**
**One Lakeshore Center**



**www.atlascapitalmanagementllc.com**

---

**From:** Carlos Santos &lt;████████████████&gt;
**Sent:** Tuesday, September 19, 2023 10:18 AM

**EXHIBIT E-6**

**To:** Sean Winston - The Atlas Capital Management Team <████████████████████>
**Subject:** RE: Update Carlos

Hi my friend,

The returns in percentage are smaller then before?

We are doing every month around 1 M USD. But in fact the total amount is increasing?

How is being the performance?

Any chance to us to have access to the performance graph monthly?

Why didn't we move for fixed income investments with more monthly profaiblity?

Thank you for returning. About I call you back I never have an message from you telling that you are available. I try to don't bother you. But if I don't push you never update me or answer me.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
████████████████



ETHOS ASSET
M A N A G E M E N T
4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Sean Winston - The Atlas Capital Management Team <████████████████████>
**Sent:** Tuesday, September 19, 2023 7:11:31 PM
**To:** Carlos Santos <████████████████>
**Subject:** Re: Update Carlos

Hi Carlos..
How are you my friend... I have attached here the account page printout.  This is from this morning, and includes the profit generated from last month, which again transfers into our PB account at the beginning of the month.  This is the most current account form, and I have sent you the previous ones every month... the last one I emailed you was on 8/11/23.  You never responded to that email, so if you did not get it, let me know and I can reforward the

**EXHIBIT E-6**

entire email that I sent to you that day with the date and time stamp.  Also, your last message to me was that you were going to call me in 2 and a half hours, which you did not.  That was the second time I called and tried to speak with you, so please do not make it seem like I don't try to speak with you... as I've stated many times, just call me anytime you want to talk... in any case, I will call you again, today...


*Thank You,*

## *Sean Winston*

*Chairman & CEO*

1518807410610_PastedImage
**Project Development & Capitalization**
**International Project Development**
**One Lakeshore Center**

**www.atlascapitalmanagementllc.com**

---

**From:** Carlos Santos <▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Monday, September 18, 2023 8:10 PM
**To:** Sean Winston - The Atlas Capital Management Team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Update Carlos

Hi Sean
How are you? You never give me updates neither news or share statements.
This is trully unacceptable because the capital that it is with you belongs to me and you should do it for respect.
I feel disrespect.
How long do you need to sell all position and send me all my invested capital plus 50% of the profits?


Kind regards,
Carlos Santos
Member and Chief Executive Officer
Ethos Asset Management Inc.


4660 La Jolla Village Drive, San Diego, California, 92122
United States of America


Internal Use Only

###############
Visit our website at https://ethosasset.com/

**EXHIBIT E-6**

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

---

**From:** Sean Winston - The Atlas Capital Management Team <███████████████████>
**Sent:** Tuesday, September 19, 2023 7:11:31 PM
**To:** Carlos Santos <████████████████>
**Subject:** Re: Update Carlos

Hi Carlos..
How are you my friend... I have attached here the account page printout.  This is from this morning, and includes the profit generated from last month, which again transfers into our PB account at the beginning of the month.  This is the most current account form, and I have sent you the previous ones every month... the last one I emailed you was on 8/11/23.  You never responded to that email, so if you did not get it, let me know and I can reforward the entire email that I sent to you that day with the date and time stamp.  Also, your last message to me was that you were going to call me in 2 and a half hours, which you did not.  That was the second time I called and tried to speak with you, so please do not make it seem like I don't try to speak with you... as I've stated many times, just call me anytime you want to talk... in any case, I will call you again, today...

*Thank You,*

## *Sean Winston*

*Chairman & CEO*


1518807410610_PastedImage

**Project Development & Capitalization**
**International Project Development**
**One Lakeshore Center**

**www.atlascapitalmanagementllc.com**

---

**From:** Carlos Santos <████████████████>
**Sent:** Monday, September 18, 2023 8:10 PM

**EXHIBIT E-6**
**-27-**

**To:** Sean Winston - The Atlas Capital Management Team < ███████████████████████ >
**Subject:** Update Carlos

Hi Sean
How are you? You never give me updates neither news or share statements.
This is trully unacceptable because the capital that it is with you belongs to me and you should do it for respect.
I feel disrespect.
How long do you need to sell all position and send me all my invested capital plus 50% of the profits?

Kind regards,

Carlos Santos

Member and Chief Executive Officer

Ethos Asset Management Inc.





4660 La Jolla Village Drive, San Diego, California, 92122

United States of America

Internal Use Only

################

Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.