Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
McKENZIE SCOTT, PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Defendant*
*Carlos Manuel da Silva Santos*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS MANUEL DA SILVA SANTOS (1),<br><br>    Defendant. | Case No.: 3:23-cr-02507-RSH<br><br>**UNOPPOSED MOTION FOR ORDER EXTENDING MR. SANTOS'S RESTITUTION RESPONSE DEADLINE**<br><br>Date: July 17, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3B<br><br>Hon. Robert S. Huie |

Carlos Manuel da Silva Santos, by and through counsel, hereby moves for an order extending his deadline to respond to the government's Motion and Brief in Support of Restitution (ECF 156) by 10 days, to July 10, 2025. The Government does not oppose this request.

**I.   THERE IS GOOD CASUE TO EXTEND MR. SANTOS'S RESITUTION RESPONSE DEADLINE**

On June 16, 2025, the government filed their brief seeking an order of restitution to numerous companies totaling $101,955,530.07. ECF 156. Counsel has detailed to the government and the Court the significant task that responding to a claim of restitution in that amount and type entails. *See* ECF 133, Declaration in

-1-

Support of Motion to Continue Sentencing. Additionally, at sentencing, when the deadline was originally set for June 30, 2025, defense counsel indicated to both the Court and the government that once the government disclosed their position on restitution, Mr. Santos may need additional time to respond:

> **"THE COURT**: Mr. Bourassa or Mr. Scott, as I think about it, I'm not sure one week is enough time.
> How much time would you like to respond?
> **MR. BOURASSA**: Thank you, Your Honor. It is a little hard to estimate without knowing what's coming, but if the Court would give us two weeks, and if we needed more than that, we would reach out to the Court immediately and let the Court know why we think there's good cause for more time."

Exhibit A, Excerpt of Reporter's Transcript of Proceeding, May 16, 2025, Sentencing Hearing.

The undersigned counsel is currently out of state working remotely while on a family vacation that has been planned for months and will not be returning to California until July 7, 2025. Bourassa Decl. ¶¶ 2-3. As a result, the responsive brief from the defense cannot be completed by June 30, 2025, in the exercise of reasonable diligence. *Id.* ¶ 2. Even if the brief in response could be completed by June 30, 2025, in the exercise of reasonable diligence, counsel needs to consult with Mr. Santos, who is in custody, before responding to the government—something that counsel is not able to do prior to July 7, 2025. *Id.* ¶ 4.

Within a week of the government's filing, the defense sought to meet and confer with government counsel on the instant request to extend the deadline. *Id.* ¶ 5. After exchanging emails, on June 26, 2025, the government indicated they were unopposed to the request. *Id.*

## II.   CONCLUSION

For the foregoing reasons, Mr. Santos respectfully requests a 10-day extension of his deadline to respond to the Government's Motion and Brief in Support of Restitution, moving Mr. Santos's deadline from June 30, 2025, to July 10, 2025. The defense anticipates being able to complete the responsive brief with

that additional time and to be able to review and discuss its substance with Mr. Santos – neither of which can be accomplished before June 30, 2025, in the exercise of reasonable diligence.

Dated: June 27, 2025

McKENZIE SCOTT, PC

By: *s/Marcus S. Bourassa*
MARCUS S. BOURASSA
TIMOTHY A. SCOTT
*Attorneys for Defendant*
*Carlos Manuel da Silva Santos*